UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture,<br><br>            Plaintiff<br><br>    v.<br><br>EXPEDITO DELGADO-GONZALEZ, CARMEN MEDINA-SANTANA, and their Conjugal Partnership,<br><br>            Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.     Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.     Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of six (6) promissory notes that affect the property described further below.

3.     The first promissory note is for the amount of **$15,000.00**, with annual interest of 5.0%, subscribed on July 29, 1988. **See Exhibit 1.**

4.     For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 31. **See Exhibit 2.** Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage through Deed No. 42. **See Exhibit 3.**

5.  The second promissory note is also for the amount of **$15,000.00**, with annual interest of 5.50%, subscribed on November 10, 1988. **See Exhibit 4.**

6.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 40. **See Exhibit 5**. Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage through Deed No. 39. **See Exhibit 6**.

7.  The third promissory note is for the amount of **$27,700.00**, with annual interest of 4.5%, subscribed on March 2, 1990. **See Exhibit 7.**

8.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 21. **See Exhibit 8**. Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage twice, the most recent of which was through Deed No. 40. **See Exhibit 9**.

9.  The fourth promissory note is for the amount of **$10,000.00**, with annual interest of 5%, subscribed on July 10, 1991. **See Exhibit 10.**

10.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 30. **See Exhibit 11**. Subsequently, the parties re-amortized and modified the terms of the aforementioned mortgage through Deed No. 41. **See Exhibit 12**.

11.  The fifth promissory note is for the amount of **$8,000.00**, with annual interest of 7%, subscribed on September 11, 1992. **See Exhibit 13.**

12.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 46. **See Exhibit 14.**

2

13.    The sixth promissory note is for the amount of **$7,000.00**, with annual interest of 7%, subscribed on September 11, 1992. **See Exhibit 15.**

14.    For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 47. **See Exhibit 16.**

15.    According to the Property Registry, defendants are the owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Finca compuesta de 17.5415 cuerdas equivalente a 68,945.1295 metros cuadrados, sito en el Barrio Calabaza del término municipal de Yabucoa, Puerto Rico. En lindes: por el NORTE, en distintas alineaciones con un camino municipal; por el SUR, con terrenos de Juan Vega Pagán; por el ESTE, en una finca principal; y por el OESTE, en una distancia de 485.319 metros lineales con terrenos de Encarnación Ruiz y Juan Cruz Pagán.
>
> Property Number 13,118-A, recorded at page 270 of volume 206 of Yabucoa, Registry of the Property of Puerto Rico, Humacao Section. **See Exhibit 17.**

16.    The title search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants.  **See Exhibit 17.**

17.    Defendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

18.    It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

19.    The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party

owes to the plaintiff, according to the Certification of Indebtedness included herein as **Exhibit 18,** the following amounts:

a) On the first $15,000.00 Note, as modified:

1) The sum of $15,023.80 of principal;

2) The sum of $21,070.36, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $2.0581;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the second $15,000.00 Note, as modified:

1) The sum of $4.591.08, of principal;

2) The sum of $6,438,83, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $0.6289;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the $27,700.00 Note, as modified:

1) The sum of $30,780.40, of principal;

2) The sum of $38,851.61, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $3.7948;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

4

d) On the $10,000.00, Note:

    1) The sum of $10.557.54, of principal;

    2) The sum of $14,806.59, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.4462;

    3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

e) On the $8,000.00 Note:

    1) The sum of $8,000.00, of principal;

    2) The sum of $15,675.40, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.5342;

    3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

f) On the $7,000.00, Note:

    1) The sum of $7,000.00, of principal;

    2) The sum of $13,715.98, of interest accrued as of September 8, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.3425;

    3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

20.     The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the property described in this complaint.

21.     Defendants are not currently active in the military service for the United States. **See Exhibit 19.**

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1)  My name and personal circumstances are stated above;

2)  I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4)  Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligations subject of this foreclosure, or bought the property subject to said mortgages.

5)  From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6)  I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7)  I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this (twenty-first) 21 day of October, 2020.



JACQUELINE LAZU LABOY

### PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)      That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)      Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)      That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)      That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 9 of this prayer, said defendants be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the property of said defendants;

e)      That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)      That once the property is auctioned and sold, the Clerk of this Court issue a writ

addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage

and of any other junior liens recorded therein;

      g)    For such further relief as in accordance with law and equity may be proper.

      In Guaynabo, Puerto Rico, this 21   day of  October      ,2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

1521.250

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO |
|---|
| Tipo:  FO-RECURSOS LIMITADOS |
| De acuerdo a: |
| XX Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre<br>EXPEDITO DELGADO GONZALEZ | |
|---|---|
| Estado<br>PUERTO RICO | Oficina<br>HUMACAO |
| Caso Núm.<br>63-03-583400052 | Fecha<br>29 DE JULIO DE 1988 |

| ACCION QUE REQUIERE PAGARE: |
|---|
| XX Préstamo Inicial            ☐ Nuevo Plan de Pago |
| ☐ Préstamo Subsiguiente     ☐ Reamortización |
| ☐ Consolidación y préstamo  ☐ Venta a Crédito |
|   subsiguiente              ☐ Pagos Diferidos |
| ☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en  HUMACAO, PUERTO RICO———————————————————————

o en otro sitio designado por el Gobierno por escrito, la suma principal de  QUINCE MIL CON 00/100————————

————————————————————— dólares ($ 15,000.00 ) más intereses sobre el principal adeudado al

CINCO——————————————————————— POR CIENTO ( 5.0 % ) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en    41    plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ 321.00       en enero 1, 19 89 | $    N/A       en enero 1, 19  ; |
| $    N/A       en enero 1, 19  ; | $    N/A       en enero 1, 19  ; |
| $    N/A       en enero 1, 19  ; | $    N/A       en enero 1, 19  ; |
| $    N/A       en enero 1, 19  ; | $    N/A       en enero 1, 19  ; |
| $    N/A       en enero 1, 19  ; | $    N/A       en enero 1, 19  ; |

y $ 875.00 , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en  40  años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

INCUMPLIMIENTO:  La falta de pago a su vencimiento de cualquier deuda aquí evidenciada  o  el incumplimiento de cualquier condición  o acuerdo bajo este documento  constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada  o garantizada por el Gobierno  o  en cualquier otra forma relacionada con dicha deuda;  el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento  **COMETIDO CUALQUIER INCUMPLIMIENTO,**  el Gobierno,  a  su opción,  podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido  o  asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act  o  el  Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado  **"CLASE DE PRESTAMO"**  más arriba.  Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores  y  a  sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación,  protesto y aviso son por la presente expresamente  renunciados.

(SELLO)

EXPEDITO DELGADO GONZALEZ                          (Prestatario)

CARMEN  MEDINA  SANTANA                          (Prestatario)

(SELLO)

HC 3 Box 12901

YABUCOA,  PUERTO RICO 00767-9710

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| )00.00 |  | $ |  | $ |  |
|  |  | $ |  | $ |  |
|  |  | $ |  | $ |  |
|  |  | $ |  | $ |  |
|  |  |  | TOTAL | $ 7,000.00 |  |

Formulario FmHA  1940-17 (S)

ATTACHMENT A

El importe de este pagaré y la hipoteca que lo garantiza ----------
reamortizado al día veintiuno (21) de agosto de mil novecientos---
noventa y dos (1992) dió un saldo deudor montante a TRECE MIL------
NOVECIENTOS SETENTA Y CUATRO DOLARES CON SETENTA Y CUATRO ---------
($13,974.74) de principal y MIL CUARENTA Y NUEVE DOLARES CON SIETE-
CENTAVOS ($1,049.07) de intereses, para un total de QUINCE MIL----
VEINTITRES DOLARES CON OCHENTA Y UN CENTAVOS ($15,023.81), con-----
intereses a razón del CINCO PORCIENTO (5.00 %) ANUAL y el cual ----
devengará intereses a razón del Cinco porciento (5.00 %) anual-----
y habrá de ser pagado en la siguiente forma:  El acreedor ---------
hipotecario aprueba, autoriza y consiente, y los deudores ---------
hipotecarios solicitan y consienten, a que se difieran los pagos---
durante los primeros cinco (5) años de esta reamortización,--------
contados los mismos desde la fecha de este instrumento público; Mil
Sesenta y Nueve Dólares ($1,069.00) en o antes del día veintiuno --
(21) de agosto de Mil Nuevecientos Noventa y Ócho (1998), y Mil----
Sesenta y Nueve Dólares ($1,069.00) en o antes de cada veintiuno---
(21) de agosto subsiguiente hasta el veintiuno (21) de agosto del--
año dos mil treinta y cinco (2,035) inclusive, según resulta de la-
escritura número cuarenta y dos (42) del veintiuno (21) de agosto--
de mil novecientos noventa y dos (1992) ante el Notario-----------
autorizante. -----------------------------------------------------
---Manifiesta el compareciente Don Rafael Luis Rodríguez Martínez-
que el Gobierno puede cambiar el porciento de interés de acuerdo---
con los reglamentos de la Administración de Hogares para ----------
Agricultores, no más frecuente que trimestralmente, notificando por
correo al Prestatario con treinta (30) días de anticipación a su --
última dirección.  El nuevo tipo de interés no deberá exceder el---
porciento de interés establecido en los reglamentos de la ---------
Administración de Hogares para Agricultores para el tipo de -------
préstamo arriba indicado. Doy Fe. --------------------------------
---En Humacao, Puerto Rico a veintiuno (21) de agosto de mil ------
nuevecientos noventa y dos (1992). -------------------------------

José Ángel Machuca Romero
Notario Público

FmHA Form 1940-17 (S)
(Rev. 11-1-78)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

TYPE OF LOAN
Type: FO – RECURSOS LIMITADOS
In accordance with:

    X   Consolidated Farm and Rural Development Act
        Emergency Agricultural Credit Adjustment Act of 1978

Name: EXPEDITO DELGADO GONZALEZ
State: PUERTO RICO
Office: HUMACAO
Case Number: 63-03-583400052
Date: JULY 29TH, 1988

ACTION REQUIRING NOTE:

| | | |
|---|---|---|
| X | Initial Loan | New Payment Plan |
| | Subsequent Loan | Reamortization |
| | Consolidation and Subsequent Loan | Sale on Credit |
| | Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in HUMACAO PUERTO RICO, or at another location designated in writing by the Government, the principal sum of FIFTEEN THOUSAND DOLLARS ($15,000.00), plus interest on the unpaid principal of FIVE PER CENT (5.00%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$321.00.....................on January 1, 1989
and $875.00 each January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable 40 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

1

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

If this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder either on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be voluntarily leased, surrendered, sold, transferred, or encumbered, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE: $
INTERESTS: %
DATE:
ORIGINAL BORROWER:
LAST INSTALLMENT DUE:

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

DEFAULT: Failure to pay any debt described herein when due, or failure to comply with any condition or agreement of this document, shall constitute default under any other instrument evidencing a debt insured or

guaranteed by the Government, or in any other way related to such debt, that the Borrower may have; and default under any other instrument shall constitute default under the terms of this document. UPON ANY SUCH DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is executed as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
EXPEDITO DELGADO GONZALEZ (BORROWER)
[Signature]
CARMEN MEDINA SANTANA (BORROWER)

HC 3 Box 12901
YABUCOA, PUERTO RICO 00767-9710

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 15,000.00 | 7/29/88 | $ | | $ | |

TOTAL: $ 15,000.00

ATTACHMENT A

The amount of this promissory note and the mortgage securing it, re-amortized on August twenty (21) of nineteen ninety-two (1992) had an unpaid balance of THIRTEEN THOUSAND NINE HUNDRED SEVENTY-FOUR DOLLARS AND SEVENTY-FOUR DOLLARS ($13,974.74) of principal and ONE THOUSAND FORTY-NINE DOLLARS AND SEVEN CENTS ($1,049.07) of interests, to make a total of FIFTEEN THOUSAND TWENTY-THREE DOLLARS AND EIGHTY-ONE CENTS ($15,023.81), with interests at the annual rate of FIVE PERCENT (5%) , which shall accrue interests at the annual rate of FIVE PERCENT (5%) and shall be paid as follows: Mortgagee approves, authorizes and consents, and mortgagors request and consent, that the installments be deferred for the first five (5) years of this re-amortization from the date of this instrument; One thousand sixty-nine dollars ($1,069.00) on or before August twenty-first (21st) of nineteen ninety-eight (1998), and One thousand sixty-nine dollars ($1,069.00)on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand thirty-five (2035) inclusive, pursuant to deed number forty-two (42), dated August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness.

In Humacao, Puerto Rico on August twenty-first (21st) of nineteen ninety-two (1992).

[Signature]
Jose Angel Machuca Romero
Notary Public

# <u>CERTIFICATE</u>

I hereby certify that the attached Promissory Note and Attachment are a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

4

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

5

——————NUMERO—— TREINTA Y UNO——————
——————NUMBER—— THIRTY ONE——————

——————HIPOTECA VOLUNTARIA——————
——————VOLUNTARY MORTGAGE——————

En Humacao, Puerto Rico a los veintinueve de julio de
In Humacao, Puerto Rico this twenty nineth days of July
——mil novecientos ochenta y ocho.—————————————
——Nineteen eighty eight.—————————————

——————————ANTE MI——————————
——————————BEFORE ME——————————

——————ISRAEL DELGADO RAMOS——————
——————ISRAEL DELHADO RAMOS——————

Abogado y Notario Público de la Isla de Puerto Rico con residencia en   Calle An-
Attorney and Notary Public for the Island of Puerto Rico, with residence in
tonio López Esquina Font Martelo de Humacao, Puerto Rico
——————————— oficina en   Humacao ———————————
——————————— and office in   Humacao ——————————— Puerto Rico.

——————————COMPARECEN——————————
——————————APPEAR——————————

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage————————

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances——————

aparecen de dicho párrafo.—————————————————————
appear from said paragraph.——————————————————————

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their—

de su edad, estado civil, profesión y vecindad.————————————————
statements which I believe to be true of their age, civil status, profession and residence.———

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this—

miento.—————————————————————————————————
voluntary   mortgage.——————————————————————————

——————————EXPONEN——————————
——————————WITNESSETH:——————————

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in——————

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas.
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same———

denominada de aquí en adelante "los bienes".———————————————————
hereinafter referred to as the property".——

SEGUNDO: Que los bienes antes hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens——————

se especifican en el párrafo UNDECIMO.———————————————————
specified in paragraph ELEVENTH herein.——

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States——————

América, actuando por conducto de la Administración de Hogares de Agricul-to-
of America, acting through the Farmers Home Administration.———————————

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with—————————————

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——————————————

hayan estimado sobre la propiedad hipotecada.————————————————
estimated against the property.——————————————————————————

CUARTO: Se sobreentiende que:——————————————————————
FOURTH: It is understood that:——————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and —————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One——

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————

das. ———————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.——————————————————————————
will be the insured lender.————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————
and interest.—————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————————
ments on the note, to be designated the "annual charge".——————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forgo his rights and remedies against the mortgagor and any——————————



Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.——————————————
supplementary agreement.——————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————

plimiento por parte del deudor hipotecario.——————————————————
by the mortgagor.——————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——————



-3-

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the———————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,———

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,———————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor———————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until———

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ee
thereon before and after maturity until paid, losses sustained by the————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and———————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of ——— —————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional———————

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.——————————————————

**SEXTO:** El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:——————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————————————



- 4 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the—————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————————

hipotecario como agente cobrador del tenedor del mismo.————————————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal—————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ;
and any delinquency charges, now or hereafter required by—————————————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,—————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder—————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement—————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite—————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance—————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this—————————————————

párrafo devengará intereses a razón del    cinco ————————————————————
subparagraph shall bear interest at the rate of    five ——————————————————

——————————— por ciento (    5    º/o)—————————————————
——————————— per cent (    5    º/o)—————————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo pague.———————————————————————————————
to the mortgagee.————

(Cuatro) Séase o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims for the protection of the mortgaged property,——————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————



- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note  or any——————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————
determines.————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————

los propósitos autorizados por el acreedor hipotecario.——————————
for purposes authorized by mortgagee.————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.——————————
under the terms of this mortgage.————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——————

aprobare el acreedor hipotecario.——————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all—— —— ——

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——

mitirá que se cometa ningún deterioro de los  bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish





Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.



(Trece) Si cualquier otra persona interfiere con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced—

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed, ————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————
in what ever order and manner mortgagee may determine.————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.——

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,————————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————



- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren.cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona al pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es, por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)



- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————

dichos bienes.————————————————————————————————
said property.—————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.——————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,—————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————————————

constituirá incumplimiento de esta hipoteca.————————————————————
constitute default hereunder.———————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,—————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,—————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————————

especifica más adelante.————————————————————————————
hereinafter.—————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee————————————





) PR.

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de QUINCE MIL DOLARES
of FIFTEEN THOUSAND DOLLARS

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinb. fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee



hipotecario cediere esta hipoteca sin asegurar el pagaré   QUINCE MIL DOLARES
should assign this mortgage without insurance of the note,   FIFTEEN THOUSAND

DOLARES ($ 15,000.00 )
DOLLARS ($ 15,000.00 )

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

cinco                                       por ciento (   5         o/o) anual;
five                                        per cent (    5         o/o) per annum;

- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:—————————————

(A)   QUINCE MIL DOLARES ————————————————————————
(A)   FIFTEEN THOUSAND  DOLLARS————————————————————

————————————————————— DOLARES ($ 15,000.00
—————————————————————— DOLLARS ($ 15,000.00

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender——— —————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as—————————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,——————————————

Tercero;————————————————————————————————————
Three:——————————————————————————————————————

(B)   VEINTIDOS MIL QUINIENTOS DOLARES ————————————————
(B)   TWENTY TWO THOUSAND FIVE HUNDRED DOLLARS——————————

——————————————————————— DOLARES ($  22,500.00
——————————————————————— DOLLARS ($  22,500.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might——————————————

sufrir bajo su seguro de pago del pagaré.————————————————————————
sustain under its insurance of payment of the note;—————————————————————

Tres. En cualquier caso y en todo tiempo;—————————————————————————
Three. In any event and at all times whatsoever:——————————————————————

(A)   SEISCIENTOS DOLARES ——————————————————————————
(A)   SIX HUNDRED DOLLARS ——————————————————————————

($ 600.00          ) para intereses después de mora:——————————————————
($ 600.00          ) for default interest;————————————————————————

(B) TRESCIENTOS DOLARES ——————————————————————————
(B) THREE HUNDRED  DOLLARS ————————————————————————

(  $300.00          ) para contribuciones, seguro y otros adelantos para la con-
(  $300.00          ) for taxes, insurance and other advances for the preservation—

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph————————

SEXTO, Tercero;————————————————————————————————
SIXTH, Three;—————————————————————————————————————

(C)  CIENTO CINCUENTA DOLARES ————————————————————————
(C)  ONE HUNDRED FIFTY DOLLARS ————————————————————————

($  150.00          ) para costas, gastos y honorarios de abogado en caso
($  150.00          ) for costs, expenses and attorney's fees in case  —————————

de  ejecución;————————————————————————————————————
of  foreclosure:————————————————————————————————————

(D)  CIENTO CINCUENTA DOLARES ————————————————————————
(D)  ONE HUNDRED FIFTY DOLLARS ————————————————————————

($  150.00          ) para costas y gastos que incurriere el acreedor hipoteca-
($  150.00          ) for costs and expenditures incurred by the mortgagee in ————

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with—————————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
in contesting the right of possession of mortgagor to the property as——————————

se consigna en el párrafo SEXTO, Trece.———————————————————————
provided in paragraph (SIXTH, Thirteen.——————————————————————————




PR

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número **sesenta y tres cero tres cinco**
"Promissory note executed in case number **sixty three cero three five**
**ocho tres cuarenta cero cero cincuenta y dos** (63-03-583-
**eight three forty cero cero fifty two (63-03-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)**
**40-0052)**——————————————————————fechado el día **veintinueve**
——————————————————————dated the **twenty nine**

——————de **julio**————————de mil novecientos————
——————day of **july**————————nineteen hundred and **eighty**

**ochenta y ocho**—————— por la suma de **Quince Mil Dólares**
**eight**——————————————— in the amount of **Fifteen thousand dollars**

——————————————————————dólares de principal más
——————————————————————of principal plus

intereses sobre el balance del principal adeudado a razón del **cinco**——————
interest over the unpaid balance at the rate of **five**

{ 5  %    } por ciento anual,
{ 5%    } percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los **cuarenta años (40)**——————————————————————————
and payable **fourty years (40)**——————————————————————

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.——————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act——

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as——————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:——————————
voluntary mortgage is constituted, is described as follows:



- 13 -

RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan.

*[Handwritten on right-hand margin]*
*Voluntary Mortgage 31*

Borrower acquired the above mentioned farm through purchase from Josefina Rivera Leon, pursuant to deed number forty-three (43), dated July two (2) of nineteen eighty-seven (1987), executed in the city of Humacao, Puerto Rico before the notary Israel Delgado Ramos.

Said property is recorded in the Property Registry of the City of Humacao on page two hundred seventy (270), volume two hundred six (206) of Yabucoa, farm number thirteen thousand one hundred eighteen (13,118).

The parties appearing in the present deed as Mortgagors are EXPEDITO DELGADO GONZALEZ and CARMEN MEDINA SANTANA, both of legal age, married to each other, property owners and residents of Yabucoa, Puerto Rico; whose address is Box 12901, Yabucoa Puerto Rico, zero, zero, nine, six, seven, nine, seven, ten (00967-9710)

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used

# <u>CERTIFICATE</u>

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

---"RÚSTICA:  Finca compuesta de DIECISIETE PUNTO
CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415 cds)
equivalentes a sesenta y ocho mil novecientos
cuarenta y cinco punto doce noventa y cinco metros
(68,945.1295 mts) sito en el Barrio Calabazas del
término municipal de Yabucoa en lindes: por el
Norte, en distintas alineaciones con un camino
municipal; por el Sur, con terrenos de Juan Vega
Pagán; por el Este en una distancia de ciento
treinta y nueve punto ochocientos treinta y siete
metros lineales con el remanente de la finca
principal y por el Oeste, en una distancia de
cuatrocientos ochenta y cinco punto trescientos
diecinueve metros lineales con terrenos de
Encarnación Ruiz y Juan Cruz Pagán.---------------

Adquirió el prestatario la descrita finca por  compra que hiciera a Doña
Borrower acquired the described property by purchase to Mra josefina Rivera
Josefina Rivera León.-------------------------------------------
León-------------------------------------------------------------

según consta de la Escritura Número  cuarenta y tres (43)-----------
pursuant to Deed Number  forty three (43) --------------------------

de fecha dos de julio de mil novecientos ochenta y siete.---
dated July two, Nineteen eighty seven.-----------------------

otorgada en la ciudad de  Humacao, Puerto Rico.-------------------
executed in the city of  Humacao, puerto Rico.-------------------

ante el Notario  Israel Delgado Ramos.----------------------------
before Notary  Israel Delgado Ramos.------------------------------

Dicha propiedad se encuentra inscrita en el Registro de la Propie
Said property is  record  in the Registry of the Property of
dad de Humacao al folio doscientos setenta, Tomo Doscien-
Humacao at page two hundred seventy, book two hundred
Seis de Yabucoa, finca número trece mil ciento dieciocho
six of Yabucoa, farm numero thirteen thousand one hundred
eighteen.----------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors -------------

carios Don Expedito Delgado González y Doña Carmen Medina
are Mr Expedito Delgado González and Mrs. Carmen Medina
Santana, mayores de edad, casados entre sí, propietarios
Santana, legal age, maried to each other, owners and re-
y vecinos de Yabucoa, Puerto Rico,-------------------------
sidence at Yabucoa, Puerto Rico.--------------------------
cuya dirección postal es:
. whose postal address is:     HC tres Box doce nueve cero uno, Ya-

bucoa, Puerto Rico  cero cero siete seis siete nueve siete

diez .----------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed war used or will be used----

PR

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).———————————————————————
installations on the described farm(s).———————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc
FOURTEENTH: The borrower will personally occupy and use any structure———————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as———————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause———————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the———————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to———

ejecución de la hipoteca.————————————————————————
the foreclosure of the mortgage.————————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction———————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,———

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the———————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.———————————
owners or by their assignees or successors.——————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and———————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or———————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)———————

cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro
any Homestead right (Homestead) that presently or in the future ———————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings———

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted———

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen———————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31———————

L.P.R.A. 1851).————————————————————————————
L.P.R.A. 1851).————————————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any———————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with———

- 15 -

the proceeds of the loan secured herein, are considered and understood to be part of the property encumbered by this mortgage.

EIGHTEENTH: The mortgagor agrees and obligates himself to move and occupy the property in question herein within sixty (60) days of the final inspection. Should unforeseen circumstances arise that are beyond his control and which would impede him from doing so, he will so notify the County Supervisor in writing.

NINETEENTH: Any improvements, constructions, or buildings that are constructed on said farm during the aforementioned period will require the mortgagee's prior written approval, in accordance with current regulations, as well as future regulations which are consistent with federal and local law, and compatible with current laws governing these types of loans.

TWENTIETH: This instrument also secures the recapture of any interest credit or subsidy which may be granted to the borrower by the Government, pursuant to Forty-two USC, fourteen ninety-a (42 USC 1490a)

TWENTY-FIRST: The purpose of this loan is to pay off the debts in the amounts of Thirteen thousand dollars ($13,000.00) owed to Banco Central, Humacao Branch, and Two thousand dollars owed to Island Finance.

# <u>CERTIFICATE</u>

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part — —  — —

de la propiedad gravada por esta Hipoteca.— — — —   — — — — — — —   — — —
of the property encumbered by this Mortgage.— — — — — — — — — — — — — — —

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move — — — — — — — —

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty — — —

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances— — — — — —

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will— — — — — — — — — — — — — —

notificará por escrito al Supervisor Local.— — — — — — — — — — —   — — — — —  — — — —
notify it in writing to the County Supervisor.— — — — — — — — — — — — — — —

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed— — — — — — — — — —

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous— — —

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations— — — — — — — — — —

sentes y aquellos futuros que se promulguen de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and— — — — — — — — — —

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern— — — — — — — —

estos tipos de préstamos.— — — — — — — — — — — — — — — — — — — — — — —
these types of loans.— — — — — — — — — — — — — — — — — — — — — — — — —

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of— — — —   — — — — — — — — —  — —

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the — — —  — — — — — —

por el Gobierno de acuerdo con las disposiciones del Título Cuarenta y Dos del Código
Government pursuant to  Forty-Two— — — — — — — — — — — — — — — — — — — — — —

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)— — — -
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)— — — — — — — — — — — — — — — — — — —

---VIGESIMO PRIMERO:   El propósito del préstamo es para

saldar las deudas de Trece Mil Dolares al Banco Central

Sucursal de Humacao y de Dos Mil Dólares a Island Finance

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

— — — — — — — — — — — — — — — — — — — — — — — — — — — —



12

## ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

So they say and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who GIVES FAITH to everything contained in this deed.

For the record, it is noted that the social security number of Expedito Delgado Gonzalez five eight three four zero zero zero zero fifty-two (583400052) and CARMEN MEDINA SANTANA, Social Security number ten forty-four eighty-six eighty-six zero (104486860). I BEAR WITNESS ONCE MORE.

SIGNED BY: EXPEDITO DELGADO GONZALEZ AND CARMEN MEDINA SANTANA. Signed, sealed, stamped and endorsed by ISRAEL DELGADO RAMOS, Notary Public.
The appropriate Notary Tax seal has been placed on this document.
All the initials of the executors have been placed in the margin of each and every one of the pages in the original.
I CERTIFY: That the preceding copy is a true and exact of the original deed filed under the number indicated in my protocol. In witness whereof, and for delivery to the Farmers Home Administration, I issue this certified copy, which I sign, seal, and endorse, on the same date of its execution. I BEAR WITNESS.

[Signature]
Notary Public
[Seal]

# CERTIFICATE

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

---------------------ACEPTACION---------------------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redáctada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once----------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.-----------------------------------------------------------
I advised him (them).-----------------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its----------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed-----------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES----------

FE de todo el contenido de esta escritura.----------------------------------
FAITH to everything contained in this deed.---------------------------------

---Se hace constar que el número de seguro social de

Don Expedito Delgado González es cinco ocho tres guión

cua renta guión cero cero cincuenta y dos (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)

y el de Doña Carmen Medina Santana es Ciento Cuatro

cuarenta y ocho sesenta y ocho sesenta (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).

REPITO LA FE.---------------------------------------------

(FIRMADO) EXPEDITO DELGADO GONZALEZ.-CARMEN MEDINA
SANTANA. -Firmado, signado, sellado y rubricado.-
ISRAEL DELGADO RAMOS.  Hay el correspondiente sello
del  colegio  de  abogados  y  el  de  la  Notaría
estampado.   Están  puestas  las  iniciales  de todos
los otorgantes al margen de cada uno de los folios
de su original.  De todo lo cual yo, el Notario
autorizante DOY FE Y CERTIFICO:---------------------

Concuerda bien y fielmente con el original de su
contenido que bajo el número indicado obra en mi
protocolo  general  corriente  de  instrumentos
públicos a que me remito.  En fe de ello y para
para  entregar  a  la  Farmers  Home  Administration
expido  primera  copia  que  firmo,  signo,  sello  y
rubrico  en  el  mismo  día  de  su  otorgamiento.   DOY
FE.-----------------------------------------------



NOTARIO PÚBLICO

It is recorded on page 270 reverse, volume 206 of Yabucoa, entry # 3rd, farm # 13,118. It is encumbered by mortgage furnished through this document. Humacoa, September 8th, 1988.

No fees


[Signature]
Recorder
[Seal]


Revised [illegible]
[Signature]
County Supervisor
May 26, 1989


# **CERTIFICATE**


I hereby certify that the attached Data Recording Document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

*[Handwritten text, partially illegible]*

Inscrito al folio 270 No. Toma
206 de Yabucoa, finca II 13,118, —s-3ra
Abierta a Origen hipoteca que por este
documento se constituye. firmado a
28 de septiembre de 1988
Si Dios.

*[Handwritten signatures]*

Revised by
José Flores
County Supervisor.
May 26 1989

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married
and resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of
the original document which I have under my
custody.

San Juan, Puerto Rico —————————————

————————————————————————
Juan M. Ortiz Serbiá
State Executive Director

----------ESCRITURA NUMERO CUARENTIDOS (42)----------

------REAMORTIZACION DE PRESTAMO HIPOTECARIO Y------
MODIFICACION DE HIPOTECA----------------------------

---En la ciudad de Humacao, Puerto Rico, a los------

veintiun (21) días del mes de agosto de mil --------

novecientos noventa y dos (1992). --------------------

-----------------------ANTE MI----------------------

---JOSE ANGEL MACHUCA ROMERO, Abogado y Notario-----

Público, con residencia y oficina abierta en la-----

ciudad de Carolina, Puerto Rico.--------------------

-----------------------COMPARECEN-------------------

---DE LA PRIMERA PARTE: DON EXPEDITO DELGADO--------

GONZALEZ, seguro social número                ------

                        , y---

DOÑA CARMEN MEDINA SANTANA, seguro social número----



(             , mayores de edad, casados entre sí,-----

propietarios, y vecinos de Yabucoa, Puerto Rico, en-

adelante denominados LOS DEUDORES HIPOTECARIOS.-----

---DE LA SEGUNDA PARTE: Los Estados Unidos de-------

América, por conducto de La Administración de-------

Hogares para los Agricultores, también conocida-----

como la Farmers Home Administration, a tenor con----

las disposiciones de la Ley del Congreso titulada---

"CONSOLIDATED FARMERS HOME ADMINISTRATION ACT OF----

NINETEEN SIXTY ONE (1961)", con oficinas principales

en Washington, Distrito de Columbia, representada---

en este acto por DON RAFAEL LUIS RODRIGUEZ MARTINEZ,

seguro social número                                :

                                            ,--------

casado, mayor de edad, empleado y vecino de San-----

Juan, Puerto Rico, en su caracter de Supervisor-----

Local, cuyo caracter consta debidamente acreditado--

en el Registro de la Propiedad, en adelante --------

denominado como el ACREEDOR HIPOTECARIO.------------

1

------------------------DOY FE--------------------

---De conocer personalmente a los comparecientes, y-

por sus dichos con relación a su edad, estado civil,

profesión y vecindad.  Me aseguran tener, y a mi----

juicio tienen la capacidad legal necesaria para el--

presente otorgamiento, y a tal efecto libre y-------

voluntariamente: ------------------------------------

------------------------EXPONEN----------------------

--PRIMERO: Que los Deudores Hipotecarios  son dueños

en pleno dominio de las siguiente propiedade:-------

---"RUSTICA: Finca compuesta de DIECISIETE PUNTO----
CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415),--------
equivalentes a sesenta y ocho mil novecientos-------
cuarenta y cinco punto doce mil noventa y cinco metros--
(68,945.1295 mts.) sito en el Barrio Calabazas del--
término municipal de Yabucoa, en lindes por el------
NORTE, en distintas alineaciones con un camino------
municipal; por el SUR, con terrenos de Juan Vega----
Pagán; por el ESTE, en una distancia de ciento-----
treinta y nueve punto ochocientos treinta y siete---
metros lineales con el remanente de la finca--------
principal; y por el OESTE, en una distancia de------
cuatrocientos ochenta y cinco punto trescientos-----
diecinueve metros lineales con terrenos de----------
Encarnación Ruíz y Juan Cruz Pagán".----------------

---Inscrita al folio doscientos setenta (270), tomo-
doscientos seis (206) de Yabucoa, finca trece mil---
ciento dieciocho (13,118), de Yabucoa, Puerto Rico,-
inscripción primera.--------------------------------

----------------CARGAS Y GRAVAMENES-----------------

---Se halla afecta dicha propiedad a cuatro (4)-----

hipotecas en garantía de Pagarés a favor de los-----

Estados Unidos de América', las cuales se describen a

continuación:---------------------------------------

A)  Quince Mil Dólares ($15,000.00); constituída por

escritura número treinta y uno (31) del veintinueve-

de julio de mil novecientos ochenta y ocho (1988)---

ante el Notario Israel Delgado Ramos, en Humacao,---

Puerto Rico. ---------------------------------------

--Inscrita al folio doscientos setenta vuelto-------
(290 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).----------

B)  Quince Mil Dólares ($15,000.00); constituída por

escritura cuarenta (40) del diez (10) de noviembre--

2

de mil novecientos ochenta y ocho (1988) ante el ---
Notario Israel Delgado Ramos, en Humacao, Puerto ---
Rico. --------------------------------------------------
--Inscrita al folio doscientos setenta y uno (271),
tomo doscientos seis (206) de Yabucoa, finca trece--
mil ciento dieciocho (13,118).----------------------

C)  Veintisiete Mil Setecientos Dólares -------------
($27,700.00); constituída por la escritura número --
veintiuno (21) de dos (2) de marzo de mil ----------
novecientos noventa (1990), ante la Notario Aida Luz
Moringlanes Ruíz, en Humacao, Puerto Rico. ---------
Esta hipoteca fue modificada a la suma de veintiocho
mil novecientos noventa dólares con noventa centavos
($28,990.90) mediante escritura de Reamortización de
Préstamo Hipotecario y Modificación de Hipoteca ----
número quince (15) del quince (15) de marzo de mil -
novecientos noventa y uno (1991) ante este mismo ---
notario que autoriza y suscribe. -------------------
--Inscrita al folio doscientos setenta y uno vuelto-
(271 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).----------

D)  Diez Mil Dólares ($10,000.00), constituída por -
la escritura número treinta (30) del diez (10) de --
julio de mil novecientos noventa y uno (1991) ante -
este mismo notario autorizante y que suscribe. -----
--Inscrita al folio doscientos setenta y dos (272),-
tomo doscientos seis (206) de Yabucoa, finca trece--
mil ciento dieciocho (13,118).----------------------

---SEGUNDO:  Manifiestan Los Deudores Hipotecarios--
que con el fin de reamortizar la deuda hipotecaria--
constituída mediante la escritura de hipoteca en----
garantía de pagare número treintiuno (31) arriba----
descrita, solicitaron y obtuvieron el consentimiento
del acreedor hipotecario, Estados Unidos de América,
actuando por conducto y a través de la -------------
Administración de Hogares para Agricultores de -----
conformidad con la ley del Congreso titulada -------
"Consolidated Farmers Home Administration Act of

3

1961" y por el reglamento aprobado al efecto para---
reamortizar la deuda hipotecaria.--------------------
---TERCERO: Manifiestan los comparecientes Don-----
Expedito Delgado González y Doña Carmen Medina------
Santana que es de su propio y personal conocimiento-
todas y cada una de las claúsulas, obligaciones, y--
estipuláciones contenidas en la escritura de--------
hipoteca, y en este acto en forma clara, y solemne y
terminante, se obligan a cumplir todas y cada de----
dichas obligaciones claúsulas y estipulaciones------
requeridas por la Administración de Hogares para----
Agricultores (FmHA).--------------------------------
- REAMORTIZACION Y MODIFICACION DE PAGARE HIPOTECA -
---CUARTO: Manifiesta EL ACREEDOR HIPOTECARIO por---
conducto del compareciente Don Rafael Luis Rodríguz-
Martínez, en el caracter que ostenta, que habiendo--
sido aceptados Los Deudores Hipotecarios para-------
recibir los beneficios de la ley del Congreso-------
"Consolidated Farmers Home Administration Act of----
1961", según enmendada, ha convenido en reamortizar-
y modificar la forma de pago de los plazos----------
consignados en el Pagaré y en la hipoteca que por la
cantidad de QUINCE MIL DOLARES ($15,000.00)---------
constituyó el día veintinueve (29) de julio de mil--
novecientos ochenta y ocho (1988) en la siguiente---
manera: el importe total adeudado al veintiuno (21)
de agosto de mil nuevecientos noventa y dos (1992) -
asciende a la cantidad de TRECE MIL NOVECIENTOS-----
SETENTA Y CUATRO DOLARES CON SETENTA Y CUATRO-------
($13,974.74) de principal y MIL CUARENTA Y NUEVE----
DOLARES CON SIETE CENTAVOS ($1,049.07), de ---------
intereses, para un total de QUINCE MIL VEINTITRES---
DOLARES CON OCHENTA Y UN CENTAVOS ($15,023.81), con-
intereses a razón del CINCO PORCIENTO (5.00 %) ANUAL
y la cual habrá de ser pagada de la siguiente forma:

4

---El acreedor hipotecario aprueba, autoriza y -----
consiente, y los deudores hipotecarios solicitan y -
consienten, a que se difieran los pagos durante ----
los primeros cinco (5) años de esta reamortización,-
contados los mismos desde la fecha de este ----------
instrumento público; Mil Sesenta y Nueve Dólares ---
($1,069.00) en o antes del día veintiuno (21) de ---
agosto de Mil Nuevecientos Noventa y Ocho (1998) y-
Mil Sesenta y Nueve Dólares ($1,069.00) en o antes-
de cada veintiuno (21) de agosto subsiguiente hasta-
el veintiuno (21) de agosto del año dos mil treinta-
y cinco (2,035), inclusive.------------------------
---El (los) acreedor(es) posterior(es), mediante----
Declaración Jurada, ha(n) consentido en que el------
Gobierno de Los Estados Unidos de América, actuando-
traves de la Administración de Hogares para--------
Agricultores, de su Departamento de Agricultura, le-
sume el interés acumulado al principal aumentando---
la cantidad total adeudada y extender el término----
del vencimiento de dicha deuda si fuera necesario.--
Esta transacción no cambiará la posición de---------
prioridad hipotecaria registrada a favor de Los-----
Estados Unidos de América.-------------------------
---QUINTO: El compareciente, Don Rafael Luis ------
Rodríguez Martínez, en el caracter que ostenta, me--
muestra a mí, el Notario, el Pagaré garantizado con-
la hipoteca relacionada en el Expositivo Primero de-
esta escritura, y me asegura que no ha sido---------
negociado, ni gravado en forma alguna por su actual-
tenedor y poseedor, Los Estados Unidos de América, y
una vez identificado por mí, el Notario,------------
cerciorandome de que se trata del mismo Pagaré------
original procedo a poner un anexo a éste denominado-
"ATTACHMENT A" y que se ha hecho formar parte de el,
los efectos de proveer espacio adicional para los-

5

endosos y descuentos de dicho pagaré, el cual-------
contiene el siguiente texto: "El importe de este----
pagaré y la hipoteca que lo garantiza reamortizado--
al día veintiuno (21) de agosto de mil novecientos-
noventa y dos (1992) dió un saldo deudor montante a-
TRECE MIL NOVECIENTOS SETENTA Y CUATRO DOLARES CON--
SETENTA Y CUATRO ($13,974.74) de principal y MIL----
CUARENTA Y NUEVE DOLARES CON SIETE CENTAVOS --------
($1,049.07) de intereses, para un total de QUINCE --
MIL VEINTITRES DOLARES CON OCHENTA Y UN CENTAVOS----
($15,023.81), con intereses a razón del CINCO-------
PORCIENTO (5.00 %) ANUAL y el cual devengará--------
intereses a razón del Cinco porciento (5.00 %) anual
y habrá de ser pagado en la siguiente forma:  El----
acreedor hipotecario aprueba, autoriza y consiente,-
y los deudores hipotecarios solicitan y consienten,-
a que se difieran los pagos durante los primeros----
cinco (5) años de esta reamortización, contados los-
mismos desde la fecha de este instrumento público;--
Mil Sesenta y Nueve Dólares ($1,069.00) en o antes--
del día veintiuno (21) de agosto de Mil Novecientos-
Noventa y Ocho (1998), y Mil Sesenta y Nueve Dólares
($1,069.00) en o antes de cada veintiuno (21) de----
agosto subsiguiente hasta el veintiuno (21) de------
agosto del año dos mil treinta y cinco (2,035)------
inclusive, según resulta de la escritura número ----
cuarenta y dos (42) del veintiuno (21) de agosto de-
mil novecientos noventa y dos (1992) ante el-------
Notario autorizante. ------------------------------
---Manifiesta el compareciente Don Rafael Luis -----
Rodríguez Martínez que el Gobierno puede cambiar el-
porciento de interés de acuerdo con los reglamentos-
de la Administración de Hogares para Agricultores,--
no más frecuente que trimestralmente, notificando --
por correo al Prestatario con treinta (30) días de--

6

anticipación a su última dirección.  El nuevo tipo--
de interés no deberá exceder el porciento de--------
interés establecido en los reglamentos de la---------
Administración de Hogares para Agricultores para el-
tipo de préstamo arriba indicado.  Doy Fe.  En------
Humacao, Puerto Rico a veintiuno (21) de agosto de--
mil novecientos noventa y dos (1992).  (Firmado,---
Signado, Sellado y Rubricado por José Angel Machuca-
Romero, Notario Público)".--------------------------
---------------------NOTARIO PUBLICO-------------------
---Una vez puesta la nota (Attachment) lo devuelvo--
al compareciente, señor Rafael Luis Rodríguez ------
Martínez, en el carácter que ostenta.---------------
--------------------ADVERTENCIAS---------------------
---Tal es la escritura que ante mí, formalizan los-
comparecientes, la que aceptan en su integridad por-
expresar lo pactado, haciendo Yo, el Notario, las---
advertencias legales pertinentes.--------------------
----------------LECTURA Y OTORGAMIENTO--------------
---Leída esta escritura a los otorgantes por haber--
renunciado al derecho de hacerlo por sí mismos, el-
cual les advertí tenían, y habiéndola hallado-------
conforme, la aprueban y ratifican firmando  ante----
mí, todo ello en un mismo acto, en el mismo día de-
su otorgamiento, estampando, además, las iniciales--
en el márgen izquierdo de cada una de sus folios,---
ante el Notario, de todo lo cual,así como de todo lo
que consignamos en esta escritura pública, YO, el---
Notario Autorizante, DOY FE. ----------------------

7

```
---FIRMADO: EXPEDITO DELGADO GONZALEZ, CARMEN -----
MEDINA SANTANA; Y LOS ESTADOS UNIDOS DE AMERICA----
REPRESENTADOS POR RAFAEL LUIS RODRIGUEZ MARTINEZ.--
---Aparecen las iniciales de los otorgantes al ----
margen de cada página del original. --------------
---Firmado, Signado, Sellado, Rúbricado, por JOSE--
ANGEL MACHUCA ROMERO, Notario Público.------------
---Cancelado el sello Impuesto Notarial en el------
original; exenta de cancelar sellos de Rentas -----
Internas, Ley 43 de 9 de julio de 1946.-----------
---CERTIFICO: Que ésta es PRIMERA copia -----------
certificada, fiel y exacta, de su original que obra
en mi protocolo al que me remito, la cual consta de
siete (7) páginas; y para entregar a parte --------
interesada la expido en el mismo día de su --------
otorgamiento. DOY FE. -----------------------------
```

Hecha la modificación al folio 151⁰ del tomo 512 de Yabucoa Finca #13118, Car. 10ma. Humacao a 8 de octubre de 1992.
AB.

NUMBER FORTY-TWO (42)

DEED OF REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE
MODIFICATION

In the city of Humacao, Puerto Rico, on August twenty-first (21st) of nineteen ninety-two
(1992)

IN MY PRESENCE

JOSE ANGEL MACHUCA ROMERO, Attorney and Notary Public with residence and
offices in the city of Carolina, Puerto Rico.

THERE NOW APPEAR

AS ONE PARTY: EXPEDITO DELGADO GONZALEZ, social Security number 1
and CARMEN MEDINA
SANTANA, Social Security number
), both of legal age, married to each other, property owners and residents of
Yabucoa, Puerto Rico. Hereinafter referred to as "MORTGAGORS"

AS THE SECOND PARTY: UNITED STATES OF AMERICA, acting through the
Farmers Home Administration, in accordance with the dispositions of the Congress law
known as "Consolidated Farmers Home Administration Act of 1961", with headquarters
in Washington, District of Columbia, United States of America, represented herein by
MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, Social Security number
, of legal age, married,
employed and a resident of San Juan, Puerto Rico, in his capacity of County Supervisor,
whose credentials are duly recorded in the Property Registry. Hereinafter referred to as
MORTGAGEE:

1

## I BEAR WITNESS

to my acquaintance of the appearing parties, as well as to their statements regarding their personal information as to their age, marital status, occupation and residency. They assure me that they have, and in my judgment they do have, the necessary legal capacity to execute this deed, thus, freely and voluntarily:

## THEY DECLARE

FIRST: That the mortgagors are the owners of the following property:

A. RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS[1] (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan

It is registered on page two hundred seventy (270), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118) of Yabucoa, Puerto Rico, first entry.

## BURDENS AND ENCUMBRANCES

The above mentioned property is encumbered by four (4) mortgages securing the respective promissory notes to the order of the United States of America, which are described as follows:

A) Fifteen thousand dollars ($15,000.00), furnished through deed number thirty-one (31) on July twenty-ninth of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred ninety (290) reverse, volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118)

B) Fifteen thousand dollars ($15,000.00); furnished through deed number forty (40) on November ten (10)

---

[1] [*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 square meters, and 42,291 square feet.]

2

of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred seventy-one (271), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

C) Twenty-seven thousand seven hundred dollars ($27,700.00); furnished through deed number twenty-one (21) on March two (2) of nineteen ninety (1990), before the Notary Aida Luz Moringlanes Ruiz in Humacao, Puerto Rico.
This mortgage was modified to the amount of twenty-eight thousand nine hundred ninety dollars and ninety-nine cents ($28,990.90) through Deed of Re-amortization of Mortgage Loan and Mortgage Modification number fifteen (15) of March of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page two hundred seventy-one reverse (271 rev.), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

D) Ten thousand dollars ($10,000.00) furnished through deed number thirty (30) on July ten (10) of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page seventy-two (272), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

SECOND: The mortgagors state that in order to reamortize the mortgage debt furnished through Deed of Mortgage number thirty-one (31) above described, they requested and obtained the approval of the mortgagee, the United States of America, acting through the Farmers Home Administration, in accordance with the regulations of the Congress Law titled "Consolidated Farmers Home Administration Act of 1961" and regulations

approved therein, to reamortize the mortgage debt.

THIRD: The MORTGAGORS state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations as required by the Farmers Home Administration (FmHA).

## REAMORTIZATION AND MODIFICATION OF PAYMENT OF PROMISSORY NOTE AND MORTGAGE

FOURTH: Mortgagor states, through the appearing party Rafael Luis Rodriguez Martinez in the capacity he bears, that because the mortgagors have qualified to receive the benefits of the law issued by the Congress of the United States of America mentioned in paragraph second, he has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage of FIFTEEN THOUSAND DOLLARS ($15,000.00) which was furnished on July twenty-nine (29) of nineteen eighty-eight (1988) as follows:

The total amount owed as of July twenty-nine (29) of nineteen ninety-two (1992) amounts to THIRTEEN THOUSAND NINE HUNDRED SEVENTY-FOUR DOLLARS AND SEVENTY-FOUR CENTS ($13,974.74) of principal and ONE THOUSAND FORTY-NINE ($1,049.07) of interests, to make a total of FIFTEEN THOUSAND TWENTY-THREE DOLLARS AND EIGHTY-ONE CENTS ($15,023.81), with interests at the annual rate of FIVE PERCENT (5.00 %), which shall be paid as follows:

4

Mortgagee approves, authorizes and consents, and mortgagors request and consent, that the installments be deferred for the first five (5) years of this re-amortization from the date of this instrument; One thousand sixty-nine dollars ($1,069.00) on or before August twenty-first (21st ) of nineteen ninety-eight (1998), and One thousand sixty-nine dollars ($1,069.00)on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand thirty-five (2035) inclusive.

Mortgagor(s) consent(s), through affidavit, that the US Government, acting through the Agricultural Department of the Farmers Home Administration may add the accrued interest to the principal, thus increasing the total amount owed and to extend the due date if needed.
This transaction shall not modify the priority mortgage position in favor of the United States of America.

FIFTH: The appearing party, MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage described in First paragraph herein, and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place an attachment to it referred to as ATTACHMENT A and which shall become part thereof with the purpose to provide extra space for the

endorsements and discounts of said promissory note. Such attachment contains the following text: "The amount of this promissory note and the mortgage securing it, re-amortized on August twenty (21) of nineteen ninety-two (1992) had an unpaid balance of THIRTEEN THOUSAND NINE HUNDRED SEVENTY-FOUR DOLLARS AND SEVENTY-FOUR DOLLARS ($13,974.74) of principal and ONE THOUSAND FORTY-NINE DOLLARS AND SEVEN CENTS ($1,049.07) of interests, to make a total of FIFTEEN THOUSAND TWENTY-THREE DOLLARS AND EIGHTY-ONE CENTS ($15,023.81), with interests at the annual rate of FIVE PERCENT (5%) , which shall accrue interests at the annual rate of FIVE PERCENT (5%) and shall be paid as follows: Mortgagee approves, authorizes and consents, and mortgagors request and consent, that the installments be deferred for the first five (5) years of this re-amortization from the date of this instrument; One thousand sixty-nine dollars ($1,069.00) on or before August twenty-first (21st ) of nineteen ninety-eight (1998), and One thousand sixty-nine dollars ($1,069.00)on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand thirty-five (2035) inclusive, pursuant to deed number forty-two (42), dated August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the

interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness. In Humacao, Puerto Rico on August twenty-one (21) of nineteen ninety-two (1992). (Signed, sealed, and endorsed by Jose Angel Machuca Romero, Notary Public)."

Once the above mentioned note (Attachment) is placed and signed, I return the document to the appearing party Rafael Luis Rodriguez Martinez, in his capacity of note holder.

## ACCEPTANCE

Such is the deed that before me, the appearing parties formalize and accept as it conforms to their agreement. I, the Notary, state that I have given the parties the pertinent legal warnings and reservations for this deed

## READING AND EXECUTION

After reading this deed to the parties since they waived the right to do it themselves, of which right I informed them they had, and having stated that they agree with its contents, they ratify their agreement by placing their signature in my presence, all in one proceeding, on the same day of its execution, placing also their initials on the left margin of every page of this deed. I the Notary, BEAR WITNESS to everything else I state, refer to or mention in this deed.

[Signatures]
[Seals]

SIGNED: EXPEDITO DELGADO GONZALEZ, CARMEN MEDINA SANTANA; AND UNITED STATES OF AMERICA REPRESENTED HEREIN BY LUIS RODRIGUEZ MARTINEZ.

The initials of the parties appear in each one of the pages of the original.
Signed, sealed, stamped and endorsed by JOSE ANGEL MACHUCA ROMERO, Notary Public.
The appropriate Notary Tax seal of the State Bar is cancelled in the original. Exempt of sales tax pursuant to Law 43 of July 9, 1946.

I CERTIFY: This is the FIRST true and exact copy of the original deed filed in my protocol of public instruments which consists of seven pages (7), and for delivery to the concerned party, I issue it the same day of its execution. I BEAR WITNESS.

[Signature]
Public Notary
[Seal]

Such modification was recorded in page 151 reverse, volume 212 of Yabucoa. Farm # 13,118, 10th entry.
Humacoa, October 8th, 1992

No fees

[Signature]
Recorder

# **CERTIFICATE**

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage Modification is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

*Nicole Harris*
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

9

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**

**ADMINISTRACION DE HOGARES DE AGRICULTORES**

## PAGARE

| | |
|---|---|
| **Nombre** EXPEDITO DELGADO GONZALEZ | |
| **Estado** PUERTO RICO | **Oficina** HUMACAO |
| **Caso Núm.** 63-03-583400052 | **Fecha** 10 DE NOVIEMBRE DE 1988 |
| **Clave de Fondos** 44 | **Num. de Préstamo** 02 |

**CLASE DE PRÉSTAMO**

Tipo: OL

☐ Regular
☒ Recursos Limitados

De acuerdo a:

☒ Consolidated Farm & Rural Development Act
☐ Emergency Agricultural Credit Adjustment Act of 1978

**ACCION QUE REQUIERE PAGARÉ:**

☒ Prestamo inicial        ☐ Restructuración
☐ Préstamo Subsiguiente   ☐ Reamortización
☐ Consolidación y préstamo subsiguiente   ☐ Venta a Crédito
☐ Consolidación          ☐ Pagos Diferidos

**POR VALOR RECIBIDO**, el Pretatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno" o su cesionario en su oficina en    Humacao, Puerto Rico

_____ , o en otro sitio designado por el Gobierno por escrito,  la suma principal de

QUINCE MIL con 00/100———————————————————————————— dolares

($ 15,000.00 _____ ) mas intereses sobre el principal  adeudado a  Cinco y Medio

——————————————— **POR CIENTO** ( 5.50 %) anual  Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"),  el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la  Administración de Hogares de Agricultores,  no más frecuente que trimestralmente,  notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección.  El nuevo tipo de interés no deberá exceder del porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en    8    plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ 118.00 en enero 1, 19 89 | ; | $ 5,525.00 en enero 1, 19 90 | |
| $ 5,267.00 en enero 1, 19 91 | ; | $ N/A en enero 1, 19 ___ | |
| $ N/A en enero 1, 19 ___ | ; | $ N/A en enero 1, 19 ___ | |
| $ N/A en enero 1, 19 ___ | ; | $ N/A en enero 1, 19 ___ | |
| $ N/A en enero 1, 19 ___ | ; | $ N/A en enero 1, 19 ___ | |

y $ 1,598.00 _____ , subsiguientemente en enero 1 de cada año hasta que el principal  e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada,  de no ser pagada anteriormente, vencerá y será pagadero en _____7_____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo  La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos

Si la cantidad total del préstamo no es adelantada a la fecha del cierre,  el préstamo será adelantado al Prestatario según solicitado por el  Prestatario y aprobado por el Gobierno  La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno.  Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré  El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese  nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951 B) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno a tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La Propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO)

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o una "Restructuración" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada

**CONVENIO DE REFINANCIAMIENTO:** Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa

**CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:** El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la subparte G de la parte 1940 del 7CFR Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está excedo de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terrenos altamente erodables, según la parte 12 del 7CFR, el Prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable, un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede del 1ro de enero de 1995. El Prestatario además conviene en que deberá demostrar antes del 1ro de enero de 1995 que cualquier producción de cosechas en terreno altamente erodable después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

**INCUMPLIMIENTO:** La falta de pago a su vencimiento de cualquier deuda aquí evidenciada, o el incumplimiento de cualquier condición o

INCUMPLIMIENTO:  La falta de pago a su v.       .miento de cualquier deuda aquí evidenciada  o  el       .implimiento de cualquier condición  o acuerdo bajo este documento  constituirá incu..plimiento bajo cualquier otro instrumento evidenci...o una deuda del Prestatario asegurada  o garantizada por el Gobierno  o  en cualquier otra forma relacionada con dicha deuda;  el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento   COMETIDO CUALQUIER INCUMPLIMIENTO,  el Gobierno,  a su opción,  podrá declarar toda  o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido  o  asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act de 1978 y para el tipo de préstamo según indicado en el encasillado  **"CLASE DE PRESTAMO"** más arriba   Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores  y  a  sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación,  protesto y aviso son por la presente expresamente  renunciados.

(SELLO)

_____
EXPEDITO DELGADO GONZALEZ                    (Prestatari

_____
CARMEN MEDINA SANTANA                         (Prestatari

(SELLO)

HC 3 Box 12901
_____

Yabucoa, PR  00767-9710
_____           ___

_____

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 15,000.00 | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 15,000.00 | |

Posición 2

ATTACHMENT A

---El importe de este pagaré y la hipoteca que lo garantiza ------
reamortizado al día veintiuno (21) de agosto de mil novecientos--
noventa y dos (1992) dió un saldo deudor montante a CUATRO MIL ---
DOSCIENTOS CUARENTA DOLARES CON OCHENTA Y NUEVE CENTAVOS ---------
($4,240.89) de principal y TRESCIENTOS CINCUENTA DOLARES CON -----
DIECINUEVE ($350.19), de intereses, para un total de CUATRO MIL --
QUINIENTOS NOVENTA Y UN DOLARES CON OCHO CENTAVOS ($4,591.08), con
intereses a razón del CINCO Y MEDIO PORCIENTO (5.50 %) ANUAL y el-
cual devengará intereses a razón del Cinco porciento (5.00 %) ----
anual y habrá de ser pagado en la siguiente forma: Un primer pago-
de cuatrocientos cuarenta y tres Dólares ($443.00) en o antes del-
día veintiuno (21) de agosto de Mil Nuevecientos Noventa y Tres --
(1993), y cuatrocientos cuarenta y tres Dólares ($443.00) en o ---
antes de cada veintiuno (21) de agosto subsiguiente hasta el -----
veintiuno (21) de agosto del año dos mil ocho (2,008), inclusive,-
según resulta de la escritura número treinta y nueve (39) del ----
veintiuno (21) de agosto de mil nuevecientos noventa y dos (1992)-
ante el Notario autorizante. ------------------------------------
---Manifiesta el compareciente Don Rafael Luis Rodríguez Martínez-
que el Gobierno puede cambiar el porciento de interés de acuerdo--
con los reglamentos de la Administración de Hogares para ---------
Agricultores, no más frecuente que trimestralmente, notificando --
por correo al Prestatario con treinta (30) días de anticipación a-
su última dirección.  El nuevo tipo de interés no deberá exceder -
el porciento de interés establecido en los reglamentos de la------
Administración de Hogares para Agricultores para el tipo de ------
préstamo arriba indicado.  Doy Fe. -------------------------------
---En Humacao, Puerto Rico a veintiuno (21) de agosto de mil -----
nuevecientos noventa y dos (1992). ------------------------------

José Ángel Machuca Romero
Notario Público

1

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, marr
and resident of Guayama, Puerto Rico. In
official capacity as State Executive Director
the Farm Service Agency, U.S. Department
Agriculture, hereby declare under penalty
perjury that this is a true and exact copy
the original document which I have under
custody.
San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

**FmHA Form 1940-17 (S)**
**(Rev. 12-88)**

<table>
<tr><td>

UNITED STATES DEPARTMENT OF
AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

</td><td>

TYPE OF LOAN
Type: OL          Regular
                  X Limited Resources

In accordance with:
X Consolidated Farm and Rural Development Act
Emergency Agricultural Credit Adjustment Act of 1978

</td></tr>
<tr><td>

Name: EXPEDITO DELGADO GONZALEZ
State: PUERTO RICO
Office: HUMACAO
Case Number: 63-003-583400052
Date: November 10th, 1988
Fund Code: 44
Loan Number: 02

</td><td>

ACTION REQUIRING NOTE:

X Initial Loan                    Restructuring
  Subsequent Loan                 Reamortization
  Consolidation and               Consolidation
Subsequent Loan                   Debt Reduction
Sale on Credit
Deferred Payments
Conservation Easements

</td></tr>
</table>

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in HUMACAO, PUERTO RICO 0661, or at another location designated in writing by the Government, the principal sum of FIFTEEN THOUSAND DOLLARS ($15,000.00) plus interest on the unpaid principal of FIVE PERCENT (5.00%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in EIGHT (8) installments, as indicated below, unless modified by a different interest rate, on or before the following dates:
$118.00..........on January 1, 1989
$5,267.00..........on January 1, 1991
and $1,598.00 subsequently each year thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable SEVEN (7) years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or restructured, interest accumulated for over ninety (90) days as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests accumulated during the deferment period and then to interests computed to the effective date of the payment and then to the principal.

1

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the terms of the loans involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder on an annual installment due date basis.  The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily  or otherwise, without the previous written consent of the Government.  Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Debt Reduction", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

| CODE AND LOAN NUMBER: | AMOUNT OF NOTE: $ | INTEREST RATE: % | DATE: | ORIGINAL BORROWER: | LAST INSTALLMENT DUE: |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT:  If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive

2

soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN' above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
_____
EXPEDITO DELGADO GONZALEZ          (BORROWER) (SEAL)
[Signature]
_____
CARMEN MEDINA SANTANA              (BORROWER)
(SEAL)

HC 3 BOX 12901
YABUCOA, PUERTO RICO 00767

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 15,000.00 | | $ | | $ | |

TOTAL: $15,000.00

3

ATTACHMENT A

The amount of this promissory note and the mortgage securing it, re-amortized on August twenty-first (21st) of nineteen ninety-two (1992) had an unpaid balance of FOUR THOUSAND TWO HUNDRED FORTY DOLLARS AND NINETEEN CENTS ($4,240.89) of principal and THREE HUNDRED FIFTY DOLLARS AND NINETEEN CENTS ($350.19) of interests, to make a total of FOUR THOUSAND FIVE HUNDRED NINETY-ONE DOLLARS AND EIGHT CENTS ($4,591.08), with interests at the annual rate of FIVE AND ONE HALF PERCENT (5.50%) , which shall accrue interests at the annual rate of FIVE PERCENT (5.00%) and shall be paid as follows: One first payment of Four hundred forty-three ($443.00) on or before August twenty-first of nineteen ninety-three (1993, and Four hundred forty-three dollars ($443.00) on or before August twenty-first (21st) of every year until August twenty-first (21st) of two thousand eight (2008), inclusive, pursuant to deed number thirty-nine (39) of August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness.

In Humacao, Puerto Rico on August twenty-first (21st) of nineteen ninety-two (1992).


[Signature]
Jose Angel Machuca Romero
Notary Public

4

--------NUMERO---- CUARENTA-----------
                    NUMBER

--------HIPOTECA VOLUNTARIA-----------
                VOLUNTARY MORTGAGE

En laciudad de Humacao, Isla de Puerto Rico, a los diez dias del---
In Humacao, Puerto Rico this tenth days of November Nineteen eighty

mes de noviembre de mil novecientos ochenta y ocho.---------------
eight.--------------------------------------------------------------

----------------------ANTE MI-----------------------
                      BEFORE ME

------------ISRAEL DELGADO RAMOS-----------------------

------------ISRAEL DELGADO RAMOS-----------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Humacao,----
Attorney and Notary Public for the Island of Puerto Rico, with residence in Humacao, Puerto

Rico----------------------------------------------------------------
Puerto Rico---------- y oficina en Calle Antonio López esquipa Font
and office in                                          Puerto Rico.

Martelo de la referida ciudad.-------------------------------------
----------------------COMPARECEN--------------------------------
                      APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage-----------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-----------

aparecen de dicho párrafo.-----------------------------------------
appear from said paragraph.-----------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad.--------------------
statements which I believe to be true of their age, civil status, profession and residence.----

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this --

miento.-------------------------------------------------------------
voluntary mortgage.------------

--------------------EXPONEN-----------------------
                    WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same ---

denominada de aquí en adelante "los bienes".-----------------------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.----------------------------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States ---

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with -----------





un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)——

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.——————————
estimated against the property.————————————

CUARTO: Se sobreentiende que:——————————————
FOURTH: It is understood that:——————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One———

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.——————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.——————————————————
will be the insured lender.——————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————
and interest.——————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————
ments on the note, to be designated the "annual charge".——————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————



orma FmHA 427-1(S) PR
Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit--------------------

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor-----------

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any--------------

cualquier convenio suplementario por parte del deudor.-------------------
supplementary agreement.-------------

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,-------

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the--------------

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage--------

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured--------------

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to---------------

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt--------------

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee--------------

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default----------------

plimiento por parte del deudor hipotecario.---------------------------
by the mortgagor.-- --------------

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note--------------

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee--------------

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH------------

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the--------------

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,------

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee--------------

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof--------------

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement--------------

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its--------------

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any--------------

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in--------



- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————————

y los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————————

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————




- 4 -

1(3) PR

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,———————

hipotecario como agente cobrador del tenedor del mismo.————————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by———

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,———

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.——

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——

párrafo devengará intereses a razón de cinco y medio————————————————
subparagraph shall bear interest at the rate of   five and a half————

———————————————— por ciento (  5½   °/o)————————————————
                        per cent  (  5½   °/o)————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————————
to the mortgagee.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————————

hasta que los mismos sean satisfechos por el deudor hipotecario.———————————
until repaid to the mortgagee.——————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————————————
determines.——————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————
for purposes authorized by mortgagee.——————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.——————————————————
under the terms of this mortgage.——————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.——————————————————
approved by mortgagee.——————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all———————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.——————————————————————————————
time may prescribe.———————————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.——————————————————————————————
or   lease.—————————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.—————————————————————————
affecting the property or its use.————————————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.————————————————
mortgagor of the covenants of this mortgage.——————————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option





podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its-----------------------------

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said-----------------

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered--------------------

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause----------------

para adelantos, gastos y otros pagos.----------------------------------------------
for advances, expenditures and other payments.--------------------------------------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect---------

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,------------------

dor hipotecario, el acreedor hipotecario es por el presente autorizado y con pode-
mortgage is hereby authorized and empowered-----------------------------------------

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect-------

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the-----------

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced----

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed,---------------------

en el orden y manera que el acreedor hipotecario determinare.----------------------
in what ever order and manner mortgagee may determine.------------------------------

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor---------------------

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production-----------------

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a-------------

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,----------------------

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept-----------------------

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.-------------------
purchase any necessary shares of stock in the cooperative agency in regard to said loan.---

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured--

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called------

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply--------

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,------

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an-----------------------

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of------




- 8 -

rma FmHA 427-1(S) PR
ev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren.cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————
request the protection of the law.——

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——

rarios de abogado.——————————————————————
attorney's fees.——

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——

- 9 -



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by———————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee————————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment of————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————————

dichos bienes.———————————————————————————————————
said property.—————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,———————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest—————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————————
in or to the lien or any benefits herein contained.—————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any———————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,———————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall—————————————————

constituirá incumplimiento de esta hipoteca.—————————————————————————
constitute default hereunder.—————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the—————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated——————

especifica más adelante.———————————————————————————————————
hereinafter.—————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————————





-1(S) PR

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment -------------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so ---------------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment ----

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this ------------------------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario. ---------
mortgage, and if any amount then remains, will pay such amount to mortgagor. ------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case ---------------------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended, --------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount ------------------

de TREINTA MIL DOLARES --------------------------------------------------
of THIRTY THOUSAND DOLLAR -----------------------------------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be --------------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgage. This mortgage is subject to the rules and regulations of the ----



ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations ---------------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the -----------------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and ----------

y aseguramiento del préstamo antes mencionado. -------------------------
insuring of the loan herein before mentioned. --------------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes: -----
NINTH: The amounts guaranteed by this mortgage are as follows: -----------------



Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of- ----------------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgage, or in the event mortgagee ---------------------

hipotecario cediere esta hipoteca sin asegurar el pagaré QUINCE MIL DOLARES
should assign this mortgage without insurance of the note FIFITEEN THOUSAND DOLLAR

------------------------------------------------------DOLARES ($15,000.00 }
------------------------------------------------------DOLLARS ($ 15,000.00 }

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

cinco y medio------------------------------ por ciento (     o/o) anual;
ive and a half ---------------------- per cent (   5 ½   o/o) per annum;

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two: At all times when said note is held by an insured lender:

(A) QUINCE MIL DOLARES------------------------------------------------------
(A) FIFTEEN THOUSAND DOLLAR------------------------------------------------
------------------------------------------------DOLARES ($5,000.00
----------------------------------------------DOLLARS ($15,000.00

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender------------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------------------

se especifica en el pagaré, con intereses según se e.pecifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------------

Tercero;----------------------------------------------------------------------
Three;----------------------------------------------------------------------

(B) VEINTIDOS MIL QUINIENTOS----------------------------------------------
(B) TWENTY TWO THOUSAND----------------------------------------------------
------------------------------------------DOLARES ($2,500.00
------------------------------------------DOLLARS ($   22,500.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------------

sufrir bajo su seguro de pago del pagaré.----------------------------------------
sustain under its insurance of payment of the note;------------------------------

Tres. En cualquier caso y en todo tiempo;----------------------------------------
Three. In any event and at all times whatsoever:--------------------------------

(A) SEISCIENTOS DOLARES_____
(A) SIX HUNDRED DOLLARS--------------------------------------------------

($   600.00          ) para intereses después de mora:--------------------------
($   600.00--------  ) for default interest;      --------------------------------

(B) TRESCIENTOS DOLARES --------------------------------------------------
(B) THREE HUNDRED DOLLLAR------------------------------------------------

{300.00              ) para contribuciones, seguro y otros adelantos para la con-
{300.00----------   ) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph-------

SEXTO, Tercero;--------------------------------------------------------------
SIXTH, Three;------------------------------------------------------------------

(C) CIENTO CINCUENTA DOLARES _____
(C) ONE HUNDRED DOLLAR--------------------------------------------------

($   150.00          ) para costas, gastos y honorarios de abogado en caso
($ 150.00----------  ) for costs, expenses and attorney's fees in case------------

de  ejecución;----------------------------------------------------------------
of  foreclosure:--------------------------------------------------------------

(D) CIENTO CINCUENTA DOLARES----------------------------------------
(D) ONE HUNDRED FIFTY DOLLAR--------------------------------------------

($ 150.00            ) para costas y gastos que incurriere el acreedor hipoteca-
($ 150.00----------  ) for costs and expenditures incurred by the mortgagee in----

rio en procedimientos para defender sus intere es contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as--------------

se consigna en el párrafo SEXTO, Trece.----------------------------------------
provided in paragraph (SIXTH, Thirteen,----------------------------------------

- 12 -

R

**DECIMO:** Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD ————————————————

de esta hipoteca es (son) descrito(s) como sigue: ————————————————————
of this mortgage is (are) described as follows: ————————————————————————

"Pagaré otorgado en el caso número sesenta y tres guión y tres guión cero tres guión
"Promissory note executed in case number     sixty three dash cero 03 dash
cinco ocho tres guión cuarenta guión cero cero cincuenta y dos
five cero three dash forty dash cero cero fifty two ————————————
(63-0-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) ————————————————————————— fechado el día   diez
(63-03-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) ——————————————————————— dated the          tenth

——————————————— de noviembre ——————————— de mil novecientos ————
——————————— day of November               nineteen hundred and  eighty eight

——————————————————————— por la suma de  QUINCE MIL ———————————
                       in the amount of   FIFTEEN THOUSAND ———————————

——————————————————————————————————— dólares de principal más ————
——————————————————————————————————— of principal plus

intereses sobre el balance del principal adeudado a razón del  cinco y medio ————————
interest over the unpaid balance at the rate of     five and a half ————————————

————————————————————————————( 5½% ————————) por ciento anual,
                              ( 5% ————————) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, ——————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed —————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the ————

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ——————————————

a los  siete años ————————————————————————————————————————
and payable  seven ———————————————————————————————————————

años de la fecha de este pagaré. ——————————————————————————————
years from the date of this promissory note. —————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the ——————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United ————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act  ——————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", se-
of 1961" or pursuant to "Title V of the Housing Act of 1949, as ——————————

han sido enmendadas y está sujeto a los presentes reglamentos de la     ministración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros regl    atos no inconsistentes con dicha
Home Administration and to its future regul        consistent with the ————————

Ley. De cuya descripción, yo,      trio Au       , DOY FE. ——————————————
express provision thereof. Of which    ription I,     uthorizing Notary, GIVE FAITH.———

**UNDECIMO:** Que la propiedad obje   o de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which —————————————

constituye Hipoteca Voluntaria, se describe como sigue: ——————————————————
voluntary mortgage is constituted, is described as follows: ——————————————————



--RUSTICA: Finca compuesta de DIECISIETE PUNTO CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415 cds.) equivalentes a sesenta y ocho mil novecientos cuarenta y cinco punto doce noventa y cinco metros --------- sito en el barrio Calabazas del término municipal de Yabucoa en lindes: por el Norte, en distintas alineaciones con un camino municipal; por el Sur, con terrenos de Juan Vega Pagán; por el Este en una distancia de ciento treinta y nueve punto ochocientos treinta y siete metros lineales con el remanente de la finca principal y por el Oeste, en una distancia de cuatrocientos ochenta y cinco punto trescientos diecinueve metros lineales con terrenos de Encarnación Ruiz y Juan Cruz Pagán.-------------------------------------------------------------

Adquirió el prestatario la descrita finca por compra que de la misma hiciera
Borrower acquired the described property by purchase to Mrs. Josefina Rivera
a Josefina Rivera Leon, ----------------->--------------------------
León.---------------------------------------------------------------

según consta de la Escritura Número  cuarenta y tres (43)---------------
pursuant to Deed Number forty three (43)----------------------------

de fecha dos de julio de mil novecientos ochenta y siete-----------
dated July two Nineteen and eighty eight.-------------------------

otorgada en la ciudad de  Humacao, Puerto Rico ----------------------
executed in the city of Humacao, Puerto Rico ----------------------------

ante el Notario   Israel Delgado Ramos------------------------------
before Notary   Israel Delgado Ramos ----------------------------------

Dicha propiedad se encuentra inscrita el Registro de la Propiedad de
Said property is record in the Registry of the Property of Humacao al
Humacao al folio doscientos setenta, Tomo Doscientos Seis de Yabucoa
page two hundred seventy, book two hundred six of Yabucoa, farm number
finca número trece mil ciento dieciocho.-----------------------------
thirteen thousand one hundred eighteen.-----------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors ------

carios Don Expedito Delgado González y Doña Carmen Medina Santana
are Mr. Expedito Delgado González and Mrs. Carmen Medina Santana
mayores de edad, casados entre sí, propietarios y vecinos de Yabucoa
of legal age, married to each other, owners and residence at Yabucoa
Puerto Rico.----------------------------------------------------------
cuya dirección postal es: HC Tres Box Doce Nueve Cero Uno, Yabucoa, Puerto
whose postal address is: HC three Box twelve nine  Cero One, Yabucoa, Puerto
Rico.cero cero siete seis siete nueve siete diez.--------------------
Rico  cero cero seven six seven nine seven ten.----------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used----------

14

PR

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

the proceeds of the loan secured herein, are considered and understood to be part of the property encumbered by this mortgage.

EIGHTEENTH: The mortgagor agrees and obligates himself to move and occupy the property in question herein within sixty (60) days of the final inspection. Should unforeseen circumstances arise that are beyond his control and which would impede him from doing so, he will so notify the County Supervisor in writing.

NINETEENTH: Any improvements, constructions, or buildings that are constructed on said farm during the aforementioned period will require the mortgagee's prior written approval, in accordance with current regulations, as well as future regulations which are consistent with federal and local law, and compatible with current laws governing these types of loans.

TWENTIETH: This instrument also secures the recapture of any interest credit or subsidy which may be granted to the borrower by the Government, pursuant to Forty-two USC, fourteen ninety-a (42 USC 1490a)

TWENTY-FIRST: The farm subject to this mortgage is encumbered by a first mortgage to the order of the United States of America in the amount of FIFTEEN THOUSAND DOLLARS.

TWENTY-SECOND: The purpose of this loan is to operate the farm subject to this mortgage.

1

# <u>CERTIFICATE</u>

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

*Lorena Pike*

Lorena Pike
*Translator*

WITNESS my hand and official seal hereto affixed this

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
fonds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgage in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarenta del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

VIGESIMO PRIMERO: La finca objeto de esta esta hipoteca se halla

afecta a una primera hipoteca a favor de los Estados Unidos de Ame-

rica por la suma principal de QUINCE MIL DOLARES.

VIGESIMOSEGUNDO: El propósito de este prestamo es para operar la

finca objeto de hipoteca.



16

ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

So they say and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).
After this deed was read by the appearing party (parties), he (they) ratify its contents, place his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who GIVES FAITH to everything contained in this deed.

It is hereby declared that the social security number of Expedito Delgado Gonzalez is five eight three dash forty dash zero zero fifty-two (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) and of Carmen Medina Santana is one hundred four dash forty-eight dash sixty-eight sixty. (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). I BEAR WITNESS ONCE MORE.

# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

*Lorena Pike*

Lorena Pike
*Translator and interpreter*

WITNESS my hand and official seal hereto affixed this

1

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

-----------ACEPTACION-----------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once-----------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.-----------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-----------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)-----

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.-----------------------------------------------------
I advised him (them).-----------------------------------------------

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its---------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed----------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES-----------

FE de todo el contenido de esta escritura.---------------------------------
FAITH to everything contained in this deed.------------------------------

---Se hace constar que el número de Seguro Social de Don Expedito

Delgado González es cinco ocho tres guión cuarenta guión cero cero

cincuenta y dos (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) y el de Doña Carmen Medina Santana es

ciento cuatro guión cuarenta y ocho guión sesenta y ocho sesenta

(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). REPITO LA FE.------------------------------------



------------------CERTIFICACION ALD DORSO----------------





SIGNED BY: EXPEDITO DELGADO GONZALEZ AND CARMEN MEDINA SANTANA. Signed, sealed, stamped and endorsed by ISRAEL DELGADO RAMOS, Notary Public.
The appropriate Notary Tax seal has been placed on this document.
All the initials of the executors have been placed in the margin of each and every one of the pages in the original. I BEAR WITNESS AND CERTIFY:

That this is a true and exact copy of the original deed filed under the number indicated in my protocol of public instruments. It consists of seventeen pages. In witness whereof, and for delivery to the Farmers Home Administration, I issue this certified copy, which I sign, seal, and endorse, on the same date of its execution. I BEAR WITNESS.


[Signature]
Notary Public
[Seal]


It is recorded on page 271, volume 206 of Yabucoa, farm # 13,118, 4th entry. It is encumbered by a mortgage in the amount of $15,000.00 to the order of the United States of America, and by the mortgage furnished through this document.
Humacao, December 5th, 1988.

No fees

[Signature]
Recorder

Revised by
[Signature]
County Supervisor
On 5/5/89


# CERTIFICATE


I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

(FIRMADO) EXPEDITO DELGADO GONZALEZ.-CARMEN MEDINA
SANTANA.--Firmado, signado, sellado y rubricado.-
ISRAEL DELGADO RAMOS.   Hay el correspondiente
sello deacolegio de abogados y el de la Notaría
estampado.   Están puestas las iniciales de todos
los otorgantes al margen de cada uno de los folios
de su original.   De todo lo cual yo, el Notario
autorizante DOY FE Y CERTIFICO:--------------------

Concuerda bien y fielmente con el original de
su contenido que bajo el númer. indicado obra
en mi protocolo general corriente de
instrumentos públicos a que me remito que
consta de diecisiete folios.   En fe de ello y
para   para   entregar   a   la   Farmers   Home
Administration   expido   primera   copia   que
firmo, signo, sello y rubrico en el mismo día
de su otorgamiento.   DOY FE.-------------------

NOTARIO PUBLICO



----------ESCRITURA NUMERO TREINTINUEVE (39)--------

------REAMORTIZACION DE PRESTAMO HIPOTECARIO Y------
MODIFICACION DE HIPOTECA----------------------------

---En la ciudad de Humacao, Puerto Rico, a los------

veintiun (21) días del mes de agosto do mil --------

novecientos noventa y dos (1992). ------------------

-----------------------ANTE MI----------------------

---JOSE ANGEL MACHUCA ROMERO, Abogado y Notario-----

Público, con residencia y oficina abierta en la-----

ciudad de Carolina, Puerto Rico.--------------------

-----------------------COMPARECEN-------------------

---DE LA PRIMERA PARTE: DON EXPEDITO DELGADO--------

GONZALEZ, seguro social número                ------

DOÑA CARMEN MEDINA SANTANA, seguro social número----

propietarios, y vecinos de Yabucoa, Puerto Rico, en-

adelante denominados LOS DEUDORES HIPOTECARIOS.-----

---DE LA SEGUNDA PARTE: Los Estados Unidos de-------

América, por conducto de La Administración de-------

Hogares para los Agricultores, también conocida-----

como la Farmers Home Administration, a tenor con----

las disposiciones de la Ley del Congreso titulada---

"CONSOLIDATED FARMERS HOME ADMINISTRATION ACT OF----

NINETEEN SIXTY ONE (1961)", con oficinas principales

en Washington, Distrito de Columbia, representada---

en este acto por DON RAFAEL LUIS RODRIGUEZ MARTINEZ,

seguro social número

casado, mayor de edad, empleado y vecino de San-----

Juan, Puerto Rico, en su caracter de Supervisor-----

Local, cuyo caracter consta debidamente acreditado--

en el Registro de la Propiedad, en adelante---------

denominado como el ACREEDOR HIPOTECARIO.------------

1

------------------------DOY FE---------------------

---De conocer personalmente a los comparecientes, y-
por sus dichos con relación a su edad, estado civil,
profesión y vecindad. Me aseguran tener, y a mi----
juicio tienen la capacidad legal necesaria para el--
presente otorgamiento, y a tal efecto libre y-------
voluntariamente---------------------------------

------------------------EXPONEN--------------------

PRIMERO: Que los Deudores Hipotecarios son dueños-
en pleno dominio de las siguientes propiedades:-----
---"RUSTICA: Finca compuesta de DIECISIETE PUNTO----
CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415),--------
equivalentes a sesenta y ocho mil novecientos-------
cuarenta y cinco punto doce noventa y cinco metros--
(68,945.1295 mts.) sito en el Barrio Calabazas del--
término municipal de Yabucoa, en lindes por el------
NORTE, en distintas alineaciones con un camino------
municipal; por el SUR, con terrenos de Juan Vega----
Pagán; por el ESTE, en una distancia de ciento------
treinta y nueve punto ochocientos treinta y siete---
metros lineales con el remanente de la finca--------
principal; y por el OESTE, en una distancia de------
cuatrocientos ochenta y cinco punto trescientos-----
diecinueve metros lineales con terrenos de----------
Encarnación Ruíz y Juan Cruz Pagán".----------------

---Inscrita al folio doscientos setenta (270),.tomo-
doscientos seis (206) de Yabucoa, finca trece mil---
ciento dieciocho (13,118), de Yabucoa, Puerto Rico,-
inscripción primera.--------------------------------

----------------CARGAS Y GRAVAMENES-----------------

---Se halla afecta dicha propiedad a cuatro (4)-----
hipotecas en garantía de Pagarés a favor de los-----
Estados Unidos de América, las cuales se describen a
continuación:---------------------------------------
A) Quince Mil Dólares ($15,000.00); constituída por
escritura número treinta y uno (31) del veintinueve-
de julio de mil novecientos ochenta y ocho (1988)---
ante el Notario Israel Delgado Ramos, en Humacao,---
Puerto Rico. ---------------------------------------
--Inscrita al folio doscientos setenta vuelto-------
(270 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).----------
B) Quince Mil Dólares ($15,000.00); constituída por
escritura cuarenta (40) del diez (10) de noviembre--

2

de mil novecientos ochenta y ocho (1988) ante el --- Notario Israel Delgado Ramos, en Humacao, Puerto --- Rico. ------------------------------------------------

--Inscrita al folio doscientos setenta y uno (271),- tomo doscientos seis (206) de Yabucoa, finca trece-- mil ciento dieciocho (13,118).------------------------

C) Veintisiete Mil Setecientos Dólares ------------ ($27,700.00); constituída por la escritura número -- veintiuno (21) de dos (2) de marzo de mil ---------- novecientos noventa (1990), ante la Notario Aida Luz Moringlanes Ruíz, en Humacao, Puerto Rico. --------- Esta hipoteca fue modificada a la suma de veintiocho mil novecientos noventa dólares con noventa centavos ($28,990.90) mediante escritura de Reamortización de Préstamo Hipotecario y Modificación de Hipoteca ---- número quince (15) del quince (15) de marzo de mil - novecientos noventa y uno (1991) ante este mismo --- notario que autoriza y suscribe. --------------------

--Inscrita al folio doscientos setenta y uno vuelto- (271 vto.), tomo doscientos seis (206) de Yabucoa,-- finca trece mil ciento dieciocho (13,118).-----------

D) Diez Mil Dólares ($10,000.00), constituída por - la escritura número treinta (30) del diez (10) de -- julio de mil novecientos noventa y uno (1991) ante - este mismo notario autorizante y que suscribe. ------

--Inscrita al folio doscientos setenta y dos (272),- tomo doscientos seis (206) de Yabucoa, finca trece-- mil ciento dieciocho (13,118).------------------------

---SEGUNDO: Manifiestan Los Deudores Hipotecarios-- que con el fin de reamortizar la deuda hipotecaria-- constituída mediante la escritura de hipoteca en---- garantía de pagaré número cuarenta (40) arriba------ descrita, solicitaron y obtuvieron el consentimiento del acreedor hipotecario, Estados Unidos de América, actuando por conducto y a través de la ------------- Administración de Hogares para Agricultores de ----- conformidad con la ley del Congreso titulada-------- "Consolidated Farmers Home Administration Act of----

3

1961" y por el reglamento aprobado al efecto para---
reamortizar la deuda hipotecaria.--------------------
---TERCERO:  Manifiestan los comparecientes Don ----
Expedito Delgado González y Doña Carmen Medina------
Santana que es de su propio y personal conocimiento-
todas y cada una de las cláusulas, obligaciones, y--
estipuláciones contenidas en la escritura de--------
hipoteca, y en este acto en forma clara, y solemne y
terminante, se obligan a cumplir todas y cada de----
dichas obligaciones cláusulas y estipulaciones------
requeridas por la Administración de Hogares para----
Agricultores (FmHA).--------------------------------
- REAMORTIZACION Y MODIFICACION DE PAGARE HIPOTECA -
---CUARTO: Manifiesta EL ACREEDOR HIPOTECARIO por---
conducto del compareciente Don Rafael Luis Rodríguz-
Martínez, en el caracter que ostenta, que habiendo--
sido aceptados Los Deudores Hipotecarios para-------
recibir los beneficios de la ley del Congreso-------
"Consolidated Farmers Home Administration Act of----
1961", según enmendada, ha convenido en reamortizar-
y modificar la forma de pago de los plazos----------
consignados en el Pagaré y en la hipoteca que por la
cantidad de QUINCE MIL DOLARES ($15,000.00)---------
constituyó el día diez (10) de noviembre de mil-----
novecientos ochenta y ocho (1988) en la siguiente---
manera:  el importe total adeudado al veintiuno (21)
de agosto de mil nuevecientos noventa y dos (1992) -
asciende a la cantidad de CUATRO MIL DOSCIENTOS ----
CUARENTA DOLARES CON OCHENTA Y NUEVE CENTAVOS ------
($4,240.89) de principal y TRESCIENTOS CINCUENTA----
DOLARES CON DIECINUEVE ($350.19), de intereses, para
un total de CUATRO MIL QUINIENTOS NOVENTA Y UN -----
DOLARES CON OCHO CENTAVOS ($4,591.08), con intereses
a razón del CINCO Y MEDIO PORCIENTO (5.50 %) ANUAL--
el cual habrá de ser pagada de la siguiente forma:

4

Un primer pago de cuatrocientos cuarenta y tres ----
Dólares ($443.00) en o antes del día veintiuno (21)-
de agosto de Mil Nuevecientos Noventa y Tres (1993),
y cuatrocientos cuarenta y tres Dólares ($443.00) en
o antes de cada veintiuno (21) de agosto ----------
subsiguiente hasta el veintiuno (21) de agosto del--
año dos mil ocho (2,008), inclusive. ---------------
---El (los) acreedor(es) posterior(es), mediante----
Declaración Jurada, ha(n) consentido en que el------
Gobierno de Los Estados Unidos de América, actuando-
traves de la Administración de Hogares para---------
Agricultores, de su Departamento de Agricultura, le-
sume el interés acumulado al principal aumentando---
la cantidad total adeudada y extender el término----
del vencimiento de dicha deuda si fuera necesario.--
Esta transacción no cambiará la posición de---------
prioridad hipotecaria registrada a favor de Los-----
Estados Unidos de América.--------------------------
---QUINTO: El compareciente, Don Rafael Luis ------
Rodríguez Martínez, en el caracter que ostenta, me--
muestra a mí, el Notario, el Pagaré garantizado con-
la hipoteca relacionada en el Expositivo Primero de-
esta escritura, y me asegura que no ha sido---------
negociado, ni gravado en forma alguna por su actual-
tenedor y poseedor, Los Estados Unidos de América, y
una vez identificado por mí, el Notario,------------
cerciorandome de que se trata del mismo Pagaré------
original procedo a poner un anexo a éste denominado-
"ATTACHMENT A" y que se ha hecho formar parte de el,
a los efectos de proveer espacio adicional para los-
endosos y descuentos de dicho pagaré, el cual-------
contiene el siguiente texto: "El importe de este----
pagaré y la hipoteca que lo garantiza reamortizado--
a la veintiuno (21) de agosto de mil nuevecientos-
noventa y dos (1992) dió un saldo deudor montante a-

5

CUATRO MIL DOSCIENTOS CUARENTA DOLARES CON OCHENTA Y
NUEVE CENTAVOS ($4,240.89) de principal y ----------
TRESCIENTOS CINCUENTA DOLARES CON DIECINUEVE -------
($350.19), de intereses, para un total de CUATRO MIL
QUINIENTOS NOVENTA Y UN DOLARES CON OCHO CENTAVOS --
($4,591.08), con intereses a razón del CINCO Y MEDIO
PORCIENTO (5.50 %) ANUAL y el cual devengará--------
intereses a razón del Cinco porciento (5.00 %) anual
y habrá de ser pagado en la siguiente forma: Un ----
primer pago de cuatrocientos cuarenta y tres Dólares
($443.00) en o antes del día veintiuno (21) de -----
agosto de Mil Nuevecientos Noventa y Tres (1993), Y-
cuatrocientos cuarenta y tres Dólares ($443.00) en--
o antes de cada veintiuno (21) de agosto -----------
subsiguiente hasta el veintiuno (21) de agosto del--
año dos mil ocho (2,008), inclusive, según resulta--
de la escritura número treinta y nueve (39) del ----
veintiuno (21) de agosto de mil nuevecientos noventa
y dos (1992) ante el Notario autorizante. ---------
---Manifiesta el compareciente Don Rafael Luis -----
Rodríguez Martínez que el Gobierno puede cambiar el-
porciento de interés de acuerdo con los reglamentos-
de la Administración de Hogares para Agricultores,--
no más frecuente que trimestralmente, notificando --
por correo al Prestatario con treinta (30) días de--
anticipación a su última dirección. El nuevo tipo--
de interés no deberá exceder el porciento de--------
interés establecido en los reglamentos de la--------
Administración de Hogares para Agricultores para el-
tipo de préstamo arriba indicado. Doy Fe. En------
Humacao, Puerto Rico a veintiuno (21) de agosto de--
mil nuevecientos noventa y dos (1992). (Firmado,---
Signado, Sellado y Rubricado por José Angel Machuca-
Romero, Notario Público). ---------------------------
-----------------NOTARIO PUBLICO-------------------

---Una vez puesta la nota (Attachment) lo devuelvo--
al compareciente, señor Rafael Luis Rodríguez ------
Martínez, en el carácter que ostenta.--------------
-------------------ADVERTENCIAS--------------------
---Tal es la escritura que ante mí, formalizan los--
comparecientes, la que aceptan en su integridad por-
expresar lo pactado, haciendo Yo, el Notario, las---
advertencias legales pertinentes.-------------------
----------------LECTURA Y OTORGAMIENTO-------------
---Leída esta escritura a los otorgantes por haber--
renunciado al derecho de hacerlo por sí mismos, el--
cual les advertí tenían, y habiendola hallado-------
conforme, la aprueban y ratifican firmando  ante----
mí, todo ello en un mismo acto, en el mismo día de--
su otorgamiento, estampando, además, las iniciales--
en el márgen izquierdo de cada una de sus folios,---
ante el Notario, de todo lo cual,así como de todo lo
que consignamos en esta escritura pública, YO, el---
Notario Autorizante, DOY FE. ----------------------

---FIRMADO: EXPEDITO DELGADO GONZALEZ, CARMEN -----
MEDINA SANTANA; Y LOS ESTADOS UNIDOS DE AMERICA----
REPRESENTADOS POR RAFAEL LUIS RODIGUEZ MARTINEZ.---
---Aparecen las iniciales de los otorgantes al ----
margen de cada página del original. --------------
---Firmado, Signado, Sellado, Rúbricado, por JOSE--
ANGEL MACHUCA ROMERO, Notario Público.-------------
---Cancelado el sello Impuesto Notarial en el------
original; exenta de cancelar sellos de Rentas -----
Internas, Ley 43 de 9 de julio de 1946.-----------
---CERTIFICO: Que ésta ES PRIMERA copia -----------
certificada, fiel y exacta, de su original que obra
en mi protocolo al que me remito, la cual consta de
siete (7) páginas; y para entregar a parte --------
interesada la expido en el mismo día de su --------
otorgamiento. DOY FE. -----------

Notario Público

Hecha la modificación al folio
272 vto. del Tomo 206 de Ya-
bucoa de la finca # 13118.
Nos 2da
Humacao a 8 de octubre de 1992.
S.D.  Cancelada estas fincas
por estar erroneas

Inscrito al folio 150 del tomo
212 de Yabucoa, Jos 2da de
la finca # 13118. Humacao
a 8 de octubre de 1992.
Sin dros.

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, marri
and resident of Guayama, Puerto Rico. In r
official capacity as State Executive Director
the Farm Service Agency, U.S. Department
Agriculture, hereby declare under penalty
perjury that this is a true and exact copy
the original document which I have under n
custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

NUMBER THIRTY-NINE (39)

DEED OF REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE
MODIFICATION

In the city of Humacao, Puerto Rico, on August twenty-first (21ˢᵗ) of nineteen ninety-two
(1992)

IN MY PRESENCE

JOSE ANGEL MACHUCA ROMERO, Attorney and Notary Public with residence and
offices in the city of Carolina, Puerto Rico.

THERE NOW APPEAR

AS ONE PARTY: EXPEDITO DELGADO GONZALEZ, social Security number five
eight three four zero zero zero fifty-two (583400052) and CARMEN MEDINA
SANTANA, Social Security number ten forty-four eighty-six eighty-six zero
(104486860), both of legal age, married to each other, property owners and residents of
Yabucoa, Puerto Rico. Hereinafter referred to as "MORTGAGORS"

AS THE SECOND PARTY: UNITED STATES OF AMERICA, acting through the
Farmers Home Administration, in accordance with the dispositions of the Congress law
known as "Consolidated Farmers Home Administration Act of 1961", with headquarters
in Washington, District of Columbia, United States of America, represented herein by
MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, Social Security number five eight one
dash seven seven dash four zero nine four (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), of legal age, married,
employed and a resident of San Juan, Puerto Rico, in his capacity of County Supervisor,
whose credentials are duly recorded in the Property Registry. Hereinafter referred to as
MORTGAGEE:

1

## I BEAR WITNESS

to my personal acquaintance of the appearing parties, as well as to their statements regarding their personal information as to their age, marital status, occupation and residency. They assure me that they have, and in my judgment they do have, the necessary legal capacity to execute this deed, thus, freely and voluntarily:

## THEY DECLARE

FIRST: That the mortgagors are the owners of the following property:

A. RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS[1] (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan

It is registered on page two hundred seventy (270), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118) of Yabucoa, Puerto Rico, first entry.

## BURDENS AND ENCUMBRANCES

The above mentioned property is encumbered by four (4) mortgages securing the respective promissory notes to the order of the United States of America, which are described as follows:

A) Fifteen thousand dollars ($15,000.00), furnished through deed number thirty-one (31) on July twenty-ninth of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred ninety (290) reverse, volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118)

B) Fifteen thousand dollars ($15,000.00); furnished through deed number forty (40) on November ten (10)

---

[1] [*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 square meters, and 42,291 square feet.]

of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred seventy-one (271), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

C) Twenty-seven thousand seven hundred dollars ($27,700.00); furnished through deed number twenty-one (21) on March two (2) of nineteen ninety (1990), before the Notary Aida Luz Moringlanes Ruiz in Humacao, Puerto Rico.
This mortgage was modified to the amount of twenty-eight thousand nine hundred ninety dollars and ninety-nine cents ($28,990.90) through Deed of Re-amortization of Mortgage Loan and Mortgage Modification number fifteen (15) of March of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page two hundred seventy-one reverse (271 rev.), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

D) Ten thousand dollars ($10,000.00) furnished through deed number thirty (30) on July ten (10) of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page seventy-two (272), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

SECOND: The mortgagors state that in order to reamortize the mortgage debt furnished through Deed of Mortgage number forty (40) above described, they requested and obtained the approval of the mortgagee, the United States of America, acting through the Farmers Home Administration, in accordance with the regulations of the Congress Law titled "Consolidated Farmers Home Administration Act of 1961" and regulations

3

approved therein, to reamortize the mortgage debt.

THIRD: The MORTGAGORS, Expedito Delgado Gonzalez and Carmen Medina Santana, state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations as required by the Farmers Home Administration (FmHA).

## REAMORTIZATION AND MODIFICATION OF PAYMENT OF PROMISSORY NOTE AND MORTGAGE

FOURTH: Mortgagor states, through the appearing party Rafael Luis Rodriguez Martinez in the capacity he bears, that because the mortgagors have qualified to receive the benefits of the law issued by the Congress of the United States of America mentioned in paragraph second, he has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage of FIFTEEN THOUSAND DOLLARS ($15,000.00) which was furnished on November ten (10) of nineteen eighty-eight (1988) as follows:

The total unpaid balance on August twenty-first (21st) of nineteen ninety-two (1992) amounted to FOUR THOUSAND TWO HUNDRED FORTY DOLLARS AND NINETEEN CENTS ($4,240.89) of principal and THREE HUNDRED FIFTY DOLLARS AND NINETEEN CENTS ($350.19) of interests, to make a total of FOUR THOUSAND FIVE HUNDRED NINETY-ONE DOLLARS AND EIGHT CENTS ($4,591.08), with interests at the annual rate of FIVE AND ONE HALF PERCENT (5.50%) , which shall accrue interests at the annual rate of FIVE PERCENT (5.00%) and shall be paid as follows:

One first payment of Four hundred forty-three ($443.00) on or before August twenty-first of nineteen ninety-three (1993, and Four hundred forty-three dollars ($443.00) on or before August twenty-first (21st) of every year until August twenty-first (21st) of two thousand eight (2008), inclusive.

Mortgagor(s) consent(s), through affidavit, that the US Government, acting through the Agricultural Department of the Farmers Home Administration may add the accrued interest to the principal, thus increasing the total amount owed and to extend the due date if needed.

This transaction shall not modify the priority mortgage position in favor of the United States of America.

FIFTH: The appearing party, MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage described in First paragraph herein, and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place an attachment to it referred to as ATTACHMENT A and which shall become part thereof with the purpose to provide extra space for the endorsements and discounts of said promissory note. Such attachment contains the following text: "The amount of this promissory note and the mortgage securing it, re-amortized on August twenty-first (21st) of nineteen ninety-two (1992) had an unpaid

5

balance of FOUR THOUSAND TWO HUNDRED FORTY DOLLARS AND NINETEEN CENTS ($4,240.89) of principal and THREE HUNDRED FIFTY DOLLARS AND NINETEEN CENTS ($350.19) of interests, to make a total of FOUR THOUSAND FIVE HUNDRED NINETY-ONE DOLLARS AND EIGHT CENTS ($4,591.08), with interests at the annual rate of FIVE AND ONE HALF PERCENT (5.50%) , which shall accrue interests at the annual rate of FIVE PERCENT (5.00%) and shall be paid as follows: One first payment of Four hundred forty-three ($443.00) on or before August twenty-first of nineteen ninety-three (1993, and Four hundred forty-three dollars ($443.00) on or before August twenty-first (21st) of every year until August twenty-first (21st) of two thousand eight (2008), inclusive, pursuant to deed number thirty-nine (39) of August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness. In Humacao, Puerto Rico on August twenty-first (21st) of nineteen ninety-two (1992). (Signed, sealed, and endorsed by Jose Angel Machuca Romero, Notary Public)."

NOTARY PUBLIC

Once the above mentioned note (Attachment) is placed and signed, I return the document to the appearing party Rafael Luis Rodriguez Martinez, in his capacity of note holder.

ACCEPTANCE

Such is the deed that before me, the appearing parties formalize and accept as it conforms to their agreement. I, the Notary, state that I have given the parties the pertinent legal warnings and reservations for this deed

READING AND EXECUTION

After reading this deed to the parties since they waived the right to do it themselves, of which right I informed them they had, and having stated that they agree with its contents, they ratify their agreement by placing their signature in my presence, all in one proceeding, on the same day of its execution, placing also their initials on the left margin of every page of this deed. I the Notary, BEAR WITNESS to everything else I state, refer to or mention in this deed.

[Signatures]

SIGNED: EXPEDITO DELGADO GONZALEZ, CARMEN MEDINA SANTANA; AND UNITED STATES OF AMERICA REPRESENTED HEREIN BY LUIS RODRIGUEZ MARTINEZ.

The initials of the parties appear in each one of the pages of the original.
Signed, sealed, stamped and endorsed by JOSE ANGEL MACHUCA ROMERO, Notary Public.
The appropriate Notary Tax seal of the State Bar is cancelled in the original. Exempt of sales tax pursuant to Law 43 of July 9, 1946.

I CERTIFY: This is the FIRST true and exact copy of the original deed filed in my protocol of public instruments which consists of seven pages (7), and for delivery to the concerned party, I issue it the same day of its execution. I BEAR WITNESS.

[Signature]
Public Notary
[Seal]

Such modification was recorded in page 272 reverse, volume 206 of Yabucoa. Farm # 13,118, 9th entry.
Humacoa, October 8th, 1992
No fees. This paragraph is cancelled due to errors.


Recorded on page 150, volume 212 of Yabucoa, 9th entry of farm # 13,118.
Humacoa, October 8th, 1992.
No fees


[Signature]
Recorder


# **CERTIFICATE**

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage Modification is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

8

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

9

Formulario FmHA 1940-17(S)
(Rev. 12-88)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: EM(M842) | XX Regular |
| | ☐ Recursos Limitados |

De acuerdo a:

XX Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment
Act of 1978

| ACCION QUE REQUIERE PAGARE | |
|---|---|
| Nombre EXPEDITO DELGADO GONZALEZ | |

| Estado PUERTO RICO | Oficina HUMACAO |
|---|---|
| Caso Num. 63-03-583400052 | Fecha 2 de marzo de 1990 |
| Clave de Fondos 43 | Num. de Prestamo |

ACCION QUE REQUIERE PAGARE
- XX Préstamo Inicial
- ☐ Préstamo Subsiguiente
- ☐ Consolidación y Préstamo Subsiguiente
- ☐ Venta a Crédito
- ☐ Pagos Diferidos
- ☐ Servidumbre de Conservación
- ☐ Restructuración
- ☐ Reamortización
- ☐ Consolidación
- ☐ Reducción de Deuda

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el "Gobierno") o su cesionario en su oficina en  la Avenida Cruz Ortiz Stella #62, Humacao, PR  00661

o en otro sitio designado por el Gobierno por escrito, la suma principal de VEINTISIETE MIL SETECIENTOS CON 00/100------------------------dólares ($ 27,700.00    ) más intereses sobre el principal adeudado al CUATRO Y MEDIO  PORCIENTO (4.5 %) anual y _____N/A_____dólares ($_____) de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en  4   plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| $10,967.00 en 1 de enero    de 1991 | $   N/A         en              de 19    |
|---|---|
| $   N/A      en              de 19    | $   N//A        en              de 19    |
| $   N/A      en              de 19    | $   N/A         en              de 19    |
| $   N/A      en              de 19    | $   N/A         en              de 19    |
| $   N/A      en              de 19    | $   N/A         en              de     |
| $   N/A      en              de 19    | $   N/A         en              de     |

y $ 9,967.00         , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero TRES AÑOS         de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el periodo de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario.  Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de aborarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré.  Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Prestatario al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido.  La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor.  La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devengan entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construída, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno.  A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Reducción de Deuda", "Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
|  | $ | % | ,19 |  | ,19 |
|  | $ | % | ,19 |  | ,19 |
|  | $ | % | ,19 |  | ,19 |
|  | $ | % | ,19 |  | ,19 |
|  | $ | % | ,19 |  |  |
|  | $ | % | ,19 |  |  |
|  | $ | % | ,19 |  |  |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración.  Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION):  Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:  El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR.  Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995.  El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de S

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

_____
EXPEDITO DELGADO          (Prestatario) GONZALEZ

_____
                          (Prestatario)
CARMEN MEDINA SANTANA

(SELLO)

_____
(Dirección del Prestatario)

_____

_____

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 27,700.00 | 2 de marzo 90 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 27,700.00 | |

Agricultura                      POSICION 2                    Formulario FmHA 1940-17(S)
                                                                        (Rev. 12-88)

---El importe de este pagaré y la hipoteca que lo garantiza-------
reamortizado al día quince (15) de marzo de mil novecientos------
noventa y uno (1991) dió un saldo deudor montante a Veintisiete---
Mil Setecientos Dólares ($27,700.00), de principal más Mil--------
Doscientos Noventa Dólares con Noventa Centavos ($1,290.90) de----
intereses para un total de VEINTIOCHO MIL NOVECIENTOS NOVENTA----
DOLARES CON NOVENTA CENTAVOS ($28,990.90), con intereses a razón-
del Cuatro y Medio porciento (4 1/2 %) anual, y el cual devengara-
intereses a razón del Cuatro punto Cincuenta porciento (4.50 %)--
anual y habrá de ser pagado en la siguiente forma: SEIS MIL------
SEISCIENTOS CINCO DOLARES ($6,605.00) en o antes del primero (1º)-
de enero de Mil Novecientos Noventa y Dos (1992) y SEIS MIL------
SEISCIENTOS CINCO DOLARES ($6,605.00) en o antes de cada enero----
primero (1º) subsiguiente hasta el primero de enero del año Mil---
Novecientos Noventa y Seis (1996), inclusive, según resulta de la-
escritura número quince (15) del quince (15) de marzo de mil------
novecientos noventa y uno (1991) ante el Notario autorizante.-----
---Manifiesta el compareciente Don José A. Torres Correa que el--
Gobierno puede CAMBIAR El PORCIENTO DE INTERES de acuerdo con los-
reglamentos de la Administración de Hogares para Agricultores, no-
más frecuente que trimestralmente, notificando por correo al------
Prestatario con treinta (30) días de anticipación a su última-----
dirección. El nuevo tipo de interés no deberá exceder el----------
porciento de interés establecido en los reglamentos de la---------
Administración de Hogares para Agricultores para el tipo de-------
préstamo arriba indicado.  Doy Fe.-------------------------------
---En Humacao, Puerto Rico a quince (15) de marzo de mil----------
novecientos noventa y uno (1991).--------------------------------

José Angel Machuca Romero
Notario Público

ATTACHMENT B

---El importe de este pagaré y la hipoteca que lo garantiza -----
reamortizado al día veintiuno (21) de agosto de mil novecientos-
noventa y dos (1992) dió un saldo deudor montante a VEINTISIETE -
MIL SETECIENTOS DOLARES ($27,000.00) de principal y TRES MIL ----
OCHENTA DOLARES CON CUARENTA CENTAVOS ($3,080.40), de intereses,-
para un total de TREINTA MIL SETECIENTOS OCHENTA DOLARES CON-----
CUARENTA CENTAVOS ($30,780.40), con intereses a razón del CUATRO-
Y MEDIO PORCIENTO (4.50 %) ANUAL y el cual devengará intereses a-
razón del cuatro y medio porciento (4.50 %) anual y habrá de ser-
pagado en la siguiente forma: Un primer pago por la suma de------
ciento cuarenta Dólares ($140.00) en o antes del día veintiuno---
(21) de agosto de Mil Novecientos Noventa y tres(1993), y Ciento
Cuarenta Dólares ($140.00) en o antes de cada veintiuno (21) de--
agosto subsiguiente hasta el veintiuno (21) de agosto del año mil
novecientos noventa y siete (1997), inclusive; y cuatro mil------
quinientos dólares ($4,500.00) en o antes del veintiuno (21) de -
agosto de mil novecientos noventa y ocho (1998) y cuatro mil-----
quinientos dólares ($4,500.00) en o antes de cada veintiuno (21)-
de agosto subsiguiente hasta el año dos mil ocho (2008),---------
inclusive, según resulta de la escritura número cuarenta (40) del
veintiuno (21) de agosto de mil novecientos noventa y dos (1992)
ante el Notario autorizante. -------------------------------------

---Manifiesta el compareciente Don Rafael Luis Rodríguez Martínez
que el Gobierno puede cambiar el porciento de interés de acuerdo-
con los reglamentos de la Administración de Hogares para --------
Agricultores, no más frecuente que trimestralmente, notificando -
por correo al Prestatario con treinta (30) días de anticipación a
su última dirección.  El nuevo tipo de interés no deberá exceder-
el porciento de interés establecido en los reglamentos de la-----
Administración de Hogares para Agricultores para el tipo de -----
préstamo arriba indicado.  Doy Fe. ------------------------------
---En Humacao, Puerto Rico a veintiuno (21) de agosto de mil-----
novecientos noventa y dos (1992). ------------------------------

José Ángel Machuca Romero
Notario Público

*[Handwritten] Delgado Gonzalez, Expedito*

**FmHA Form 1940-17 (S)**
**(Rev. 12-88)**

UNITED STATES DEPARTMENT OF
AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| TYPE OF LOAN |
| --- |
| Type: EM (M842)     X Regular |
|                                        Limited Resources |
| In accordance with: |
| X Consolidated Farm and Rural Development Act |
| Emergency Agricultural Credit Adjustment Act of 1978 |

Name: EXPEDITO DELGADO GONZALEZ
State: PUERTO RICO
Office: HUMACAO
Case Number: 63-003-583400052
Date: March 2nd, 1990
Fund Code: 43
Loan Number: 03

| ACTION REQUIRING NOTE: | |
| --- | --- |
| X Initial Loan | Restructuring |
| Subsequent Loan | Reamortization |
| Consolidation and | Consolidation |
| Subsequent Loan | Debt Reduction |
| Sale on Credit | |
| Deferred Payments | |
| Conservation Easements | |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in Ave. Cruz Ortiz Stella # 62 HUMACAO, PUERTO RICO 0661, or at another location designated in writing by the Government, the principal sum of TWENTY-SEVEN THOUSAND SEVEN HUNDRED DOLLARS ($27,700.00) plus interest on the unpaid principal of FOUR AND ONE HALF PERCENT (4.50%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in FOUR (4) installments, as indicated below, unless modified by a different interest rate, on or before the following dates:
$10,967.00.........on January 1, 1991
and $9,967.00 subsequently each year thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable THREE (3) years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or restructured, interest accumulated for over ninety (90) days as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests accumulated during the deferment period and then to interests computed to the effective date of the payment and then to the principal.

1

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Debt Reduction", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

| CODE AND LOAN NUMBER: | AMOUNT OF NOTE: $ | INTEREST RATE: % | DATE: | ORIGINAL BORROWER: | LAST INSTALLMENT DUE: |
|---|---|---|---|---|---|
| | | | | | |

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive

2

soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

_____

EXPEDITO DELGADO GONZALEZ          (BORROWER) (SEAL)
[Signature]_____
CARMEN MEDINA SANTANA              (BORROWER)
(SEAL)

HC 3 BOX 12901
YABUCOA, PUERTO RICO 00767

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 27,700.00 | March 2, 1990 | $ | | $ | |

TOTAL: $27,700.00

3

ATTACHMENT A

The amount of this promissory note and the mortgage securing it, re-amortized on March fifteen (15) of nineteen ninety-one (1991) had an unpaid balance of TWENTY-SEVEN THOUSAND SEVEN HUNDRED DOLLARS ($27,700.00) of principal and ONE THOUSAND TWO HUNDRED NINETY DOLLARS AND NINETY CENTS ($1,290.90) of interests, to make a total of TWENTY-EIGHT THOUSAND NINE HUNDRED NINETY DOLLARS AND NINETY CENTS ($28,990.90), with interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) , which shall accrue interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) and shall be paid as follows: Six thousand six hundred five dollars ($6,605.00) on or January first (1st) of nineteen ninety-two (1992) and Six thousand six hundred five dollars ($6,605.00) on or before January first (1st) of every year subsequently thereafter until January first (1st) of nineteen ninety six (1996) inclusive, pursuant to deed number fifteen (15) of March fifteen (19) of nineteen ninety-one (1991) before authorizing notary.

The appearing party, Jose A. Torres Correa, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness.

In Humacao, Puerto Rico on March fifteen (15) of nineteen ninety-one (1991).

[Signature]
Jose Angel Machuca Romero
Notary Public

4

ATTACHMENT B

The amount of this promissory note and the mortgage securing it, re-amortized on August twenty-one (21) of nineteen ninety-one (1991) had an unpaid balance of TWENTY-SEVEN THOUSAND SEVEN HUNDRED DOLLARS ($27,700.00) of principal and THREE THOUSAND EIGHTY AND FORTY CENTS ($3,080.40) of interests, to make a total of THIRTY THOUSAND SEVEN HUNDRED EIGHTY DOLLARS AND FORTY CENTS ($30,780.40), with interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) , which shall accrue interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) and shall be paid as follows: One first installment in the amount of One hundred forty dollars ($140.00) on or before August twenty-first (21st) of nineteen ninety-three (1993), and One hundred forty dollars ($140.00) on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of nineteen ninety-seven (1997) inclusive, and Four thousand five hundred dollars ($4,500.00) on or before every August twenty-first (21st) of every year until the year two thousand eight (2008) inclusive, pursuant to deed number forty (40) of August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness.

In Humacao, Puerto Rico on August twenty-first (21) of nineteen ninety-two (1992)


[Signature]
Jose Angel Machuca Romero
Notary Public


# CERTIFICATE

I hereby certify that the attached Promissory Note and Attachment is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

5

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

6

Form FmHA 427-1(S) PR
Rev. 10-82)

to _133_
rio _545_
_2:20_
ha _Marzo 6/90_

------------------NUMERO VEINTIUNO (21)------------------
NUMBER   TWENTY ONE (21)

----------HIPOTECA VOLUNTARIA----------
VOLUNTARY MORTGAGE

En Humacao, Puerto Rico, a los dos (2) días del mes de marzo
In Humacao, Puerto Rico, at the two (2) days of the month----
de mil novecientos noventa (1990).----------------------------
of March of Nineteen Ninety (1990).--------------------------

------------------ANTE MI------------------
BEFORE ME

------------AIDA LUZ MORINGLANE RUIZ------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en LAS----
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Las Piedras

Piedras, Puerto Rico  y oficina en    Humacao, Puerto Rico------
Puerto Rico------------  and office in   Humacao,-------------  Puerto Rico.

------------COMPARECEN------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage---------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances--------------

aparecen de dicho párrafo.----------------------------------------------
appear from said paragraph.--------------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.-------------------------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.----------------------------------------------------------------
voluntary   mortgage.--------------------------------------------------

------------EXPONEN------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-----

denominada de aquí en adelante "los bienes".--------------------------
hereinafter referred to as "the property".--------------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.---------------------------------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,-----------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------------





un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by——

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the——

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges——

hayan estimado sobre la propiedad hipotecada.———————————————
estimated against the property.————

CUARTO: Se sobreentiende que:———————————————————
FOURTH: It is understood that:——

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the——

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——

asegurar su pago de conformidad con'el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One———

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of——

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——

das.


(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee——

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,——

prestamista asegurado.———————————————————————
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the——

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————
and interest.——

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,——

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender——

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".———————————————
ments on the note, to be designated the "annual charge".——

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder——

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——





rma FmHA 427-1(S) PR
ev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.———————————————————
supplementary agreement.————————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————

plimiento por parte del deudor hipotecario.————————————————————————————
by the mortgagor.—————————————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——————

- 3 -





subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,———

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or———————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of ————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——————

adicional especificada en el párrafo NOVENO de este documento.———————————
amounts as specified in paragraph NINTH hereof.——————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————————
SIXTH: That the mortgagor specifically agrees as follows:—————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————





-4-

'orma, FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgage to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgage or by an insured lender, may be credite

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgage on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgage as described in this

párrafo devengará intereses a razón del    Cuatro y Medio
subparagraph shall bear interest at the rate of   Four and One Half

—por ciento ( 4.50 %)—
per cent ( 4.50 %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgage.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
lien and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the





- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.——————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————————

hipotecario determinare.——————————————————————
determines.——————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————

los propósitos autorizados por el acreedor hipotecario.——————————
for purposes authorized by mortgagee.——————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.——————————
under the terms of this mortgage.——————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-——————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——————

aprobare el acreedor hipotecario.——————————
approved by mortgagee.——————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all-——————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish





Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare o no impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option







- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgage is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed;

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgage may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of





Forma FmHA 427-1(S) PR
Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and—————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.—————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————

rarios de abogado.—————
attorney's fees.—————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at—————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————





· 9 ·

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any——————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the————

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————

dichos bienes.——————————————————————————————
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————

constituirá incumplimiento de esta hipoteca.————————————————
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————

especifica más adelante.——————————————————————————
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————





orma FmHA 427-1(S) PR
Rev..10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de   VEINTISIETE MIL SETECIENTOS DOLARES
of    TWENTY SEVEN THOUSAND SEVEN HUNDRED DOLLARS

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinb. fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgage, or in the event mortgage

hipotecario cediere esta hipoteca sin asegurar el pagaré  VEINTISIETE MIL SETE-
should assign this mortgage without insurance of the note,  TWENTY SEVEN THOUSAND

CIENTOS————————————————————————DOLARES ($ 27,700.00—)
SEVEN HUNDRED————————————————————DOLLARS ($ 27,700.00—)

el principal de dicho pagaré, con sus intereses según estipulados a razón del————
the principal amount of said note, together with interest as stipulated therein at the rate of

Cuatro y Medio————————————————por ciento ( 4.50——— %) anual;
Four and One Half——————————— per cent ( 4.50———%) per annum;





- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  VEINTISIETE MIL SETECIENTOS------------------------------------
(A)  TWENTY SEVEN THOUSAND SEVEN HUNDRED-----------------------------

-------------------------------------------DOLARES ($ 27,700.00)----
-------------------------------------------DOLLARS ($ 27,700.00)----

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-----------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,----------

Tercero;------------------------------------------------------------
Three:--------------------------------------------------------------

(B)  CUARENTA Y UN MIL QUINIENTOS CINCUENTA-------------------------
(B)  FORTY ONE THOUSAND FIVE HUNDRED FIFTY--------------------------

-------------------------------------------DOLARES ($  41,550.00)---
-------------------------------------------DOLLARS  ($  41,550.00)---

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might--------------

sufrir bajo su seguro de pago del pagaré.---------------------------
sustain under its insurance of payment of the note;-----------------

Tres. En cualquier caso y en todo tiempo;--------------------------
Three. In any event and at all times whatsoever:-------------------

(A)  ONCE MIL OCHENTA DOLARES--------------------------------------
(A)  ELEVEN THOUSAND EIGHTY DOLLARS--------------------------------

($  11,080.00---------) para intereses después de mora;-----------
($  11,080.00---------) for default interest;---------------------

(B)  CINCO MIL QUINIENTOS CUARENTA DOLARES-------------------------
(B)  FIVE THOUSAND FIVE HUNDRED FORTY DOLLARS----------------------

(  5,540.00---------) para contribuciones, seguro y otros adelantos para la con-
(  5,540.00---------) for taxes, insurance and other advances for the preservation-

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph-----

SEXTO, Tercero;----------------------------------------------------
SIXTH, Three;------------------------------------------------------

(C)  DOS MIL SETECIENTOS SETENTA DOLARES---------------------------
(C)  TWO THOUSAND SEVEN HUNDRED SEVENTY DOLLARS--------------------

($  2,770.00---------) para costas, gastos y honorarios de abogado en caso
($  2,770.00---------) for costs, expenses and attorney's fees in case-----------

de ejecución;------------------------------------------------------
of foreclosure;----------------------------------------------------

(D)  DOS MIL SETECIENTOS SETENTA DOLARES---------------------------
(D)  TWO THOUSAND SEVEN HUNDRED SEVENTY DOLLARS--------------------

($ 2,770.00---------) para costas y gastos que incurriere el acreedor hipoteca-
($ 2,770.00---------) for costs and expenditures incurred by the mortgagee in------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with-----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------------

se consigna en el párrafo SEXTO, Trece.---------------------------
provided in paragraph (SIXTH, Thirteen.---------------------------





- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD—————————————————————

de esta hipoteca es (son) descrito(s) como sigue:—————————————————————
of this mortgage is(are) described as follows:—————————————————————

"Pagaré otorgado en el caso número Sesenta y Tres guión Cero Tres guión
"Promissory note executed in case number Sixty Three hyphen Cero Three hyphen
Quinientos Ochenta y Tres guión Cuarenta guión Cero Cero Cincuen-
Five Hundred Eighty Three hyphen Forty hyphen Cero Cero Fifty—
ta y Dos————————————————————————————————fechado el día dos————
Two—————————————————————————————————————dated the    two———

——————————————— de      marzo       de mil novecientos—————
——————————————— day of   March       nineteen hundred and

noventa————————————————————por la suma de VEINTISIETE MIL SETECIEN—
Ninety————————————————————in the amount of TWENTY SEVEN THOUSAND—

TOS————————————————————————————————————dólares de principal más
SEVEN HUNDRED——————————————————————————————of principal plus

intereses sobre el balance del principal adeudado a razón del  Cuatro y Medio————
interest over the unpaid balance at the rate of    Four and One Half—————————

——————————————————————————————( 4.50——————) por ciento anual,
——————————————————————————————( 4.50——————) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed—————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government; except that the final installment of the—

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due——————————————

a los   tres (3)———————————————————————————————————————
and payable  three (3)————————————————————————————————————

años de la fecha de este pagaré.————————————————————————————
years from the date of this promissory note.——————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the—————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United——

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act———————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as—————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the—————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.———————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which————————————

constituye Hipoteca Voluntaria, se describe como sigue:—————————————————
voluntary mortgage is constituted, is described as follows:——————————————



- 13 -

RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan.

Borrower acquired the above mentioned farm through Deed of Sale, pursuant to deed number forty-three (43), dated July two (2) of nineteen eighty-seven (1987), executed in the city of Humacao, Puerto Rico before the notary Israel Delgado Ramos.

Said property is recorded on page two hundred seventy (270), volume two hundred six (206 of Yabucoa, farm number thirteen thousand one hundred eighteen (13,118).

The parties appearing in the present deed as Mortgagors are EXPEDITO DELGADO GONZALEZ and CARMEN MEDINA SANTANA , both of legal age, married to each other, property owners and residents of Yabucoa, Puerto Rico; whose address is HC Three Box twelve nine zero one (12901), Yabucoa Puerto Rico, zero, zero, nine, six, seven, nine, seven, ten (00967-9710)

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used

# <u>CERTIFICATE</u>

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

RUSTICA: Finca compuesta de Diez y Siete punto Cincuenta y Cua-
tro Quince Cuerdas (17.5415) equivalentes a Setenta y Ocho Mil---
Novecientos Cuarenta y Cinco punto doce noventa y cinco metros---
(68,945.1295 mts) sito en el Barrio Calabazas del término munici-
pal de Yabucoa, en lindes: por el Norte, en distintas alineacio-
nes con un Camino Municipal; por el Sur, con terrenos de Juan----
Vega Pagán; por el Este en una distancia de Ciento Treinta y Nue-
ve Punto Ochocientos Treinta y Siete metros lineales con el Re-
manente de la finca principal y por el Oeste, en una distancia de
Cuatrocientos Ochenta y Cinco punto Trescientos Diez y Nueve Me-
tros lineales con terrenos de Encarnación Ruiz y Juan Cruz Pagán.

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

---------------------------------------------------------------------

**Adquirió el prestatario la descrita finca por**
Borrower acquired the described property by     Compraventa------------------
                                                Purchase------------------------

---------------------------------------------------------------------

**según consta de la Escritura Número** Cuarenta y Tres (43)------------------
pursuant to Deed Number     Forty three (43)-------------------------------

**de fecha** dos de julio de mil novecientos ochenta y siete.-----------
dated     July two, Nineteen eighty seven.----------------------------

**otorgada en la ciudad de** Humacao, Puerto Rico.---------------------------
executed in the city of     Humacao, Puerto Rico.-----------------------------

**ante el Notario** Israel Delgado Ramos-------------------------------------
before Notary     Israel Delgado Ramos----------------------------------------

**Dicha propiedad se encuentra inscrita en el Registro de la Propiedad----**
Said property is registered in the Registry of the Property of Humacao,--
de Humacao, al folio doscientos setenta, tomo Doscientos Seis de--
at the page two hundred seventy, book two hundred six of Yabucoa---
Yabucoa, finca número trece mil ciento dieciocho--------------------
farm number thirteen thousand one hundred eighteen.---------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
TWELFTH: The parties appearing in the present deed as Mortgagors -----------

carios Don Expedito Delgado González y Doña Carmen Medina Santana-
are Mr Expedito Delgado González y Doña Carmen Medina Santana-----
quienes son mayores de edad, casados entre sí, propietarios y ve-
of legal age, married to each other, owners and residents of------
cinos de Yabucoa, Puerto Rico.------------------------------------
Yabucoa, Puerto Rico.---------------------------------------------
**cuya dirección postal es:** HC tres Box doce nueve cero uno, Yabucoa,--
whose postal address is:     HC Three Box Twelve Nine Cero One, Yabucoa,-----
Puerto Rico, Cero Cero Siete Seis Siete Nueve Siete Diez.---------
Puerto Rico Cero Cero Seven Six Seven Nine Seven Ten.-------------

---------------------------------------------------------------------

---------------------------------------------------------------------

**DECIMO TERCERO:** El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used--------





14

Jrma FmHA 427-1(S) PR
Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with







fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECI: 10 OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

---EL próposito del préstamo es para refinanciar débitos y para

---The purpose of the loan is for refinance debts and operating

operar la antes descrita propiedad.

the before describe property.

---Se tomará como tercera hipoteca la propiedad.

---Over which third voluntary mortgage is constituted.





16

## ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

So they say and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who GIVES FAITH to everything contained in this deed.

I CERTIFY THAT IT HAS BEEN SIGNED BY: EXPEDITO DELGADO GONZALEZ AND CARMEN MEDINA SANTANA

Signed, sealed, stamped and endorsed by Aida Luz Moringlane Ruiz.

The appropriate Notary Tax seal has been placed on this document.

All the initials of the executors have been placed in the margin of each and every one of the pages in the original. (17 pages)

The preceding copy is a true and exact of the original deed filed under the number indicated in my protocol. In witness whereof, and for delivery to EXPEDITO DELGADO GONZALEZ, I issue this certified copy, which I sign, seal, and endorse, on the same date and same place of its execution. I BEAR WITNESS AND CERTIFY.

[Signature]

# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

*Nicole Harris*
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

na FmHA 427-1(S) PR
r. 10-82)

——————————————ACEPTACION——————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.—————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)——————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————
I advised him (them).——————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed———————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES————————

FE de todo el contenido de esta escritura.————————————————————
FAITH to everything contained in this deed.————————————————————

CERTIFICO FIRMADO POR:   EXPEDITO DELGADO GONZALEZ Y
                         CARMEN MEDINA SANTANA



Firmado, signado, rubricado y sellado:
Aida Luz Moringlane Ruiz.

Aparecen adheridos y cancelados los correspondientes
Sellos de Rentas Internas, y del Colegio de Abogados de
Puerto Rico y el del sello fo estampado. · Aparecen ade-
más las iniciales de los comparecientes en todos y cada uno
de los fólios de esta escritura.   (17 folios)

Concuerda bien y fielmente con el original de su conte-
nido, obran con mi protocolo certificado de la cual expidas
puedas a que me remito y a petición de parte intere-
sada, EXPEDITO DELGADO GONZALEZ



expido esta primera copia certificada en el mismo sitio
y fecha de su otorgamiento.
DOY FE Y CERTIFICO.



17

It is recorded on page 271 reverse, volume 206 of Yabucoa, entry # 5th, farm # 13,118. It is encumbered by two mortgages in the amount of $15,000.00 each one to the order the United States of America and by the mortgage furnished through this document.
Humacoa, July 12[nd], 1990

No fees


[Signature]
Recorder
[Seal]


# **CERTIFICATE**


        I hereby certify that the attached Data Recording Document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

        DATED this 20th day of August of 2007.


                        Nicole Harris
                *Professional Translator and interpreter*


WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

                        Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

[Notary Seal: ROSA CAPDEVIELLE / COMMISSION EXP. / NOTARY PUBLIC / FEB. 1, 2010 / STATE OF WASHINGTON]

*Inscrito folio 291 rto. tomo 206 Yabucoa, fca. 13,118 inso. 5ta. Afecta a Hipotecas por $15,000.00 cada una a favor de Estados Unidos de América y a la hipoteca que por el presente documento se constituye. Humacao a 12 de julio de 1990. P. Rico.*

*Registrador*

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

_____
Juan M. Ortiz Serbiá
State Executive Director



-----------ESCRITURA NUMERO CUARENTA (40)------------

------REAMORTIZACION DE PRESTAMO HIPOTECARIO Y------
MODIFICACION DE HIPOTECA------------------------------

---En la ciudad de Humacao, Puerto Rico, a los------

veintiun (21) días del mes de agosto de mil --------

novecientos noventa y dos (1992). ------------------

--------------------------ANTE MI--------------------

---JOSE ANGEL MACHUCA ROMERO, Abogado y Notario-----

Público, con residencia y oficina abierta en la-----

ciudad de Carolina, Puerto Rico.---------------------

-------------------------COMPARECEN------------------

---DE LA PRIMERA PARTE: DON EXPEDITO DELGADO---------

GONZALEZ, seguro social número           ------

                              , Y---

DOÑA CARMEN MEDINA SANTANA, seguro social número----



           , mayores de edad, casados entre sí,-----

propietarios, y vecinos de Yabucoa, Puerto Rico, en-

adelante denominados LOS DEUDORES HIPOTECARIOS.-----

---DE LA SEGUNDA PARTE: Los Estados Unidos de-------

América, por conducto de La Administración de-------

Hogares para los Agricultores, también conocida-----

como la Farmers Home Administration, a tenor con----

las disposiciones de la Ley del Congreso titulada---

"CONSOLIDATED FARMERS HOME ADMINISTRATION ACT OF----

NINETEEN SIXTY ONE (1961)", con oficinas principales

en Washington, Distrito de Columbia, representada---

en este acto por DON RAFAEL LUIS RODRIGUEZ MARTINEZ,

seguro social número

casado, mayor de edad, empleado y vecino de San-----

Juan, Puerto Rico, en su caracter de Supervisor-----

Local, cuyo caracter consta debidamente acreditado--

en el Registro de la Propiedad, en adelante --------

denominado como el ACREEDOR HIPOTECARIO.------------

1

------------------------DOY FE--------------------

---De conocer personalmente a los comparecientes, y-

por sus dichos con relación a su edad, estado civil,

profesión y vecindad.  Me aseguran tener, y a mi----

juicio tienen la capacidad legal necesaria para el--

presente otorgamiento, y a tal efecto libre y-------

voluntariamente-------------------------------------

------------------------EXPONEN---------------------

PRIMERO:  Que los Deudores Hipotecarios  son dueños-

en pleno dominio de las siguientes propiedades:-----

---"RUSTICA: Finca compuesta de DIECISIETE PUNTO----
CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415),--------
equivalentes a sesenta y ocho mil novecientos-------
cuarenta y cinco punto doce noventa y cinco metros--
(68,945.1295 mts.) sito en el Barrio Calabazas del--
término municipal de Yabucoa, en lindes por el------
NORTE, en distintas alineaciones con un camino------
municipal; por el SUR, con terrenos de Juan Vega----
Pagán; por el ESTE, en una distancia de ciento------
treinta y nueve punto ochocientos treinta y siete---
metros lineales con el remanente de la finca--------
principal; y por el OESTE, en una distancia de------
cuatrocientos ochenta y cinco punto trescientos-----
diecinueve metros lineales con terrenos de----------
Encarnación Ruíz y Juan Cruz Pagán".----------------

---Inscrita al folio doscientos setenta (270), tomo-
doscientos seis (206) de Yabucoa, finca trece mil---
ciento dieciocho (13,118), de Yabucoa, Puerto Rico,-
inscripción primera.--------------------------------

----------------CARGAS Y GRAVAMENES-----------------

---Se halla afecta dicha propiedad a cuatro (4)-----

hipotecas en garantía de Pagarés a favor de los-----

Estados Unidos de América; las cuales se describen a

continuación:---------------------------------------

A)  Quince Mil Dólares ($15,000.00); constituída por

escritura número treinta y uno (31) del veintinueve-

de julio de mil novecientos ochenta y ocho (1988)---

ante el Notario Israel Delgado Ramos, en Humacao,---

Puerto Rico.

--Inscrita al folio doscientos setenta vuelto-------
(290 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).----------

B)  Quince Mil Dólares ($15,000.00); constituída por

escritura cuarenta (40) del diez (10) de noviembre--

2

de mil novecientos ochenta y ocho (1988) ante el ---

Notario Israel Delgado Ramos, en Humacao, Puerto ---

Rico. ---------------------------------------------------

--Inscrita al folio doscientos setenta y uno (271),-
tomo doscientos seis (206) de Yabucoa, finca trece--
mil ciento dieciocho (13,118).---------------------

C)  Veintisiete Mil Setecientos Dólares -----------

($27,700.00); constituída por la escritura número --

veintiuno (21) de dos (2) de marzo de mil ----------

novecientos noventa (1990), ante la Notario Aida Luz

Moringlanes Ruíz, en Humacao, Puerto Rico. ---------

Esta hipoteca fue modificada a la suma de veintiocho

mil novecientos noventa dólares con noventa centavos

($28,990.90) mediante escritura de Reamortización de

Préstamo Hipotecario y Modificación de Hipoteca ----

número quince (15) del quince (15) de marzo de mil -

novecientos noventa y uno (1991) ante este mismo ---

notario que autoriza y suscribe. --------------------

--Inscrita al folio doscientos setenta y uno vuelto-
(271 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).----------

D)  Diez Mil Dólares ($10,000.00), constituída por -

la escritura número treinta (30) del diez (10) de --

julio de mil novecientos noventa y uno (1991) ante -

este mismo notario autorizante y que suscribe. -----

--Inscrita al folio doscientos setenta y dos (272),-
tomo doscientos seis (206) de Yabucoa, finca trece--
mil ciento dieciocho (13,118).---------------------

---SEGUNDO:  Manifiestan Los Deudores Hipotecarios--

que con el fin de reamortizar la deuda hipotecaria--

constituída mediante la escritura de hipoteca en----

garantía de pagaré número veintiuno (21) arriba-----

descrita e identificada con la letra "C", según ----

modificada y reamortizada mediante la escritura ----

número quince (15) del quince (15) de marzo de mil--

novecientos noventa y uno (1991), ante este mismo --

notario, solicitaron y obtuvieron el consentimiento-

del acreedor hipotecario, Estados Unidos de América,

3

actuando por conducto y a través de la -------------
Administración de Hogares para Agricultores de -----
conformidad con la ley del Congreso titulada--------
"Consolidated Farmers Home Administration Act of----
1961" y por el reglamento aprobado al efecto para---
reamortizar la deuda hipotecaria.--------------------
---TERCERO:  Manifiestan los comparecientes Don-----
Expedito Delgado González y Doña Carmen Medina------
Santana que es de su propio y personal conocimiento-
todas y cada una de las cláusulas, obligaciones, y--
estipuláciones contenidas en la escritura de--------
hipoteca, y en este acto en forma clara, y solemne y
terminante, se obligan a cumplir todas y cada de----
dichas obligaciones cláusulas y estipulaciones------
requeridas por la Administración de Hogares para----
Agricultores (FmHA).--------------------------------
- REAMORTIZACION Y MODIFICACION DE PAGARE HIPOTECA -
---CUARTO: Manifiesta EL ACREEDOR HIPOTECARIO por---
conducto del compareciente Don Rafael Luis Rodríguz-
Martínez, en el caracter que ostenta, que habiendo--
sido aceptados Los Deudores Hipotecarios para-------
recibir los beneficios de la ley del Congreso-------
"Consolidated Farmers Home Administration Act of----
1961", según enmendada, ha convenido en reamortizar-
y modificar la forma de pago de los plazos----------
consignados en el Pagaré y en la hipoteca que por la
por la escritura antes dicha fue modificada a la ---
cantidad de VEINTIOCHO MIL NOCECIENTOS NOVENTA -----
DOLARES CON NOVENTA CENTAVOS ($28,990.90) en la-----
siguiente manera: el importe total adeudado al -----
veintiuno (21) de agosto de mil nuevecientos noventa
y dos (1992) asciende a la cantidad de VEINTISIETE--
MIL SETECIENTOS DOLARES ($27,000.00) de principal y-
TRES MIL OCHENTA DOLARES CON CUARENTA CENTAVOS -----
($3,080.40), de intereses, para un total de TREINTA-

4

MIL SETECIENTOS OCHENTA DOLARES CON CUARENTA -------
CENTAVOS ($30,780.40), con intereses a razón del ---
CUATRO Y MEDIO PORCIENTO (4.50 %) ANUAL y la cual --
habrá de ser pagada de la siguiente forma: Un primer
pago por la suma de ciento cuarenta Dólares --------
($140.00) en o antes del día veintiuno (21) de -----
agosto de Mil Nuevecientos Noventa y Dos (1992), Y -
Ciento Cuarenta Dólares ($140.00) en o antes de cada
veintiuno (21) de agosto subsiguiente hasta el -----
veintiuno (21) de agosto del año mil novecientos----
noventa y siete (1997), inclusive; y cuatro mil ----
quinientos dólares ($4,500.00) en o antes del ------
veintiuno (21) de agosto de mil novecientos noventa-
y ocho (1998) y cuatro mil quinientos dólares ------
($4,500.00) en o antes de cada veintiuno (21) de ---
agosto subsiguiente hasta el año dos mil ocho ------
(2008), inclusive. -----------------------------------
---El (los) acreedor(es) posterior(es), mediante----
Declaración Jurada, ha(n) consentido en que el------
Gobierno de Los Estados Unidos de América, actuando-
traves de la Administración de Hogares para---------
Agricultores, de su Departamento de Agricultura, le-
sume el interés acumulado al principal aumentando---
la cantidad total adeudada y extender el término----
del vencimiento de dicha deuda si fuera necesario.--
Esta transacción no cambiará la posición de---------
prioridad hipotecaria registrada a favor de Los-----
Estados Unidos de América.--------- -------------
---QUINTO:  El compareciente, Don Rafael Luis ------
Rodríguez Martínez, en el carácter que ostenta, me--
muestra a mí, el Notario, el Pagaré garantizado con-
la hipoteca relacionada en el Expositivo Primero de-
esta escritura, y me asegura que no ha sido---------
negociado, ni gravado en forma alguna por su actual-
tenedor y poseedor, Los Estados Unidos de América, Y

5

una vez identificado por mí, el Notario,------------
cerciorándome de que se trata del mismo Pagaré------
original procedo a poner un anexo a éste denominado-
"ATTACHMENT B" y que se ha hecho formar parte de él,
a los efectos de proveer espacio adicional para los-
endosos y descuentos de dicho pagaré, el cual-------
contiene el siguiente texto: "El importe de este----
pagaré y la hipoteca que lo garantiza reamortizado--
al día veintiuno (21) de agosto de mil novecientos-
noventa y dos (1992) dió un saldo deudor montante a-
VEINTISIETE MIL SETECIENTOS DOLARES ($27,000.00) de-
principal y TRES MIL OCHENTA DOLARES CON CUARENTA---
CENTAVOS ($3,080.40), de intereses, para un total de
TREINTA MIL SETECIENTOS OCHENTA DOLARES CON CUARENTA
CENTAVOS ($30,780.40), con intereses a razón del----
CUATRO Y MEDIO PORCIENTO (4.50 %) ANUAL y el cual --
devengará intereses a razón del cuatro y medio -----
porciento (4.50 %) anual y habrá de ser pagado en la
siguiente forma: Un primer pago por la suma de -----
ciento cuarenta Dólares ($140.00) en o antes del día
veintiuno (21) de agosto de Mil Novecientos Noventa
y tres(1993), y Ciento Cuarenta Dólares ($140.00) en
o antes de cada veintiuno (21) de agosto -----------
subsiguiente hasta el veintiuno (21) de agosto del -
año mil novecientos noventa y siete (1997),---------
inclusive; y cuatro mil quinientos dólares ---------
($4,500.00) en o antes del veintiuno (21) de agosto-
de mil novecientos noventa y ocho (1998) y cuatro---
mil quinientos dólares ($4,500.00) en o antes de----
cada veintiuno (21) de agosto subsiguiente hasta el-
año dos mil ocho (2008), inclusive, según resulta de
la escritura número cuarenta (40) del veintiuno (21)
de agosto de mil novecientos noventa y dos (1992)--
ante el Notario autorizante. -----------------------
---Manifiesta el comparedente Don Rafael Luis -----

6

Rodríguez Martínez que el Gobierno puede cambiar el--
porciento de interés de acuerdo con los reglamentos-
de la Administración de Hogares para Agricultores,--
no más frecuente que trimestralmente, notificando --
por correo al Prestatario con treinta (30) días de--
anticipación a su última dirección.  El nuevo tipo--
de interés no deberá exceder el porciento de--------
interés establecido en los reglamentos de la--------
Administración de Hogares para Agricultores para el-
tipo de préstamo arriba indicado.  Doy Fe.  En------
Humacao, Puerto Rico a veintiuno (21) de agosto de--
mil nuevecientos noventa y dos (1992).  (Firmado,---
Signado, Sellado y Rubricado por José Angel Machuca-
Romero, Notario Público)".--------------------------
--------------------NOTARIO PUBLICO-----------------
---Una vez puesta la nota (Attachment) lo devuelvo--
al compareciente, señor Rafael Luis Rodríguez ------
Martínez, en el carácter que ostenta.---------------
--------------------ADVERTENCIAS--------------------
---Tal es la escritura que ante mí, formalizan los--
comparecientes, la que aceptan en su integridad por-
expresar lo pactado, haciendo Yo, el Notario, las--
advertencias legales pertinentes, y específicamente-
la necesidad de que este instrumento público sea ---
presentado al Registro de la Propiedad. ------------
--------------LECTURA Y OTORGAMIENTO---------------
---Leída esta escritura a los otorgantes por haber--
renunciado al derecho de hacerlo por sí mismos, el--
cual les advertí tenían, y habiendola hallado-------
conforme, la aprueban y ratifican firmando  ante----
mí, todo ello en un mismo acto, en el mismo día de--
su otorgamiento, estampando, además, las iniciales--
en el márgen izquierdo de cada una de sus folios,---
ante el Notario, de todo lo cual, así como de todo lo
que consignamos en esta escritura pública, YO, el---

7

Notario Autorizante, DOY FE. -----------------------

---FIRMADO: EXPEDITO DELGADO GONZALEZ, CARMEN -----
MEDINA SANTANA; Y LOS ESTADOS UNIDOS DE AMERICA----
REPRESENTADOS POR RAFAEL LUIS RODRIGUEZ MARTINEZ.--
---Aparecen las iniciales de los otorgantes al ----
margen de cada página del original. ---------------
---Firmado, Signado, Sellado, Rúbricado, por JOSE--
ANGEL MACHUCA ROMERO, Notario Público.-------------
---Cancelado el sello Impuesto Notarial en el------
original; exenta de cancelar sellos de Rentas -----
Internas, Ley 43 de 9 de julio de 1946.------------
---CERTIFICO: Que ésta es PRIMERA copia -----------
certificada, fiel y exacta, de su original que obra
en mi protocolo al que me remito, la cual consta de
ocho (8) páginas; y para entregar a parte ---------
interesada la expido en el mismo día de su ---------
otorgamiento.  DOY FE. ----------------------------



NUMBER FORTY (40)

DEED OF REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE
MODIFICATION

In the city of Humacao, Puerto Rico, on August twenty-first (21st) of nineteen ninety-two
(1992)

IN MY PRESENCE

JOSE ANGEL MACHUCA ROMERO, Attorney and Notary Public with residence and
offices in the city of Carolina, Puerto Rico.

THERE NOW APPEAR

AS ONE PARTY: EXPEDITO DELGADO GONZALEZ, social Security number five
and CARMEN MEDINA
SANTANA, Social Security number
), both of legal age, married to each other, property owners and residents of
Yabucoa, Puerto Rico. Hereinafter referred to as "MORTGAGORS"

AS THE SECOND PARTY: UNITED STATES OF AMERICA, acting through the
Farmers Home Administration, in accordance with the dispositions of the Congress law
known as "Consolidated Farmers Home Administration Act of 1961", with headquarters
in Washington, District of Columbia, United States of America, represented herein by
MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, Social Security number
, of legal age, married,
employed and a resident of San Juan, Puerto Rico, in his capacity of County Supervisor,
whose credentials are duly recorded in the Property Registry. Hereinafter referred to as
MORTGAGEE:

1

## I BEAR WITNESS

to my acquaintance of the appearing parties, as well as to their statements regarding their personal information as to their age, marital status, occupation and residency. They assure me that they have, and in my judgment they do have, the necessary legal capacity to execute this deed, thus, freely and voluntarily:

## THEY DECLARE

FIRST: That the mortgagors are the owners of the following property:

A. RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS[1] (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan

It is registered on page two hundred seventy (270), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118) of Yabucoa, Puerto Rico, first entry.

## BURDENS AND ENCUMBRANCES

The above mentioned property is encumbered by four (4) mortgages securing the respective promissory notes to the order of the United States of America, which are described as follows:

A) Fifteen thousand dollars ($15,000.00), furnished through deed number thirty-one (31) on July twenty-ninth of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred ninety (290) reverse, volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118)

B) Fifteen thousand dollars ($15,000.00); furnished through deed number forty (40) on November ten (10)

---

[1] [*Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 square meters, and 42,291 square feet.]

of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred seventy-one (271), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

C) Twenty-seven thousand seven hundred dollars ($27,700.00); furnished through deed number twenty-one (21) on March two (2) of nineteen ninety (1990), before the Notary Aida Luz Moringlanes Ruiz in Humacao, Puerto Rico.
This mortgage was modified to the amount of twenty-eight thousand nine hundred ninety dollars and ninety-nine cents ($28,990.90) through Deed of Re-amortization of Mortgage Loan and Mortgage Modification number fifteen (15) of March of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page two hundred seventy-one reverse (271 rev.), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

D) Ten thousand dollars ($10,000.00) furnished through deed number thirty (30) on July ten (10) of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page seventy-two (272), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

SECOND: The mortgagors state that in order to reamortize the mortgage debt furnished through Deed of Mortgage number twenty-one (21) above described and identified under letter C as modified and re-amortized through deed number fifteen (15) of March fifteen (15) of nineteen ninety-one (1991) before the same notary, they requested and obtained the approval of the mortgagee, the United States of America, acting through the Farmers

3

Home Administration, in accordance with the regulations of the Congress Law titled "Consolidated Farmers Home Administration Act of 1961" and regulations approved therein, to reamortize the mortgage debt.

THIRD: The MORTGAGORS, Expedito Delgado Gonzalez and Carmen Medina Santana, state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations as required by the Farmers Home Administration (FmHA).

## REAMORTIZATION AND MODIFICATION OF PAYMENT OF PROMISSORY NOTE AND MORTGAGE

FOURTH: Mortgagor states, through the appearing party Rafael Luis Rodriguez Martinez in the capacity he bears, that because the mortgagors have qualified to receive the benefits of the law issued by the Congress of the United States of America mentioned in paragraph second, he has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage that was modified to the amount of TWENTY-EIGHT THOUSAND NINE HUNDRED NINETY AND NINETY CENTS ($28,990.90) as follows: the unpaid balance on August twenty-one (21) of nineteen ninety-two (1992) amounted to TWENTY-SEVEN THOUSAND SEVEN HUNDRED DOLLARS ($27,700.00) of principal and THREE THOUSAND EIGHTY AND FORTY CENTS ($3,080.40) of interests, to make a total of THIRTY THOUSAND

4

SEVEN HUNDRED EIGHTY DOLLARS AND FORTY CENTS ($30,780.40), with interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) , which shall accrue interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) and shall be paid as follows: One first installment in the amount of One hundred forty dollars ($140.00) on or before August twenty-first (21st) of nineteen ninety-three (1993), and One hundred forty dollars ($140.00) on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of nineteen ninety-seven (1997) inclusive, and Four thousand five hundred dollars ($4,500.00) on or before every August twenty-first (21st) of every year until the year two thousand eight (2008) inclusive.

Mortgagor(s) consent(s), through affidavit, that the US Government, acting through the Agricultural Department of the Farmers Home Administration may add the accrued interest to the principal, thus increasing the total amount owed and to extend the due date if needed.
This transaction shall not modify the priority mortgage position in favor of the United States of America.

FIFTH: The appearing party, MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage described in First paragraph herein, and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and

once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place an attachment to it referred to as ATTACHMENT B and which shall become part thereof with the purpose to provide extra space for the endorsements and discounts of said promissory note. Such attachment contains the following text: The amount of this promissory note and the mortgage securing it, re-amortized on August twenty-one (21) of nineteen ninety-one (1991) had an unpaid balance of TWENTY-SEVEN THOUSAND SEVEN HUNDRED DOLLARS ($27,700.00) of principal and THREE THOUSAND EIGHTY AND FORTY CENTS ($3,080.40) of interests, to make a total of THIRTY THOUSAND SEVEN HUNDRED EIGHTY DOLLARS AND FORTY CENTS ($30,780.40), with interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) , which shall accrue interests at the annual rate of FOUR AND ONE HALF PERCENT (4.5%) and shall be paid as follows: One first installment in the amount of One hundred forty dollars ($140.00) on or before August twenty-first (21st) of nineteen ninety-three (1993), and One hundred forty dollars ($140.00) on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of nineteen ninety-seven (1997) inclusive, and Four thousand five hundred dollars ($4,500.00) on or before every August twenty-first (21st) of every year until the year two thousand eight (2008) inclusive, pursuant to deed number forty (40) of August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change

the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness. In Humacao, Puerto Rico on August twenty-first (21) of nineteen ninety-two (1992) (Signed, sealed, and endorsed by Jose Angel Machuca Romero, Notary Public)."

### NOTARY PUBLIC

Once the above mentioned note (Attachment) is placed and signed, I return the document to the appearing party Rafael Luis Rodriguez Martinez, in his capacity of note holder.

### WARNINGS

Such is the deed that before me, the appearing parties formalize and accept as it conforms to their agreement. I, the Notary, state that I have given the parties the pertinent legal warnings and reservations for this deed

### READING AND EXECUTION

After reading this deed to the parties since they waived the right to do it themselves, of which right I informed them they had, and having stated that they agree with its contents, they ratify their agreement by placing their signature in my presence, all in one proceeding, on the same day of its execution, placing also their initials on the left margin of every page of this deed.

I the Notary, BEAR WITNESS to everything else I state, refer to or mention in this deed.

[Signatures]

SIGNED: EXPEDITO DELGADO GONZALEZ, CARMEN MEDINA SANTANA; AND UNITED STATES OF AMERICA REPRESENTED HEREIN BY LUIS RODRIGUEZ MARTINEZ.

The initials of the parties appear in each one of the pages of the original.
Signed, sealed, stamped and endorsed by JOSE ANGEL MACHUCA ROMERO, Notary Public.
The appropriate Notary Tax seal of the State Bar is cancelled in the original. Exempt of sales tax pursuant to Law 43 of July 9, 1946.

I CERTIFY: This is the FIRST true and exact copy of the original deed filed in my protocol of public instruments which consists of eight pages (8), and for delivery to the concerned party, I issue it the same day of its execution. I BEAR WITNESS.

[Signature]
Public Notary
[Seal]

Such modification was recorded in page 150 reverse, volume 212 of Yabucoa. Farm # 13,118.
Humacoa, October 8th, 1992

No fees
[Signature]
Recorder

# CERTIFICATE

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage Modification is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

8

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

9

**FmHA Form 1940-17 (S)**
**(Rev. 12-88)**

| UNITED STATES DEPARTMENT OF AGRICULTURE FARMERS HOME ADMINISTRATION | TYPE OF LOAN<br>Type: OL          X Regular<br>                    Limited Resources<br><br>In accordance with:<br>X Consolidated Farm and Rural Development Act<br>Emergency Agricultural Credit Adjustment Act of 1978 |
|---|---|
| PROMISSORY NOTE | ACTION REQUIRING NOTE: |
| Name: DELGADO GONZALEZ, EXPEDITO<br>State: PUERTO RICO<br>Office: HUMACAO<br>Case Number: 63-003-583400052<br>Date: July 10th, 1991<br>Fund Code: 44<br>Loan Number: 11 | Initial Loan                      Restructuring<br>X Subsequent Loan            Reamortization<br>   Consolidation and          Consolidation<br>Subsequent Loan              Debt Reduction<br>Sale on Credit<br>Deferred Payments<br>Conservation Easements |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in Ave. Cruz Ortiz Stella # 62 HUMACAO, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of TEN THOUSAND DOLLARS ($10,000.00) plus interest on the unpaid principal of FIVE PERCENT (5.00%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in FOUR (4) installments, as indicated below, unless modified by a different interest rate, on or before the following dates:
$500.00.........on January 1, 1992
and $3,577.00 subsequently each year thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable THREE (3) years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or restructured, interest accumulated for over ninety (90) days as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests accumulated during the deferment period and then to interests computed to the effective date of the payment and then to the principal.

1

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower.  Refunds and extra payments, as defined in regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder on an annual installment due date basis.  The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.
Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily  or otherwise, without the previous written consent of the Government.  Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Debt Reduction", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

| CODE AND LOAN NUMBER: | AMOUNT OF NOTE: $ | INTEREST RATE: % | DATE: | ORIGINAL BORROWER: | LAST INSTALLMENT DUE: |
|---|---|---|---|---|---|
| | | | | | |

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT:  If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive

2

soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN' above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

EXPEDITO DELGADO GONZALEZ          (BORROWER) (SEAL)
[Signature] _____
CARMEN MEDINA SANTANA              (BORROWER)
(SEAL)

HC 3 BOX 12901
YABUCOA, PUERTO RICO 00767

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 10,000.00 | 07/10/1991 | $ | | $ | |

TOTAL: $10,000.00

3

## ATTACHMENT A

The amount of this promissory note and the mortgage securing it, re-amortized on August twenty (21) of nineteen ninety-two (1992) had an unpaid balance of TEN THOUSAND DOLLARS ($10,000.00) of principal and FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($557.54) of interests, to make a total of TEN THOUSAND FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($10,557.54), with interests at the annual rate of FIVE PERCENT (5%) , which shall accrue interests at the annual rate of FIVE PERCENT (5%) and shall be paid as follows: One first installment of One thousand eighteen dollars ($1,018.00) on or before August twenty-first (21st ) of nineteen ninety-three (1993), and One thousand eighteen dollars ($1,018.00)on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand eight (2008) inclusive, pursuant to deed number forty-one (41), dated August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness.

In Humacao, Puerto Rico on August twenty-first (21st) of nineteen ninety-two (1992).

[Signature]
Jose Angel Machuca Romero
Notary Public

# CERTIFICATE

I hereby certify that the attached Promissory Note and Attachment is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

4

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

5

**FmHA Form 1940-17 (S)**
**(Rev. 12-88)**

<table>
<tr><td>

UNITED STATES DEPARTMENT OF
AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE
</td><td>

TYPE OF LOAN
Type: OL          X Regular
                   Limited Resources

In accordance with:
X Consolidated Farm and Rural Development Act
Emergency Agricultural Credit Adjustment Act of 1978
</td></tr>
<tr><td>

Name: DELGADO GONZALEZ, EXPEDITO
State: PUERTO RICO
Office: HUMACAO
Case Number: 63-003-583400052
Date: July 10th, 1991
Fund Code: 44
Loan Number: 11
</td><td>

ACTION REQUIRING NOTE:

Initial Loan              Restructuring
X  Subsequent Loan       Reamortization
    Consolidation and      Consolidation
Subsequent Loan         Debt Reduction
Sale on Credit
Deferred Payments
Conservation Easements
</td></tr>
</table>

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in Ave. Cruz Ortiz Stella # 62 HUMACAO, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of TEN THOUSAND DOLLARS ($10,000.00) plus interest on the unpaid principal of FIVE PERCENT (5.00%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in FOUR (4) installments, as indicated below, unless modified by a different interest rate, on or before the following dates:
$500.00.........on January 1, 1992
and $3,577.00 subsequently each year thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable THREE (3) years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or restructured, interest accumulated for over ninety (90) days as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests accumulated during the deferment period and then to interests computed to the effective date of the payment and then to the principal.

1

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Debt Reduction", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

| CODE AND LOAN NUMBER: | AMOUNT OF NOTE: $ | INTEREST RATE: % | DATE: | ORIGINAL BORROWER: | LAST INSTALLMENT DUE: |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive

soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

EXPEDITO DELGADO GONZALEZ          (BORROWER) (SEAL)
[Signature] _____
CARMEN MEDINA SANTANA              (BORROWER)
(SEAL)

HC 3 BOX 12901
YABUCOA, PUERTO RICO 00767


PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 10,000.00 | 07/10/1991 | $ | | $ | |

TOTAL: $10,000.00

3

ATTACHMENT A

The amount of this promissory note and the mortgage securing it, re-amortized on August twenty (21) of nineteen ninety-two (1992) had an unpaid balance of TEN THOUSAND DOLLARS ($10,000.00) of principal and FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($557.54) of interests, to make a total of TEN THOUSAND FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($10,557.54), with interests at the annual rate of FIVE PERCENT (5%) , which shall accrue interests at the annual rate of FIVE PERCENT (5%) and shall be paid as follows: One first installment of One thousand eighteen dollars ($1,018.00) on or before August twenty-first (21st ) of nineteen ninety-three (1993), and One thousand eighteen dollars ($1,018.00)on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand eight (2008) inclusive, pursuant to deed number forty-one (41), dated August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness.

In Humacao, Puerto Rico on August twenty-first (21st) of nineteen ninety-two (1992).

[Signature]
Jose Angel Machuca Romero
Notary Public

## CERTIFICATE

I hereby certify that the attached Promissory Note and Attachment is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

4

DATED this 20th day of August of 2007.

*Nicole Harris*
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed the
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

5

Formulario EmHA 1940-17 (S)
(Rev. 2-88)

| CLASE DE PRES___ _MO | |
|---|---|
| Tipo: __OL__ | ☐ Regular |
| | ☒ Recursos Limitados |

De acuerdo a:

☒ Consolidated Farm & Rural Development Act

☐ Emergency Agricultural Credit Adjustment Act of 1978

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS

ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| Nombre | |
|---|---|
| EXPEDITO DELGADO GONZALEZ | |
| Estado | Oficina |
| PUERTO RICO | HUMACAO |
| Caso Núm. | Fecha |
| 63-03-583400052 | 10 de julio de 1991 |
| Clave de Fondos | Num. de Préstamo |
| 44 | 05 |

**ACCION QUE REQUIERE PAGARÉ:**

| ☐ Prestamo inicial | ☐ Restructuración |
|---|---|
| ☒ Prestamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y prestamo subsiguiente | ☐ Venta a Credito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno") o su cesionario en su oficina en la Avenida Cruz Ortiz Stella #62, Humacao,

Puerto Rico————————————————————, o en otro sitio designado por el Gobierno por escrito, la suma principal de

DIEZ MIL CON 00/100———————————————————————————— dolares

($10,000.00———————————————————) mas intereses sobre el principal adeudado al CINCO————

———————————————————— POR CIENTO ( 5.00 %) anual   Si este pagare es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Prestamo"), el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su ultima dirección   El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en 4 plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| $500.00 en enero 1, 19 92 | $ N/A en enero 1, 19____ |
|---|---|
| $ N/A en enero 1, 19____ | $ N/A en enero 1, 19____ |
| $ N/A en enero 1, 19____ | $ N/A en enero 1, 19____ |
| $ N/A en enero 1, 19____ | $ N/A en enero 1, 19____ |
| $ N/A en enero 1, 19____ | $ N/A en enero 1, 19____ |
| $ N/A en enero 1, 19____ | $ N/A en enero 1, 19____ |

y $3,577.00 , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en 3 años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo   La consideración aquí envuelta respaldará cualquier convenio modificado el plan de pagos

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno   La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno   Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré   El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal

Posición 2

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario  Reembolsos y pagos extras, según se definen en los reglamentos (7  C.F.R. 1951 B) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán l obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré.  Si el Gobierno en cualquier momento cediera est pagaré y asegura el pago del mismo, el prestatario continuara haciendo los pagos al Gobierno como agente cobrador del tenedor

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor base de plazo anual vencido.  La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno a tenedor a base de plazo anual vencido sera la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago a tenedor.  La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, sera la fech del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fech efectiva de cualquiera de dichos pagos adelantados y la  fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o  invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo de otra manera invertido bajo los términos de cualquier convenio de garantía  u  otro instrumento otorgado en relación con el préstamo aquí evider ciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evider ciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La Propiedad construida, mejorada, comprada o refinanciada en total  o  en parte con el préstamo aquí evidenciado no será arrendada, cedida vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno.  A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO)

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o una "Restructuración" es indicado en el encasillad superior de la primera pagina  "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o  evidenciar una  restructu ración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación  (nuevos términos):

| VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |
| $ | % | , 19 | | , 19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración  Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos  permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO:  Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una  cooperativa responsable  u  otra fuente de crédito privada  a  un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a  requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa

CONVENIO DE CONSERVACIÓN DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:  El Prestatario reconoce que el préstamo  descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o  para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el  Exhibit M de la subparte G de la parte 1940 del 7CFR.  Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro de enero de 1995, y (2) el prestatario intenta producir una  cosecha en terreno altamente erodable,  que  está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terrenos altamente erodables, según la parte 12 del 7CFR, el Prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable, un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS)  o el correspondiente Distrito  de Conservación de Suelos, si el término del  préstamo excede al 1ro de enero de  1995.  El Prestatario además conviene en que deberá demostrar antes del 1ro de enero de 1995 que cualquier producción de cosechas en terreno altamente erodable después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por  strito de Conservación, de acuerdo a los requisito  Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquiera de dichas cuotas o de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento  COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba  Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

EXPEDITO DELGADO GONZALEZ
(Prestatario)

(SELLO)

CARMEN MEDINA SANTANA
(Prestatario)

(SELLO)

HC-03 BOX 12901

YABUCOA, PUERTO RICO  00661-9710

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 10,000.00 | 10/julio/1991 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 10,000.00 | |

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

Posición 2

ATTACHMENT A

---El importe de este pagaré y la hipoteca que lo garantiza --reamortizado al día veintiuno (21) de agosto de mil novecientos-noventa y dos (1992) dió un saldo deudor montante a DIEZ MIL-----DOLARES ($10,000.00) de principal y QUINIENTOS CINCUENTA Y SIETE-DOLARES CON CINCUENTA Y CUATRO CENTAVOS ($557.54), de intereses,-para un total de DIEZ MIL QUINIENTOS CINCUENTA Y SIETE DOLARES --CON CINCUENTA Y CUATRO CENTAVOS ($10,557.54) con intereses a-----razón del CINCO PORCIENTO (5.00 %) ANUAL y el cual devengará-----intereses a razón del Cinco porciento (5.00 %) anual y habrá de-ser pagado en la siguiente forma: Un primer pago de Mil Dieciocho Dólares ($1,018.00) en o antes del día veintiuno (21) de agosto-de Mil Novecientos Noventa y Tres (1993), y Mil Dieciocho-------Dólares ($1,018.00) en o antes de cada veintiuno (21) de agosto -subsiguiente hasta el veintiuno (21) de agosto del año dos mil---ocho (2,008), inclusive, según resulta de la escritura número ---cuarenta y uno (41) del veintiuno (21) de agosto de mil----------nuevecientos noventa y dos (1992) ante el Notario autorizante. ----Manifiesta el compareciente Don Rafael Luis Rodríguez Martínez que el Gobierno puede cambiar el porciento de interés de acuerdo-con los reglamentos de la Administración de Hogares para --------Agricultores, no más frecuente que trimestralmente, notificando--por correo al Prestatario con treinta (30) días de anticipación a su última dirección.  El nuevo tipo de interés no deberá exceder-el porciento de interés establecido en los reglamentos de la-----Administración de Hogares para Agricultores para el tipo de -----préstamo arriba indicado.  Doy Fe. ----------------------------En Humacao, Puerto Rico a veintiuno (21) de agosto de mil ----nuevecientos noventa y dos (1992). ----------------------------

José Angel Machuca Romero
Notario Público

1

CERTIFICATION

I Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In official capacity as State Executive Director the Farm Service Agency, U.S. Department Agriculture, hereby declare under penalty perjury that this is a true and exact copy he original document which I have under custody.
San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

Forma FmHA 427-1(S) PR
(Rev. 10-82)

-----------------------------NUMERO   TREINTA (30)-----------------------
                           NUMBER   THIRTY (30)----------------------------

----------------HIPOTECA VOLUNTARIA-----------------
                   VOLUNTARY MORTGAGE

En la ciudad de Humacao, Puerto Rico, a diez (10) de julio de mil-
In the city of Humacao, Puerto Rico, this tenth (10 th.) day of----
novecientos noventa y uno (1991).------------------------------------
July of the year nineteen hundred ninety one (1991).---------------

-----------------------------ANTE MI------------------------
                              BEFORE ME

--------JOSE ANGEL MACHUCA ROMERO----------------

----------JOSE ANGEL MACHUCA ROMERO----------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Carolina,---
Attorney and Notary Public for the Island of Puerto Rico, with residence in Carolina,-------

Puerto Rico-----------   y oficina en   Carolina, Puerto Rico.---------
Puerto Rico-----------   and office in   Carolina,-------------- Puerto Rico.

----------------------------COMPARECEN----------------
                            APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage---------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances-------------

aparecen de dicho párrafo.-------------------------------------------
appear from said paragraph.------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their---

de su edad, estado civil, profesión y vecindad. ------------------------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.-------------------------------------------------------------
voluntary  mortgage.-----------

----------------------------EXPONEN----------------
                            WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in-----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same -

denominada de aquí en adelante "los bienes". ------------------------
hereinafter referred to as "the property".--  ---------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.-----------------------------
specified in paragraph ELEVENTH herein.-------------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------------

res, denominado de aquí en adelante el "acreedor hipotecario" en relación con
hereinafter called the "mortgagee" in connection with---------------



un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)—

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by—

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges—

hayan estimado sobre la propiedad hipotecada.——————————————
estimated against the property.——————————————

CUARTO: Se sobreentiende que:——————————————
FOURTH: It is understood that:——

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the—

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention—

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and—

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One—

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of—

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————————

das.——————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee—

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,—

prestamista asegurado.——————————————
will be the insured lender.——

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the—

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along—

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal—

tereses de dicho pagaré.——————————————
and interest.——

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,—

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender—

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————————
ments on the note, to be designated the "annual charge".——

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder—

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any—





-2-

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————

cualquier convenio suplementario por parte del deudor.——————————
supplementary agreement.——————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————

plimiento por parte del deudor hipotecario.——————————
by the mortgagor.——————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————

de indemnizar y conservar libre al acreedor hipotecario contra pérdida bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsement by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——————

- 3 -



subpárrafo (Tres) del ... afo NOVENO de este instrum ... ra asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—————————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to——————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac ec-
thereon before and after maturity until paid, losses sustained by the—————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and———————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of ——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—— ————

adicional especificada en el párrafo NOVENO de este documento.——————————
amounts as specified in paragraph NINTH hereof.————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————————————





- 4 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garanti    e    emnizar y conservar libre de pé.    al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.———————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————————————

hipotecario como agente cobrador del tenedor del mismo.——————————————————
as collection agent for the holder.——

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by——

reglamentos de la Administración de Hogares de Agricultores.————————————————
regulations of the Farmer's Home Administration.——

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————————————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement————————————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.————————————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held—————————————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited————————————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————————
by the mortgagee for the account of the mortgagor.——

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————————————————————————

párrafo devengará intereses a razón del CINCO (5)
subparagraph shall bear interest at the rate of FIVE (5)

    por ciento ( 5.00———%———
    per cent    ( 5.00———%——

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————————————
to the mortgagee.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the————————————————

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance——

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant——————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments——

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee——————

hipotecario determinare.——————
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————

los propósitos autorizados por el acreedor hipotecario.——————
for purposes authorized by mortgagee.——————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——

tecario bajo los términos de esta hipoteca.——————
under the terms of this mortgage.——————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required——

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions——

aprobare el acreedor hipotecario.——————
approved by mortgagee.——————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor——

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish




Forma FmHA.427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.———————————————————————————
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.———————————————————————————
or  lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.———————————————————————
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining  whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the



deudor hipotecario de los convenios de esta hipoteca.————————————————
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its——————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered——————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————————————————————
for advances, expenditures and other payments.——————————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect——————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced—

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————————
in what ever order and manner mortgagee may determine.——————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor——————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,——————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured———

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,————————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an——————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——————





Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.
request the protection of the law.

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and

rarios de abogado.
attorney's fees.

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)



· 9 ·

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidós) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee





- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de DIES MIL DOLARES ($10,000.00)
of TEN THOUSAND DOLLARS ($10,000.00)

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinb. fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré   DIES MIL
should assign this mortgage without insurance of the note,   TEN THOUSAND

DOLARES ($ 10,000.00 )
DOLLARS ($ 10,000.00 )

principal de dicho pagaré, con sus intereses según estipulados a razón del
principal amount of said note, together with interest as stipulated therein at the rate of

CINCO                                    por ciento ( 5.00          o/o) anual;
FIVE                                     per cent ( 5.00           o/o) per annum;





- 11 -

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  DIES MIL----------------------------------------------------------------
(A)  TEN THOUSAND--------------------------------------------------------------

------------------------------------------------DOLARES ($10,000.00)-----
------------------------------------------------DOLLARS   ($10,000.00)----

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as---------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------

Tercero;------------------------------------------------------------------
Three;--

(B)  QUINCE MIL ----------------------------------------------------------
(B)  FIFTEEN THOUSAND-----------------------------------------------------

------------------------------------------------DOLARES ($ 15,000.00)-----
------------------------------------------------DOLLARS ($ 15,000.00)----

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note;---

Tres. En cualquier caso y en todo tiempo;----------------------------------
Three. In any event and at all times whatsoever;---

(A)  CUATRO MIL DOLARES---------------------------------------------------
(A)  FOUR THOUSAND DOLLARS-----------------------------------------------

($  4,000.00----------) para intereses después de mora;
($  4,000.00----------) for default interest;----

(B)  DOS MIL DOLARES-----------------------------------------------------
(B)  TWO THOUSAND DOLLARS-------------------------------------------------

($2,000.00----------) para contribuciones, seguro y otros adelantos para la con-
($2,000.00----------) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph---

SEXTO, Tercero;---------------------------------------------------------
SIXTH, Three;--

(C)  MIL DOLARES---------------------------------------------------------
(C)  ONE THOUSAND--------------------------------------------------------

($  1,000.00-----------) para costas, gastos y honorarios de abogado en caso
($  1,000.00-----------) for costs, expenses and attorney's fees in case----

de  ejecución;
of  foreclosure;---

(D)  MIL DOLARES---------------------------------------------------------
(D)  ONE THOUSAND--------------------------------------------------------

($1,000.00-----------) para costas y gastos que incurriere el acreedor hipoteca-
($1,000.00-----------) for costs and expenditures incurred by the mortgagee in--

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with---

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as----------

se consigna en el párrafo SEXTO, Trece.---------------------------------
provided in paragraph (SIXTH, Thirteen.--



- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————————
of this mortgage is(are) described as follows:——————————————————

"Pagaré otorgado en el caso número seis tres cero tres cinco ocho tres————
"Promissory note executed in case number  six three zero three five eight three—

cuatro cero cero cero cinco dos (6303583400052) fechado el día  diez (10)—
four zero zero zero five two  (6303583400052)  dated the  tenth (10 th.)—

——————————————————de  julio—————————————de mil novecientos———
——————————————————day of  July——————————nineteen hundred and ninety one—

noventa y uno (1991)———————— por la suma de  DIES MIL——————————————
(1991)————————————————  in the amount of  TEN THOUSAND———————————

($10,000.00)——————————————————————————dólares de principal más——
($10,000.00)——————————————————————————of principal plus————

intereses sobre el balance del principal adeudado a razón del  CINCO————
interest over the unpaid balance at the rate of  FIVE—————

——————————————————————————————————{ 5.00 %————————  por ciento anual,
                                                                        { 5.00 %————————  percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed·

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due·

a los  TRES (3)————————————————————————————————
and payable  THREE (3)—————————————————————————

años de la fecha de este pagaré.——————————————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the·

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as·

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the·

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.·

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which·

constituye Hipoteca Voluntaria, se describe como sigue:
voluntary mortgage is constituted, is described as follows:



- 13 -

RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan.

Borrower acquired the above mentioned farm through purchase from Josefina Rivera Leon, pursuant to deed number forty-three (43), dated July two (2) of nineteen eighty-seven (1987), executed in the city of Humacao, Puerto Rico before the notary Israel Delgado Ramos.

Said property is recorded in the Property Registry of the City of Humacao on page two hundred seventy (270), volume two hundred six (206) of Yabucoa, farm number thirteen thousand one hundred eighteen (13,118).

The parties appearing in the present deed as Mortgagors are the parties appearing in paragraph TWENTY-FIRST of this deed of Voluntary Mortgage; whose postal address is as appears in paragraph TWENTY-FIRST of this deed of voluntary mortgage.

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used

## CERTIFICATE

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

---RUSTICA:  Finca compuesta de DIECISIETE PUNTO CINCUENTA Y CUATRO-
QUINCE CUERDAS (17.5415), equivalentes a sesenta y ocho mil---------
novecientos cuarenta y cinco punto doce noventa y cinco metros--------
(68,945.1295 mts.), sito en el Barrio Calabazas del término---------
municipal de Yabucoa, en lindes por el NORTE, en distintas alineacio-
nes con un camino municipal; por el SUR, con terrenos de Juan Vega--
Pagán; por el ESTE, en una distancia de ciento treinta y nueve------
punto ochocientos treinta y siete metros lineales con el remanente--
de la finca principal; y por el OESTE, en una distancia de----------
cuatrocientos ochenta y cinco punto trescientos diecinueve metros---
lineales con terrenos de Encarnación Ruíz y Juan Cruz Pagán.--------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

------------------------------------------------------------------

**Adquirió el prestatario la descrita finca por** mediante Compraventa-----------
**Borrower acquired the described property by** Deed of Sale------------------------

**según consta de la Escritura Número** cuarenta y tres (43)---------------
**pursuant to Deed Number** forty three (43)--------------------------------

**de fecha** dos (2) de julio de mil novecientos ochenta y siete (1987),-
**dated** July two (2) nineteen hundred eighty seven (1987),-------------

**otorgada en la ciudad de** Humacao, Puerto Rico,---------------------
**executed in the city of** Humacao, Puerto Rico,---------------------

**ante el Notario** Israel Delgado Ramos--------------------------------
**before Notary** Israel Delgado Ramos--------------------------------

**Dicha propiedad se encuentra** inscrita al folio doscientos setenta (270),-
**Said property is** registered at Page two hundred seventy (270), Book Two--
Tomo doscientos seis (206), Finca trece mil ciento dieciocho (13,118
Hundred six (206), Farm thirteen thousand one hundred eighteen------
de Yabucoa, Puerto Rico.---------------------------------------------
(13,118), of Yabucoa, Puerto Rico.----------------------------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
**TWELFTH: The parties appearing in the present deed as Mortgagors** ------------------

carios los decritos en el párrafo VIGESIMO PRIMERO de esta escritura.
are  the parties appearing in paragraph TWENTIETH ONE of this deed of-

Voluntary Mortgage.--------------------------------------------------

cuya dirección postal es: según aparece en el párrafo VIGESIMO PRIMERO de
**whose postal address is:** as appears in paragraph TWENTIETH ONE of this deed
esta escritura de hipoteca voluntaria.-------------------------------
of Voluntary Mortgage.----------------------------------------------

---------------------------------------------------------------------

**DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado**
**THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used**-----------





Forma FmHA 427-1(S) PR
(Rev. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction end/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construida, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government to consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or



representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construidos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) de veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with the

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.————————————————————
of the property encumbered by this Mortgage.————————————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move——————————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty—————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances—————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————————————

notificará por escrito al Supervisor Local.——————————————————
notify it in writing to the County Supervisor.————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed————————

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous—

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and ———————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————

estos tipos de préstamos.——————————————————————
these types of loans.————————

VIGESIMO: Este instrumento garantiza asimismo el re-rate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two——

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——————————

VIGESIMO PRIMERO: Que comparecen como Deudores Hipotecarios DON————
TWENTIETH ONE: The parties appearing in the present deed are EXPEDITO
EXPEDITO DELGADO GONZALEZ, seguro social cinco ocho tres cuatro cero
DELGADO GONZALEZ, social security five eight three four zero zero—————
cero cero cinco dos (583400052) y DOÑA CARMEN MEDINA SANTANA, seguro
zero five two (583400052) and CARMEN MEDINA SANTANA, social security
social uno cero cuatro cuatro ocho seis ocho seis cero (104486860),—————
one zero four four eight six eight six zero (104486860), of legal———
mayores de edad, casados entre sí, propietarios y vecinos de————
age, spouses, property owners and residents of Yabucoa, Puerto Rico,
Yabucoa, Puerto Rico; cuya dirección postal es Barrio Calabazas,
whose postal address is Calabazas Ward, Yabucoa, Puerto Rico.————
Yabucoa, Puerto Rico.————————————————————————



## ACCEPTANCE

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

So they say and execute before me, the authorizing Notary, the appearing party (parties) without demanding the presence of witnesses after waiving his (their) right to do so of which I advised him (them).

After this deed was read by the appearing party (parties), he (they) ratify its contents, place his (their) initials on each of the folios of this deed including the last one, and all sign before me, the authorizing Notary, who GIVES FAITH to everything contained in this deed.

SIGNED BY: EXPEDITO DELGADO GONZALEZ AND CARMEN MEDINA SANTANA. All the initials of the executors have been placed in the margin of each and every one of the pages in the original.

Signed, sealed, stamped and endorsed by JOSE ANGEL MACHUCA ROMERO, Notary Public.

The appropriate Notary Tax seal has been placed on this document; it is exempt of sales tax pursuant to the Law 43 issued on June 9, 1946.

I CERTIFY: That the preceding copy is a true and exact of the original deed filed under the number indicated in my protocol, which consists of seventeen pages (17); and for delivery to the concerned party, I issue this certified copy on the same date of its execution. I BEAR WITNESS.

[Signature]
Notary Public
[Seal]

# **CERTIFICATE**

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

*Ceum*

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

Forma FmHA 427-1(S) PR
(Rev. 10-82)

—————————————————ACEPTACION—————————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once—————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.—————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciento(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.—————————————————————————————————————
I advised him (them).———————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its—————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed—————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————————

FE de todo el contenido de esta escritura.————————————————————
FAITH to everything contained in this deed.————————————————————

---FIRMADO: DON EXPEDITO DELGADO GONZALEZ Y DOÑA CARMEN MEDINA—————
SANTANA.  Aparecen las iniciales de los otorgantes al margen de————
cada página del original.————————————————————————————

---Firmado, Signado, Sellado y Rubricado por JOSE ANGEL MACHUCA————
ROMERO, Notario Público.——————————————————————————————
---Cancelado el sello de Impuesto Notarial en el original.—————————
---Exenta de cancelar sellos de Rentas Internas, Ley 43 de 9 de——
junio de 1946.——————————————————————————————————

---CERTIFICO: Que ésta es PRIMERA copia certificada del original———
que obra en mi protocolo al que me remito, el cual consta de————
diecisiete (17) páginas; y para entregar a parte interesada la————
expido en el mismo día de su otorgamiento.  DOY FE.—————————





17

It is recorded on page 272, volume 206 of Yabucoa, farm # 13,118, entry # 6th. It is encumbered by two mortgages in the amount of $15,000.00 each one to the order of the United States of America; in the amount of $27,700.00 to the order of US, and by the mortgage furnished through this document. Humacoa, August 13th, 1991.

No fees

[Signature]
Recorder
[Seal]

# **CERTIFICATE**

I hereby certify that the attached Data Recording Document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

*[Signature]*

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed the
20th day of August of 2007.

*[Signature]*
Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

[Notary Seal: ROSA CAPDEVIELLE — COMMISSION EXP — NOTARY PUBLIC — FEB. 1, 2010 — STATE OF WASHINGTON]

1

Inscrito al folio 272 del tomo
206 de Yabucoa, finca #13,118
Inscripción 6ta. Afecta a dos hipotecas
por $15,000.00 cada una favor
de Estados Unidos de América;
por $27,700.00 a favor E.U.A.
y a la que por este documento
se constituye. Humacao a
13 de agosto de 1991
Sin inscripción

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married
and resident of Guayama, Puerto Rico. In my
official capacity as State Executive Director of
the Farm Service Agency, U.S. Department of
Agriculture, hereby declare under penalty of
perjury that this is a true and exact copy of
the original document which I have under my
custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

----------ESCRITURA NUMERO CUARENTIUNO (41)----------

------REAMORTIZACION DE PRESTAMO HIPOTECARIO Y------
MODIFICACION DE HIPOTECA--------------------------

---En la ciudad de Humacao, Puerto Rico, a los------

veintiun (21) días del mes de agosto de mil --------

novecientos noventa y dos (1992). ------------------

----------------------ANTE MI----------------------

---JOSE ANGEL MACHUCA ROMERO, Abogado y Notario-----

Público, con residencia y oficina abierta en la-----

ciudad de Carolina, Puerto Rico.--------------------

----------------------COMPARECEN-------------------

---DE LA PRIMERA PARTE: DON EXPEDITO DELGADO--------

GONZALEZ, seguro social número                ------

                              , y---

DOÑA CARMEN MEDINA SANTANA, seguro social numero----

          , mayores de edad, casados entre sí,-----

propietarios, y vecinos de Yabucoa, Puerto Rico, en-

adelante denominados LOS DEUDORES HIPOTECARIOS.-----

---DE LA SEGUNDA PARTE: Los Estados Unidos de-------

América, por conducto de La Administración de-------

Hogares para los Agricultores, también conocida-----

como la Farmers Home Administration, a tenor con----

las disposiciones de la Ley del Congreso titulada---

"CONSOLIDATED FARMERS HOME ADMINISTRATION ACT OF----

NINETEEN SIXTY ONE (1961)", con oficinas principales

en Washington, Distrito de Columbia, representada---

en este acto por DON RAFAEL LUIS RODRIGUEZ MARTINEZ,

seguro social número

casado, mayor de edad, empleado y vecino de San-----

Juan, Puerto Rico, en su caracter de Supervisor-----

Local, cuyo caracter consta debidamente acreditado--

en el Registro de la Propiedad, en adelante---------

denominado como el ACREEDOR HIPOTECARIO.------------

1

-----------------------DOY FE---------------------

----De conocer personalmente a los comparecientes, y-
por sus dichos con relación a su edad, estado civil,
profesión y vecindad. Me aseguran tener, y a mi----
juicio tienen la capacidad legal necesaria para el--
presente otorgamiento, y a tal efecto libre y-------
voluntariamente: ------------------------------------

-----------------------EXPONEN---------------------

--PRIMERO: Que los Deudores Hipotecarios  son dueños
en pleno dominio de las siguiente propiedade:-------

---"RUSTICA: Finca compuesta de DIECISIETE PUNTO----
CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415),--------
equivalentes a sesenta y ocho mil novecientos-------
cuarenta y cinco punto doce noventa y cinco metros--
(68,945.1295 mts.) sito en el Barrio Calabazas del--
término municipal de Yabucoa, en lindes por el------
NORTE, en distintas alineaciones con un camino------
municipal; por el SUR, con terrenos de Juan Vega----
Pagán; por el ESTE, en una distancia de ciento------
treinta y nueve punto ochocientos treinta y siete---
metros lineales con el remanente de la finca--------
principal; y por el OESTE, en una distancia de------
cuatrocientos ochenta y cinco punto trescientos-----
diecinueve metros lineales con terrenos de----------
Encarnación Ruíz y Juan Cruz Pagán".----------------

---Inscrita al folio doscientos setenta (270),. tomo-
doscientos seis (206) de Yabucoa, finca trece mil---
ciento dieciocho (13,118), de Yabucoa, Puerto Rico,-
inscripción primera.--------------------------------

---------------CARGAS Y GRAVAMENES-----------------

----Se halla afecta dicha propiedad a cuatro (4)-----
hipotecas en garantía de Pagarés a favor de los-----
Estados Unidos de América,' las cuales se describen a
continuación:---------------------------------------

A)  Quince Mil Dólares ($15,000.00); constituída por
escritura número treinta y uno (31) del veintinueve-
de julio de mil novecientos ochenta y ocho (1988)---
ante el Notario Israel Delgado Ramos, en Humacao,---
Puerto Rico. ---------------------------------------

--Inscrita al folio doscientos setenta vuelto-------
(290 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).----------

B)  Quince Mil Dólares ($15,000.00); constituída por
escritura cuarenta (40) del diez (10) de noviembre--



2

de mil novecientos ochenta y ocho (1988) ante el ---

Notario Israel Delgado Ramos, en Humacao, Puerto ---

Rico. --------------------------------------------

--Inscrita al folio doscientos setenta y uno (271),-
tomo doscientos seis (206) de Yabucoa, finca trece-
mil ciento dieciocho (13,118).---------------------

C)  Veintisiete Mil Setecientos Dólares ------------

($27,700.00); constituída por la escritura número --

veintiuno (21) de dos (2) de marzo de mil ----------

novecientos noventa (1990), ante la Notario Aida Luz

Moringlanes Ruíz, en Humacao, Puerto Rico. ---------

Esta hipoteca fue modificada a la suma de veintiocho

mil novecientos noventa dólares con noventa centavos

($28,990.90) mediante escritura de Reamortización de

Préstamo Hipotecario y Modificación de Hipoteca ----

número quince (15) del quince (15) de marzo de mil -

novecientos noventa y uno (1991) ante este mismo ---

notario que autoriza y suscribe. ------------------

--Inscrita al folio doscientos setenta y uno vuelto-
(271 vto.), tomo doscientos seis (206) de Yabucoa,--
finca trece mil ciento dieciocho (13,118).---------

D)  Diez Mil Dólares ($10,000.00), constituída por -

la escritura número treinta (30) del diez (10) de --

julio de mil novecientos noventa y uno (1991) ante -

este mismo notario autorizante y que suscribe. -----

--Inscrita al folio doscientos setenta y dos (272),-
tomo doscientos seis (206) de Yabucoa, finca trece--
mil ciento dieciocho (13,118).---------------------

---SEGUNDO:  Manifiestan Los Deudores Hipotecarios--

que con el fin de reamortizar la deuda hipotecaria--

constituida mediante la escritura de hipoteca en----

garantía de pagaré número treinta (30) arriba-------

descrita e identificada con la letra "D",-----------

solicitaron y obtuvieron el consentimiento del -----

acreedor hipotecario, Estados Unidos de América, ---

actuando por conducto y a través de la -------------

Administración de Hogares para Agricultores de -----

conformidad con la ley del Congreso titulada--------



2

"Consolidated Farmers Home Administration Act of----
1961" y por el reglamento aprobado al efecto para---
reamortizar la deuda hipotecaria.--------------------
---TERCERO:  Manifiestan los comparecientes Don ----
Expedito Delgado González y Doña Carmen Medina------
Santana que es de su propio y personal conocimiento-
todas y cada una de las cláusulas, obligaciones, y--
estipuláciones contenidas en la escritura de--------
hipoteca, y en este acto en forma clara, y solemne y
terminante, se obligan a cumplir todas y cada de----
dichas obligaciones cláusulas y estipulaciones------
requeridas por la Administración de Hogares para----
Agricultores (FmHA).--------------------------------
- REAMORTIZACION Y MODIFICACION DE PAGARE HIPOTECA -
---CUARTO: Manifiesta EL ACREEDOR HIPOTECARIO por---
conducto del compareciente Don Rafael Luis Rodríguz-
Martínez, en el caracter que ostenta, que habiendo--
sido aceptados Los Deudores Hipotecarios para-------
recibir los beneficios de la ley del Congreso-------
"Consolidated Farmers Home Administration Act of----
1961", según enmendada, ha convenido en reamortizar-
y modificar la forma de pago de los plazos----------
consignados en el Pagaré y en la hipoteca que por la
cantidad de DIEZ MIL DOLARES ($10,000.00) constituyó
el día diez (10) de julio de mil novecientos noventa
y uno (1991) en la siguiente manera:  el importe ---
total adeudado al veintiuno (21) de agosto de mil --
novecientos noventa y dos (1992) asciende a la ----
cantidad de DIEZ MIL DOLARES ($10,000.00) de -------
principal y QUINIENTOS CINCUENTA Y SIETE DOLARES CON
CINCUENTA Y CUATRO CENTAVOS ($557.54), de intereses,
para un total de DIEZ MIL QUINIENTOS CINCUENTA Y ---
SIETE DOLARES CON CINCUENTA Y CUATRO CENTAVOS ------
($10,557.54), con intereses a razón del CINCO ------
PORCIENTO (5.00 %) ANUAL y la cual habrá de ser-----

4

pagada de la siguiente forma: Un primer pago de ----
Mil Dieciocho Dólares ($1,018.00) en o antes del día
veintiuno (21) de agosto de Mil Novecientos Noventa
y Tres (1993), y Mil Dieciocho Dólares ($1,018.00)--
en o antes de cada veintiuno (21) de agosto --------
subsiguiente hasta el veintiuno (21) de agosto del--
año dos mil ocho (2,008), inclusive.----------------
---El (los) acreedor(es) posterior(es), mediante----
Declaración Jurada, ha(n) consentido en que el------
Gobierno de Los Estados Unidos de América, actuando-
traves de la Administración de Hogares para---------
Agricultores, de su Departamento de Agricultura, le-
sume el interés acumulado al principal aumentando---
la cantidad total adeudada y extender el término----
del vencimiento de dicha deuda si fuera necesario.--
Esta transacción no cambiará la posición de---------
prioridad hipotecaria registrada a favor de Los-----
Estados Unidos de América.--------------------------
---QUINTO: El compareciente, Don Rafael Luis.-------
Rodríguez Martínez, en el caracter que ostenta, me--
muestra a mí, el Notario, el Pagaré garantizado con-
la hipoteca relacionada en el Expositivo Primero de-
esta escritura, y me asegura que no ha sido---------
negociado, ni gravado en forma alguna por su actual-
tenedor y poseedor, Los Estados Unidos de América, Y
una vez identificado por mí, el Notario,------------
cerciorándome de que se trata del mismo Pagaré------
original procedo a poner un anexo a éste denominado-
"ATTACHMENT A" y que se ha hecho formar parte de el,
a los efectos de proveer espacio adicional para los-
endosos y descuentos de dicho pagaré, el cual-------
contiene el siguiente texto: "El importe de este----
pagaré y la hipoteca que lo garantiza reamortizado--
día veintiuno (21) de agosto de mil novecientos-
noventa y dos (1992) dió un saldo deudor montante a-



DIEZ MIL DOLARES ($10,000.00) de principal y --------
QUINIENTOS CINCUENTA Y SIETE DOLARES CON CINCUENTA Y
CUATRO CENTAVOS ($557.54), de intereses, para un ---
total de DIEZ MIL QUINIENTOS CINCUENTA Y SIETE -----
DOLARES CON CINCUENTA Y CUATRO CENTAVOS ($10,557.54)
con intereses a razón del CINCO PORCIENTO (5.00 %)--
ANUAL y el cual devengará intereses a razón del ----
Cinco porciento (5.00 %) anual y habrá de ser pagado
en la siguiente forma: Un primer pago de Mil --------
Dieciocho Dólares ($1,018.00) en o antes del día ---
veintiuno (21) de agosto de Mil Nuevecientos Noventa
y Tres (1993), y Mil Dieciocho Dólares ($1,018.00)--
en o antes de cada veintiuno (21) de agosto --------
subsiguiente hasta el veintiuno (21) de agosto del -
año dos mil ocho (2,008), inclusive, según resulta--
de la escritura número cuarenta y uno (41) del -----
veintiuno (21) de agosto de mil nuevecientos noventa
y dos (1992) ante el Notario autorizante. ----------
---Manifiesta el compareciente Don Rafael Luis------
Rodríguez Martínez que el Gobierno puede cambiar el-
porciento de interés de acuerdo con los reglamentos-
de la Administración de Hogares para Agricultores,--
no más frecuente que trimestralmente, notificando --
por correo al Prestatario con treinta (30) días de-
anticipación a su última dirección.  El nuevo tipo--
de interés no deberá exceder el porciento de--------
interés establecido en los reglamentos de la--------
Administración de Hogares para Agricultores para el-
tipo de préstamo arriba indicado.  Doy Fe.  En------
Humacao, Puerto Rico a veintiuno (21) de agosto de--
mil nuevecientos noventa y dos (1992).  (Firmado,---
Signado, Sellado y Rubricado por José Angel Machuca-
Romero, Notario Público)".--------------------------
----------------NOTARIO PUBLICO--------------------
Una vez puesta la nota (Attachment) lo devuelvo--

6

al compareciente, señor Rafael Luis Rodríguez ------

Martínez, en el carácter que ostenta.---------------

-------------------ADVERTENCIAS-------------------

---Tal es la escritura que ante mí, formalizan los--

comparecientes, la que aceptan en su integridad por-

expresar lo pactado, haciendo Yo, el Notario, las---

advertencias legales pertinentes.-------------------

----------------LECTURA Y OTORGAMIENTO--------------

---Leída esta escritura a los otorgantes por haber--

renunciado al derecho de hacerlo por sí mismos, el--

cual les advertí tenían, y habiéndola hallado-------

conforme, la aprueban y ratifican firmando  ante----

mí, todo ello en un mismo acto, en el mismo día de--

su otorgamiento, estampando, además, las iniciales--

en el márgen izquierdo de cada una de sus folios,---

ante el Notario, de todo lo cual,así como de todo lo

que consignamos en esta escritura pública, YO, el---

Notario Autorizante, DOY FE. -----------------------

---FIRMADO: EXPEDITO DELGADO GONZALEZ, CARMEN -----
MEDINA SANTANA; Y LOS ESTADOS UNIDOS DE AMERICA----
REPRESENTADOS POR RAFAEL LUIS RODRIGUEZ MARTINEZ.--
---Aparecen las iniciales de los otorgantes al ----
márgen de cada página del original. --------------
---Firmado, Signado, Sellado, Rúbricado, por JOSE--
ANGEL MACHUCA ROMERO, Notario Público.-------------
---Cancelado el sello Impuesto Notarial en el------
original; exenta de cancelar sellos de Rentas -----
Internas, Ley 43 de 9 de julio de 1946.-----------
---CERTIFICO: Que ésta es PRIMERA copia -----------
certificada, fiel y exacta, de su original que obra
en mi protocolo al que me remito, la cual consta de
siete (7) páginas; y para entregar a parte --------
interesada la expido en el mismo día de su --------
otorgamiento. DOY FE.------------------------------

Hecho la modificación al folio 151
del tomo 218 de Yabucoa, cbs. 9na
Finca #13118. Humacao a 8 de
octubre de 1992.
D.D.

CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, marri⟨
and resident of Guayama, Puerto Rico. In n
official capacity as State Executive Director
the Farm Service Agency, U.S. Department ⟨
Agriculture, hereby declare under penalty ⟨
perjury that this is a true and exact copy ⟨
the original document which I have under m
custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

NUMBER FORTY-ONE (41)

## DEED OF REAMORTIZATION OF MORTGAGE LOAN AND MORTGAGE MODIFICATION

In the city of Humacao, Puerto Rico, on August twenty-first (21st) of nineteen ninety-two (1992)

### IN MY PRESENCE

JOSE ANGEL MACHUCA ROMERO, Attorney and Notary Public with residence and offices in the city of Carolina, Puerto Rico.

### THERE NOW APPEAR

AS ONE PARTY: EXPEDITO DELGADO GONZALEZ, social Security number five and CARMEN MEDINA SANTANA, Social Security number ·, both of legal age, married to each other, property owners and residents of Yabucoa, Puerto Rico. Hereinafter referred to as "MORTGAGORS"

AS THE SECOND PARTY: UNITED STATES OF AMERICA, acting through the Farmers Home Administration, in accordance with the dispositions of the Congress law known as "Consolidated Farmers Home Administration Act of 1961", with headquarters in Washington, District of Columbia, United States of America, represented herein by MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, Social Security number , of legal age, married, employed and a resident of San Juan, Puerto Rico, in his capacity of County Supervisor, whose credentials are duly recorded in the Property Registry. Hereinafter referred to as MORTGAGEE:

1

of nineteen eighty-eight (1988) before the Notary Israel Delgado Ramos in Humacao, Puerto Rico.

It is recorded on page two hundred seventy-one (271), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

C) Twenty-seven thousand seven hundred dollars ($27,700.00); furnished through deed number twenty-one (21) on March two (2) of nineteen ninety (1990), before the Notary Aida Luz Moringlanes Ruiz in Humacao, Puerto Rico.
This mortgage was modified to the amount of twenty-eight thousand nine hundred ninety dollars and ninety-nine cents ($28,990.90) through Deed of Re-amortization of Mortgage Loan and Mortgage Modification number fifteen (15) of March of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page two hundred seventy-one reverse (271 rev.), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

D) Ten thousand dollars ($10,000.00) furnished through deed number thirty (30) on July ten (10) of nineteen ninety-one (1991) before the undersigned notary.

It is recorded on page seventy-two (272), volume two hundred six (206) of Yabucoa, farm thirteen thousand one hundred eighteen (13,118).

SECOND: The mortgagors state that in order to reamortize the mortgage debt furnished through Deed of Mortgage number thirty (30) above described and identified under letter D, they requested and obtained the approval of the mortgagee, the United States of America, acting through the Farmers Home Administration, in accordance with the

3

regulations of the Congress Law titled "Consolidated Farmers Home Administration Act of 1961" and regulations approved therein, to reamortize the mortgage debt.

THIRD: The MORTGAGORS, Expedito Gonzalez and Carmen Medina Santana, state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the aforementioned mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations as required by the Farmers Home Administration (FmHA).

### REAMORTIZATION AND MODIFICATION OF PAYMENT OF PROMISSORY NOTE AND MORTGAGE

FOURTH: Mortgagor states, through the appearing party Rafael Luis Rodriguez Martinez in the capacity he bears, that because the mortgagors have qualified to receive the benefits of the law issued by the Congress of the United States of America mentioned in paragraph second, he has agreed to reamortize and modify the form of payment of the installments established in the promissory note and in the mortgage of TEN THOUSAND DOLLARS ($10,000.00) which was furnished on July ten (10) of nineteen ninety-one (1991) as follows:

The total unpaid balance on August twenty (21) of nineteen ninety-two (1992) amounted to TEN THOUSAND DOLLARS ($10,000.00) of principal and FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($557.54) of interests, to make a total of TEN THOUSAND FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($10,557.54), with interests at the annual rate of FIVE PERCENT (5%) , which shall accrue interests at the annual rate of FIVE PERCENT (5%) and shall be paid as follows:

4

One first installment of One thousand eighteen dollars ($1,018.00) on or before August twenty-first (21st) of nineteen ninety-three (1993), and One thousand eighteen dollars ($1,018.00) on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand eight (2008) inclusive.

Mortgagor(s) consent(s), through affidavit, that the US Government, acting through the Agricultural Department of the Farmers Home Administration may add the accrued interest to the principal, thus increasing the total amount owed and to extend the due date if needed.
This transaction shall not modify the priority mortgage position in favor of the United States of America.

FIFTH: The appearing party, MR. RAFAEL LUIS RODRIGUEZ MARTINEZ, in the capacity he bears, gives me, the Notary, the promissory note secured by the mortgage described in First paragraph herein, and he assures me that it has not been negotiated or encumbered in any way by the current holder and owner, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the same promissory note, I proceed to place an attachment to it referred to as ATTACHMENT A and which shall become part thereof with the purpose to provide extra space for the endorsements and discounts of said promissory note. Such attachment contains the following text: "The amount of this promissory note and the mortgage securing it, re-amortized on August twenty (21) of nineteen ninety-two (1992) had an unpaid balance of

5

TEN THOUSAND DOLLARS ($10,000.00) of principal and FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($557.54) of interests, to make a total of TEN THOUSAND FIVE HUNDRED FIFTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ($10,557.54), with interests at the annual rate of FIVE PERCENT (5%), which shall accrue interests at the annual rate of FIVE PERCENT (5%) and shall be paid as follows: One first installment of One thousand eighteen dollars ($1,018.00) on or before August twenty-first (21st ) of nineteen ninety-three (1993), and One thousand eighteen dollars ($1,018.00)on or before August twenty-first (21st) of every year subsequently thereafter until August twenty-first (21st) of thousand eight (2008) inclusive, pursuant to deed number forty-one (41), dated August twenty-first (21st) of nineteen ninety-two (1992) before authorizing notary.

The appearing party, Rafael Luis Rodriguez Martinez, that the Government may change the interest rate according to the regulations of the Farmers Home Administration, no more frequently than every quarter, sending notice by mail to borrower's last known address with thirty (30) days in advance. The new interest rate shall not exceed the interest rate set forth in the regulation of the Farmers Home Administration for the type of loan above indicated. I bear witness. In Humacao, Puerto Rico on August twenty-first (21st) of nineteen ninety-two (1992). (Signed, sealed, stamped and endorsed by Jose Angel Machuca Romero, Notary Public)."

NOTARY PUBLIC

Once the above mentioned note (Attachment) is placed and signed, I return the document

6

to the appearing party Rafael Luis Rodriguez Martinez, in his capacity of note holder.

## WARNINGS

Such is the deed that before me, the appearing parties formalize and accept as it conforms to their agreement. I, the Notary, state that I have given the parties the pertinent legal warnings and reservations for this deed

## READING AND EXECUTION

After reading this deed to the parties since they waived the right to do it themselves, of which right I informed them they had, and having stated that they agree with its contents, they ratify their agreement by placing their signature in my presence, all in one proceeding, on the same day of its execution, placing also their initials on the left margin of every page of this deed. I the Notary, BEAR WITNESS to everything else I state, refer to or mention in this deed.

[Signatures]
[Seals]


SIGNED: EXPEDITO DELGADO GONZALEZ, CARMEN MEDINA SANTANA; AND UNITED STATES OF AMERICA REPRESENTED HEREIN BY LUIS RODRIGUEZ MARTINEZ.

The initials of the parties appear in each one of the pages of the original.
Signed, sealed, stamped and endorsed by JOSE ANGEL MACHUCA ROMERO, Notary Public.
The appropriate Notary Tax seal of the State Bar is cancelled in the original. Exempt of sales tax pursuant to Law 43 of July 9, 1946.

I CERTIFY: This is the FIRST true and exact copy of the original deed filed in my protocol of public instruments which consists of seven pages (7), and for delivery to the concerned party, I issue it the same day of its execution. I BEAR WITNESS.

[Signature]
Public Notary
[Seal]

7

Such modification was recorded in page 151, volume 212 of Yabucoa. Farm # 13,118, 10th entry.

Humacoa, October 8th, 1992

No fees


[Signature]
Recorder

# **CERTIFICATE**

I hereby certify that the attached Reamortization of Mortgage Loan and Mortgage Modification is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

*Cara*

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

Formulario FmHA 1940-17 (S)
(Rev. 2-88)

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**

**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: __O.I.__ | ☒ Regular |
| | ☐ Recursos Limitados |
| De acuerdo a: | |
| ☒ Consolidated Farm & Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Nombre | |
|---|---|
| DELGADO GONZALEZ, EXPEDITO | |
| **Estado** PUERTO RICO | **Oficina** HUMACAO |
| **Caso Núm.** 63-003-583400052 | **Fecha** 11 de septiembre 1992 |
| **Clave de Fondos** 44 | **Núm. de Préstamo** |

**ACCION QUE REQUIERE PAGARÉ:**

| | |
|---|---|
| ☐ Prestamo inicial | ☐ Restructuración |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y prestamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

**POR VALOR RECIBIDO,** el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno") o su cesionario en su oficina en Ave. Cruz Ortíz Stella #62, _____

Humacao, P.R. _____, o en otro sitio designado por el Gobierno por escrito, la suma principal de

OCHO MIL – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – dólares

($ 8,000.00 _____) mas intereses sobre el principal adeudado al SIETE _____

_____ POR CIENTO ( 7.00 ____%) anual Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en __un (1)__ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | |
|---|---|---|---|
| $ 8,560.00 _____ en enero 1, 19____ | ; | $_____ n/a _____ en enero 1, 19____ |
| $ n/a _____ en enero 1, 19____ | ; | $_____ n/a _____ en enero 1, 19____ |
| $ n/a _____ en enero 1, 19____ | ; | $_____ n/a _____ en enero 1, 19____ |
| $ n/a _____ en enero 1, 19____ | ; | $_____ n/a _____ en enero 1, 19____ |
| $ n/a _____ en enero 1, 19____ | ; | $_____ n/a _____ en enero 1, 19____ |
| $ n/a _____ en enero 1, 19____ | ; | $_____ n/a _____ en enero 1, 19____ |

y $ n/a _____, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en __un (1)__ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos al final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

**INCUMPLIMIENTO:** La falta de pago a su vencim...nto de cualquier deuda aquí evidenciada o el incu...miento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. **COMETIDO CUALQUIER INCUMPLIMIENTO,** el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

EXPEDITO DELGADO GONZALEZ                    (Prestatario)

CARMEN MEDINA SANTANA                        (Prestatario)

## CERTIFICATION

(SELLO)

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

HC 3  Box 12901

Yabucoa, P.R. 00767-9710

## REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 8,000.00 | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 8,000.00 | |

**FmHA Form 1940-17 (S)**
**(Rev. 12-88)**

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>FARMERS HOME ADMINISTRATION<br><br>PROMISSORY NOTE | TYPE OF LOAN<br>Type: OL          X Regular<br>                    Limited Resources<br><br>In accordance with:<br>Consolidated Farm and Rural Development Act<br>X Emergency Agricultural Credit Adjustment Act of 1978 |
| Name: DELGADO GONZALEZ, EXPEDITO<br>State: PUERTO RICO<br>Office: HUMACAO<br>Case Number: 63-003-583400052<br>Date: September 11th, 1992<br>Fund Code: 44<br>Loan Number: 07 | ACTION REQUIRING NOTE:<br><br>Initial Loan                    Restructuring<br>X  Subsequent Loan            Reamortization<br>     Consolidation and         Consolidation<br>Subsequent Loan               Debt Reduction<br>Sale on Credit<br>Deferred Payments<br>Conservation Easements |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in Ave. Cruz Ortiz Stella # 62 HUMACAO, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of EIGHT THOUSAND DOLLARS ($8,000.00) plus interest on the unpaid principal of SEVEN PERCENT (7%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in ONE (1) installment, as indicated below, unless modified by a different interest rate, on or before the following dates:
$8,560.00.........on January 1, 19
and $ n/a subsequently each year thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable ONE (1) years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or restructured, interest accumulated for over ninety (90) days as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests accumulated during the deferment period and then to interests computed to the effective date of the payment and then to the principal.

1

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Debt Reduction", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

| CODE AND LOAN NUMBER: | AMOUNT OF NOTE: $ | INTEREST RATE: % | DATE: | ORIGINAL BORROWER: | LAST INSTALLMENT DUE: |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive

soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

EXPEDITO DELGADO GONZALEZ          (BORROWER) (SEAL)

[Signature] _____

CARMEN MEDINA SANTANA          (BORROWER)
(SEAL)

HC 3 BOX 12901
YABUCOA, PUERTO RICO 00767

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 8,000.00 | | $ | | $ | |

TOTAL: $8,000.00

# CERTIFICATE

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

3

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

4

Exhibit 14

Forma FmHA 427-1(S) PR
(Rev. 10-82)

----------NUMERO CUARENTA Y SEIS (46)----------
----------NUMBER FORTY SIX (46)----------

----------HIPOTECA VOLUNTARIA----------
VOLUNTARY MORTGAGE

En la ciudad de Humacao, Puerto Rico, a los once (11) días de----
In  the city of Humacao, Puerto Rico, this eleventh (11th.) day of-
septiembre de mil novecientos noventa y dos (1992).--------------
September nineteen hundred ninety two (1992).-------------------

----------ANTE MI----------
BEFORE ME

----------JOSE ANGEL MACHUCA ROMERO----------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en  Carolina,----
Attorney and Notary Public for the Island of Puerto Rico, with residence in  Carolina,-------

Puerto Rico----------  y oficina en   Carolina, Puerto Rico,  Puerto Rico.
Puerto Rico ----------  and office in   Carolina,  ----------

----------COMPARECEN----------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances--------

aparecen de dicho párrafo.--------------------------------------
appear from said paragraph.------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.----------------
statements which I believe to be true of their age, civil status, profession and residence.--

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.--------------------------------------------------------
voluntary  mortgage.-----------------------------------------

----------EXPONEN----------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in--------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same---

denominada de aquí en adelante "los bienes".---------------------
hereinafter referred to as "the property".-----------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens---------

se especifican en el párrafo UNDECIMO.--------------------------
specified in paragraph ELEVENTH herein.-------------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States---------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,--------------

rel, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with--------------------

un préstamo  préstamos evidenc   por uno o más  arés o convenio   ub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.———————————————
estimated against the property.———————

CUARTO: Se sobreentiende que:———————————————————
FOURTH: It is understood that:—————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.———————

das.———————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.———————————————————————
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————
and interest.———————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————————
 cients on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales
will forego his rights and remedies against the mortgagor and any





Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en relación con dicho préstamo así como también ... los beneficios
others in connection with said loan, as well as any benefit—————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgage's request will assign the note to the mortgage should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————

cualquier convenio suplementario por parte del deudor.———————————————
supplementary agreement.—————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————

plimiento por parte del deudor hipotecario.——————————————————
by the mortgagor.—————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————





- 3 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del SIETE
subparagraph shall bear interest at the rate of  SEVEN

— — — — — — — por ciento ( 7.00 %)
— — — — — — —per cent ( 7.00 %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the



- 5 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other——————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————————————

tiempo pueda prescribir.———————————————————————————————
time may prescribe.——————————————————————————————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation——————————

ción o al arrendamiento.——————————————————————————————
or lease.—————————————————————————————————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————

que afecten los bienes o su uso.——————————————————————————
affecting the property or its use.——————————————————————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times——

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall——

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————————

deudor hipotecario de los convenios de esta hipoteca.——————————————————
mortgagor of the covenants of this mortgage.——————————————————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify————————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option————————————————————





- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus———
may institute the necessary proceedings in defense of its———

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said———

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered———

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———

para adelantos, gastos y otros pagos.———
for advances, expenditures and other payments.———

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect———

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgage,———

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgage is hereby authorized and empowered———

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect———

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the———

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced———

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,———

en el orden y manera que el acreedor hipotecario determinare.———
in what ever order and manner mortgagee may determine.———

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor———

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production———

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a———

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,———

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept———

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to———

sarias en la agencia cooperativa en relación con dicho préstamo.———
purchase any necessary shares of stock in the cooperative agency in regard to said loan.———

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured———

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called———

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply———

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,———

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an———

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of———





- 8 -

ma FmHA 427-1(S) PR
v. 10-82)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta cláusula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eight (28) of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851).
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



- 15 -

ondos del prestamo aquí gara....ado, se considerará e interpretará como parte
nds of the loan herein guaranteed, will be considered and understood to form part ———————

e la propiedad gravada por esta Hipoteca.—————————————————
f the property encumbered by this Mortgage.———————————————

DECI IO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
IGHTEENTH: The mortgagor agrees and obligates himself to move———————

a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
nd occupy the property object of this deed within the following sixty———

ías a partir de la fecha de la inspección final; y en caso de circunstancias impre-
ays from the date of final inspection, and in the event of unforeseen circumstances———

istas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
eyond his control which would impede him to do so, he will———————————

otificará por escrito al Supervisor Local.————————————————
otify it in writing to the County Supervisor.———————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed———————

n dicha finca durante la vigencia antes mencionada deberá ser construida previa-
n said farm(s) during the term hereinbefore referred to, must be made with the previous———

utorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
onsent in writing of mortgagee in accordance with present regulations———

entes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
r future ones that may be promulgated pursuant to the federal and———

ocales no inconsistentes o incompatibles con las leyes actuales que gobiernan
ocal laws not inconsistent or incompatible with the present laws which govern———————

stos tipos de préstamos.——————————————————————
hese types of loans.———————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of———————

ualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
ny interest credit or subsidy which may be granted to the borrower(s) by the———

or el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two———

le Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)———
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)———————



16

HA 427-1(S) PR
J-82)

---ACEPTACION---
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.
I advised him (them).

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES

FE de todo el contenido de esta escritura.
FAITH to everything contained in this deed.

---FIRMADA: EXPEDITO DELGADO GONZALEZ Y CARMEN
MEDINA SANTANA.  Aparecen las iniciales de los
otorgantes al margen de cada página del original.
---Firmado, Signado, Sellado y Rubicado por JOSE
ANGEL MACHUCA ROMERO, Notario Público.
---Cancelado el sello de Impuesto Notarial en el
original; exenta de cancelar sellos de Rentas
Internas, Ley 43 de 9 de junio de 1946.
---CERTIFICO: Que esta es PRIMERA copia
certificada del original que obra en mi protocolo
al que me remito, la cual consta de diecisiete
(17) páginas,; y para entregar a parte interesada
la expido en el mismo día de su otorgamiento.---
DOY FE.





17

It is recorded on page 152 reverse, volume 212 of Yabucoa, entry # 12th. It is encumbered by mortgage in the amount of $15,000.000, $15,000.00; $27,700.00; $10,000.00; $8,000.00 (and to) I mean, all of them to the order of the United States of America, and by the mortgage furnished through this document. Humacoa, October 14th, 1992.

No fees

[Signature]
Recorder
[Seal]

# CERTIFICATE

I hereby certify that the attached Data Recording Document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

1

Inscrito al folio 152 vto. del tomo 212 del Yabucoa, Inso. 12ª Afecta a hipoteca por $15,000.00; $15,000.00; $27,700.00; $10,000.00; $8,000.00 y a) dice, toda a favor de Estado Unidos de América y a la que por este documento se constituye. Humacao a 14 de octubre de 1992. A.D.



CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

Juan M. Ortiz Serbiá
State Executive Director

Formulário FmHA  1940-17 (S)
(rev. 2-88)

| CLASE DE PRESTAMO |
|---|
| Tipo:  O  L    ☒☒ Regular |
| ☐ Recursos Limitados |
| De acuerdo a: |
| ☒☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS

ADMINISTRACION DE HOGARES DE AGRICULTORES

## PAGARE

| Nombre | |
|---|---|
| DELGADO GONZALEZ, EXPEDITO | |
| Estado | Oficina |
| PUERTO RICO | HUMACAO |
| Caso Núm. | Fecha |
| 63-003-583400052 | 11 septiembre 1992 |
| Clave de Fondos | Num. de Prestamo |

| ACCION QUE REQUIERE PAGARÉ: | |
|---|---|
| ☒☒ Prestamo inicial | ☐ Restructuración |
| ☐ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y prestamo subsiguiente | ☐ Venta a Credito |
| ☐ Consolidación | ☐ Pagos Diferidos |

**POR VALOR RECIBIDO,** el Prestatario(s) subscribiere y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos

(denominado en adelante el "Gobierno") o su cesionario en su oficina en Ave. Cruz Ortíz Stella # 62

Humacao, Puerto Rico , o en otro sitio designado por el Gobierno por escrito,  la suma principal de

SIETE MIL - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - dolares

(s 7,000.00- - - - - - - - - - - - - - ) mas intereses sobre el principal  adeudado al SIETE

- - - - - - - - - - - - - - - - **POR CIENTO** ( 7.00 %) anual  Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES,** de acuerdo con los reglamentos de la Administración de Hogares de Agricultores,  no más frecuente que trimestralmente,  notificando por correo al Prestatario con treinta (30) dias de anticipación a su ultima dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses seran pagados en dos (2) plazos, según indicado abajo,  excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas

| s 3,872.00 | en enero 1, 19 11 septiembre 1993 xxxxxxx | s n/a | en enero 1, 19 |
|---|---|---|---|
| s 3,872.00 | en enero 1, 19 11 septiembre 1994 xxxxxxx | s n/a | en enero 1 ,19 |
| s n/a | en enero 1, 19 | s n/a | en enero 1, 19 |
| s n/a | en enero 1, 19 | s n/a | en enero 1, 19 |
| y s n/a | | | |

, subsiguientemente en enero 1 de cada año hasta que el principal  e intereses sean completamente pagados excepto el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en dos (2) años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo  La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos

Si la cantidad total del prestamo no es adelantada a la fecha del cierre, el prestamo será adelantado al Prestatario según solicitado por el  Prestatario y aprobado por el Gobierno  La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno.  Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré  El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado, o restructurado, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese  nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y despues al principal

Formulario FmHA  1940-17 (S)
(Rev. 2-88)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de'los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos,a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertida bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno e conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado **"CLASE DE PRESTAMO"** más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____
EXPEDITO DELGADO-GONZALEZ            *(Prestatario)*

_____
CARMEN MEDINA SANTANA                *(Prestatario)*

HC 3 Box 12901

Yabucoa, PR  00767-9710

## CERTIFICATION

I, Juan M. Ortiz Serbiá, of legal age, married and resident of Guayama, Puerto Rico. In my official capacity as State Executive Director of the Farm Service Agency, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

_____
Juan M. Ortiz Serbiá
State Executive Director

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 15,000.00 | 29-7-88 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 15,000.00 | |

Jay-Ce-Agricultura                    *Posición 2*                    Forma FmHA 1940-17 (S) (Rev. 11-1-78)

FmHA Form 1940-17 (S)
(Rev. 12-88)

UNITED STATES DEPARTMENT OF
AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| TYPE OF LOAN | |
| --- | --- |
| Type: OL | X Regular |
| | Limited Resources |

In accordance with:
Consolidated Farm and Rural Development Act
X Emergency Agricultural Credit Adjustment Act of
1978

Name: DELGADO GONZALEZ, EXPEDITO
State: PUERTO RICO
Office: HUMACAO
Case Number: 63-003-583400052
Date: September 11th, 1992
Fund Code: 44
Loan Number: 06

| ACTION REQUIRING NOTE: | |
| --- | --- |
| X Initial Loan | Restructuring |
| Subsequent Loan | Reamortization |
| Consolidation and | Consolidation |
| Subsequent Loan | Debt Reduction |
| Sale on Credit | |
| Deferred Payments | |
| Conservation Easements | |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in Ave. Cruz Ortiz Stella # 62 HUMACAO, PUERTO RICO, or at another location designated in writing by the Government, the principal sum of SEVEN THOUSAND DOLLARS ($7,000.00) plus interest on the unpaid principal of SEVEN PERCENT (7%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 2 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:
$3,872.00.........on September 11, 1993
$3,872.00.........on September 11, 1994
and $ n/a subsequently each year thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable THIRTY (30) years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or restructured, interest accumulated for over ninety (90) days as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests accumulated during the deferment period and then to interests computed to the effective date of the payment and then to the principal.

1

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Debt Reduction", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

| CODE AND LOAN NUMBER: | AMOUNT OF NOTE: $ | INTEREST RATE: % | DATE: | ORIGINAL BORROWER: | LAST INSTALLMENT DUE: |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

CONSERVATION AGREEMENT FOR HIGHLY-EROSIVE SOILS AND WETLANDS: The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, paragraph G, section 1940 of 7CFR. If (1) the loan period goes

beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower tries to produce crops on highly-erosive soils exempt from the restrictions under Exhibit M until January 1, 1190, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the Borrower's farm, whichever comes later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must prove that he is actively applying a soil conservation plan approved by the Soil Conservation Service (SCS) or by the appropriate Soil Conservation District for the highly-erosive soils if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he must prove that any crop production on highly-erosive soils after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or by the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay when due any debt evidenced hereby or perform any covenant or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default hereunder. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN' above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____

_____
EXPEDITO DELGADO GONZALEZ          (BORROWER) (SEAL)
[Signature] _____
CARMEN MEDINA SANTANA              (BORROWER)
(SEAL)

HC 3 BOX 12901
YABUCOA, PUERTO RICO 00767

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $ 7,000.00 | | $ | | $ | |

TOTAL: $7,000.00

# CERTIFICATE

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

3

DATED this 20th day of August of 2007.

Nicole Harris
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

4

Forma FmHA 427-1(S) PR
(Rev. 10-82)

---

NUMERO CUARENTA Y SIETE (47)
NUMBER   FORTY SEVEN (47)

---

HIPOTECA VOLUNTARIA
VOLUNTARY MORTGAGE

En la ciudad de Humacao, Puerto Rico, a los once (11) días de
In the city of Humacao, Puerto Rico, this eleventh (11th.) day of
septiembre de mil novecientos noventa y dos (1992)
September nineteen hundred ninety two (1992)

ANTE MI
BEFORE ME

JOSE ANGEL MACHUCA ROMERO

Abogado y Notario Público de la Isla de Puerto Rico con residencia en   Carolina,
Attorney and Notary Public for the Island of Puerto Rico, with residence in   Carolina,

Puerto Rico————————y oficina en   Carolina, Puerto Rico
Puerto Rico————————and office in   Carolina,————————   Puerto Rico.

COMPARECEN
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.
voluntary   mortgage.

EXPONEN
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de agricultores
of America, acting through the Farmers Home Administration,

así, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

un préstamo y préstamos evide.      por uno o más p    rés o conveni      b-
a loan, or loans evidenced by one or more promissory note(s) or assumption agreement(s)--------

ogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by------------------

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the------------------

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges------------------

hayan estimado sobre la propiedad hipotecada.-------------------------------------
estimated against the property.---------------

CUARTO: Se sobreentiende que:--------------------------------------------------
FOURTH: It is understood that:---------------

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the------------------

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention------------------

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and------------------

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One------------------

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of------------------

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.------------------

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee------------------

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,------------------

prestamista asegurado.----------------------------------------------------------
will be the insured lender.---------------

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the------------------

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along------------------

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal------------------

tereses de dicho pagaré.---------------------------------------------------------
and interest.---------------

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,------------------

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender------------------

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".-----------------------------------------
ments on the note, to be designated the "annual charge".---------------

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder------------------

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cual-
will forego his rights and remedies against the mortgagor and any------------------



-2-

Forma FmHA 427-1(S) PR
(Rev. 10-82)

que, a otros en relación, con dicho préstamo, así como también a los beneficios
others in connection with said loan, as well as any benefit————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgage's request will assign the note to the mortgage should the mortgagor———————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any————————

cualquier convenio suplementario por parte del deudor.—————————————
supplementary agreement.———————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,———————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgage, or in the event the————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgage should assign this mortgage without insurance of the note, this mortgage———————

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured————————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgage————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default.————————

plimiento por parte del deudor hipotecario.—————————————
by the mortgagor.————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note———————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgage, or in the event the mortgage————————



cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH———————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the————————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,———————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof————————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgage against loss under its————————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and all times whatsoever, in guarantee of the additional amounts specified in————————

subpárrafo (3. ) del párrafo ___ ENO de este insti___ento y para a___r el
subparagraph (Three) of paragraph NINTH hereof, and to secure the———————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and———————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——————

adicional especificada en el párrafo NOVENO de este documento.——————————
amounts as specified in paragraph NINTH hereof.————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————————
SIXTH: That the mortgagor specifically agrees as follows:————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————



- 4 -

rma FmHA 427-1(S) PR
ev. (10-82)

aqu ... itizada e inden... zar y conservar lib. s. ...érdida al acree. ... hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the—————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————

hipotecario como agente cobrador del tenedor del mismo.—————————————
as collection agent for the holder.—

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by—————————————

reglamentos de la Administración de Hogares de Agricultores.—————————————
regulations of the Farmer's Home Administration.——————————————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,—————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement—————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.—————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.———

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite———————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance—————

por el acreedor hipotecario por cuenta del deudor hipotecario.—————————————
by the mortgagee for the account of the mortgagor.—————————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this———————————————————

párrafo devengará intereses a razón del    SIETE—————————————————————
subparagraph shall bear interest at the rate of   SEVEN —————————————————

– – – – – – – – –por ciento ( 7.00——— º/o)—————————————
– – – – – – – – – per cent  (7.00——— º/o)—————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.———————————————————————————————
to the mortgagee.——————————————————————————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any————————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,———

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,—————————



...dos o para contribuciones o impuestos u otro gasto similar por razón de haber
... for taxes or assesments or other similar charges by reason of the——————

- 5 -

el deudor hipo  ario, dejado de      por los mismos, d    pagará intereses
mortgagor's failure to. pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.————————
until repaid to the mortgagee.————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note  or any

otra deuda del deudor hipotecario aquí garantizada. en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.————————
determines.————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————

los propósitos autorizados por el acreedor hipotecario.————————
for purposes authorized by mortgagee.——

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————

tecario bajo los términos de esta hipoteca.————————
under the terms of this mortgage.————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all-

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor—

mitirá que se cometa ningún deterioro de los  bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish



- 6 -



Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,



información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————

para adelantos, gastos y otros pagos.————————————————————————
for advances, expenditures and other payments.————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect——

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósito
rate of interest and reasonable periods of time and purposes,————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.——

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured——

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,——

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——

- 8 -

orma FmHA 427-1(S) PR
Rev. 10-82)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren.cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgage secured hereby, immediately due and payable and—————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.—————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————

rarios de abogado.—————
attorney's fees.—————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby and authorized and empowered at—————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation;—————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————





- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by—————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over—————————

dichos bienes.————————————————————————————
said property.————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
Nineteen) All right, title and interest in or to this mortgage,————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.————
in or to the lien or any benefits herein contained.————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
Twenty) Default hereunder shall constitute default under any————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————



o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgage and executed or assumed by mortgagor,————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————

constituirá incumplimiento de esta hipoteca.————————————————
constitute default hereunder.————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
Twenty-One) All notices to be given under this mortgage shall————————

emitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgage to Farmers Home Administration,——————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated————

especifica más adelante.——————————————————————————
hereinafter.——————————————————————————————



(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
Twenty-Two) Mortgagor by these presents grants to mortgagee——————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

i. orte de cualqu. sentencia obter. expropiación zosa para uso
u.e amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de   SIETE MIL DOLARES ($7,000.00)
of   SEVEN THOUSAND DOLLARS ($7,000.00)

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the



las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan hereinb. fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré!  SIETE MIL - - - - -
should assign this mortgage without insurance of the note,  SEVEN THOUSAND - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - DOLARES ($ 7,000.00--- )
- - - - - - - - - - - - - - - - - - - - - - - - DOLLARS  ($ 7,000.00---)

el principal de dicho pagaré, con sus intereses según estipulados a razón del - - - -
the principal amount of said note, together with interest as stipulated therein at the rate of

SIETE - - - - - - - - - - - - - - - - por ciento ( 7.00---- %/o) anual;
SEVEN- - - - - - - - - - - - - - - - per cent ( 7.00---- %/o) per annum;

- 11 -



Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  SIETE MIL- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(A)  SEVEN THOUSAND - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - DOLARES ($ 7,000.00)----
- - - - - - - - - - - - - - - DOLLARS ($ 7,000.00)----

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender-------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-----------------

Tercero;--------------------------------------------------
Three;----------------------------------------------------

(B)  DIEZ MIL QUINIENTOS - - - - - - - - - - - - - - - - -
(B)  TEN THOUSAND FIVE HUNDRED- - - - - - - - - - - - -

- - - - - - - - - - - - - - - DOLARES ($ 10,500.00)----
- - - - - - - - - - - - - - - DOLLARS ($ 10,500.00)----

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might----------------

sufrir bajo su seguro de pago del pagaré.------------------------------
sustain under its insurance of payment of the note;--------------------------

Tres. En cualquier caso y en todo tiempo;------------------------------
Three. In any event and at all times whatsoever;--------------------------

(A) DOS MIL  OCHOCIENTOS DOLARES- - - - - - - - - - - - -
(A)  TWO     THOUSAND EIGHT HUNDRED DOLLARS- - - - - - -

($ 2,800.00- - - - - } para intereses después de mora;------------------
($ 2,800.00- - - - - } for default-interest;--------------------------

(B)  MIL CUATROCIENTOS DOLARES- - - - - - - - - - - - - -
(B)  ONE THOUSAND FOUR HUNDRED DOLLARS- - - - - - - - -

( $1,400.00-----------) para contribuciones, seguro y otros adelantos para la con-
( $1,400.00-----------) for taxes, insurance and other advances for the preservation----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph--------

SEXTO, Tercero;---------------------------------------------
SIXTH, Three;-----------------------------------------------

(C)  SETECIENTOS DOLARES - - - - - - - - - - - - - - - - -
(C)  SEVEN HUNDRED - - - - - - - - - - - - - - - - - - - -

($ 700.00----------------) para costas, gastos y honorarios de abogado en caso
($ 700.00---------------- ) for costs, expenses and attorney's fees in case---- - - - -

de  ejecución;-----------------------------------------------
of  foreclosure;---------------------------------------------

(D)  SETECIENTOS DOLARES - - - - - - - - - - - - - - - - -
(D)  SEVEN HUNDRED - - - - - - - - - - - - - - - - - - - -

($ 700.00- - - - - - -") para costas y gastos que incurriere el acreedor hipoteca-
($ 700.00- - - - - - - } for costs and expenditures incurred by the mortgagee in----

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as------------

se consigna en el párrafo SEXTO, Trece.------------------------------
provided in paragraph (SIXTH, Thirteen.-----------------------------





- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el (los) pagaré(s) a que se refiere en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:————————————
of this mortgage is(are) described as follows:—————————————

"Pagaré otorgado en el caso número seis tres cero cero cero tres cinco——
"Promissory note executed in case number six three zero zero zero three five ——
ocho tres cuatro cero cero cero cinco dos (630003583400052)————————
eight three four zero zero zero five two (630003583400052)—————————
————————————————————————————fechado el día once (11)——
——————————————————————————————dated el eleventh (11th.

—————————————————de septiembre————————de mil novecientos—
——————————————day of———————September——— nineteen hundred and ninety two—

noventa y dos (1992)————— por la suma de — — — — — — — — — — —
(1992)——————————————in the amount of — — — — — — — — — — —

SIETE MIL ($7,000.00)— — — — — — — — — — — dólares de principal más
SEVEN THOUSAND ($7,000.00)—————————————— of principal plus

intereses sobre el balance del principal adeudado a razón del —————————
interest over the unpaid balance at the rate of ———————————————

SIETE — — — — — — — — — — — — {  7.00 %——— } por ciento anual,
SEVEN — — — — — — — — — — — — {  7.00 %——— } percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,——————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed——————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the · · · ·

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due — — — — — — — — — —

a los   DOS (2)——————————————————————————————
and payable TWO (2)— — — — — — — — — — — — — — — — — — — — — —

años de la fecha de este pagaré.————————————————————————
years from the date of this promissory note.——————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the———————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United · · · · ·

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as———————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers——————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the —————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which · · · · · · · · · · ·

constituye Hipoteca Voluntaria, se describe como sigue:——————————————
voluntary mortgage is constituted, is described as follows:————————————

- 13 -



-"RUSTICA: finca compuesta de DIECISIETE PUNTO -- --
CINCUENTA Y CUATRO QUINCE CUERDAS (17.5415), equivalentes
a sesenta y ocho mil novecientos cuarenta y cinco punto--
doce noventa y cinco metros (68,945.1295mts.) sito en el
Barrio Calabazas del término municipal de Yabucoa, en --
lindes por el NORTE, en distintas alineaciones con un --
camino municipal; por el SUR, con terrenos de Juan Vega-
gán; por el ESTE, en una distancia de ciento treinta y-
nueve punto ochocientos treinta y siete metros lineales-
con el remanente de la finca principal; y por el OESTE,-
en una distancia de cuatrocientos ochenta y cinco punto-
trescientos diecinueve metros lineales con terrenos de-
Encarnación Ruíz y Juan Cruz Pagán".-------------------

-Se haya afecta dicha propiedad a cuatro (4) hipotecas
en garantía de Pagarés a favor de Los Estados Unidos de-
América, y a la que por este instrumento público se-----
constituye.---------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------
--------------------------------------------------------

adquirió el prestatario la descrita finca por escritura de Compraventa--------
Borrower acquired the described property by  Deed of Sale - - - - - - - - - - -

consta de la Escritura Número cuarenta y tres (43)- - - - - - - - - -
pursuant to Deed Number   forty three (43)-- - - - - - - - - - - - -

fecha dos (2) de julio de mil novecientos ochenta y siete (1987),-
dated July the seconth (2nd.) nineteen hundred eighty seven (1987),--

otorgada en la ciudad de  Humacao, Puerto Rico,- - - - - - - - - - -
executed in the city of   Humacao, Puerto Rico, - - - - - - - - - - -

por el Notario   Israel Delgado Ramos- - - - - - - - - - - - - - -
before Notary   Israel Delgado Ramos- - - - - - - - - - - - - - - - -

la propiedad se encuentra inscrita al folio doscientos setenta (270),
The property is recorded at page two hundred seventy (270), Volume Two-
tomo doscientos seis (206), de Yabucoa, finca trece mil ciento diez--
hundred six (206) of Yabucoa, farm thirteen thousand one hundred------
ocho (13,118).- - - - - - - - - - - - - - - - - - - - - - -
eighteen (13,118).- - - - - - - - - - - - - - - - - - - - - -

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors -----------

los EXPEDITO DELGADO GONZALEZ, seguro social     - -, y - - - - - -
y CARMEN MEDINA SANTANA, seguro soci           , mayores de edad,
casados entre sí, propietarios y vecinos de Yabucoa, Puerto Rico.--

su dirección postal es: HC TRES BOX DOCE NUEVE CERO UNO (Box 12901),---
his postal address is:  Yabucoa, Puerto Rico, cero cero siete seis siete-
nueve siete diez (00967-9710).-------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used------

14

RURAL: Farm with a surface area of SEVENTEEN POINT FIFTY-FOUR FIFTEEN CUERDAS (17.5415), equivalent to sixty-eight thousand nine hundred forty-five point one thousand two hundred ninety-five (68,945.1295 m), located in Barrio Calabazas of the Municipality of Yabucoa. Its boundaries are: to the North, in different alignments with a municipal road; to the South, with land of Juan Vega Pagan; to the East, in a distance of thirty-nine point eight hundred thirty-seven lineal meters with the remainder of the main farm; and to the West, in a distance of four hundred eighty-five point three hundred nineteen lineal meters with land of Encarnación Ruiz and Juan Cruz Pagan.

Said property is encumbered by four (4) mortgages securing the respective promissory notes to the order of the United States of America, and by the mortgage furnished through this document.

[Handwritten on right-hand margin]
Loan 44-07
$8,000 of Sept/11/1992

Borrower acquired the above mentioned farm through Deed of Sale, pursuant to deed number forty-three (43), dated July two (2) of nineteen eighty-seven (1987), executed in the city of Humacao, Puerto Rico before the notary Israel Delgado Ramos.

Said property is recorded on page two hundred seventy (270), volume two hundred six (206 of Yabucoa, farm number thirteen thousand one hundred eighteen (13,118).

The parties appearing in the present deed as Mortgagors are EXPEDITO DELGADO GONZALEZ, social security number 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 and CARMEN MEDINA SANTANA 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, both of legal age, married to each other, property owners and residents of Yabucoa, Puerto Rico; whose address is Box 12901, Yabucoa Puerto Rico, zero, zero, nine, six, seven, nine, seven, ten (00967-9710)

THIRTEENTH: The proceeds of the loan herein guaranteed were used or will be used

# CERTIFICATE

I hereby certify that the attached document is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced and competent to translate from Spanish into English.

1

DATED this 20th day of August of 2007.

*Nicole Harris*
*Professional Translator and interpreter*

WITNESS my hand and official seal hereto affixed this
20th day of August of 2007.

Signature

Print Name: Rosa Capdevielle
Notary Public in and for the State of Washington
My appointment expires: 02/01/10

2

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT:** EXPEDITO DELGADO GONZÁLEZ          **REF:** 1521.250
                                              **BY:** TAIMARY ESCALONA

**PROPERTY NUMBER:** 13,118-A, recorded at page 270 of volume 206 of
Yabucoa, Registry of the Property of Puerto Rico,
section of Humacao.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Finca compuesta de **17.5415 cuerdas equivalentes a 68,945.1295 metros cuadrados**, sita en el Barrio Calabazas del término municipal de Yabucoa, Puerto Rico. En lindes: por el **NORTE**, en distintas alineaciones con un camino municipal; por el **SUR**, con terrenos de Juan Vega Pagán; por el **ESTE**, en una distancia de 139.837 metros lineales con el remanente de la finca principal; y por el **OESTE**, en una distancia de 485.319 metros lineales con terrenos de Encarnación Ruíz y Juan Cruz Pagán.

**ORIGIN:**

It is segregated from property number 2,708, recorded at page 235, volume 72 of Yabucoa.

**TITLE:**

This property is registered in favor of EXPEDITO DELGADO GONZÁLEZ and his wife CARMEN MEDINA SANTANA, who acquired it by purchase from Josefina Rivera León, single, at a price of $14,500.00, pursuant to deed #43, executed in Humacao, Puerto Rico, on July 2, 1987, before Israel Delgado Ramos Notary Public, recorded at page 270 of volume 206 of Yabucoa, property number 13,118-A, 1st inscription.
**Presented on August 3, 1987**
**Recorded on April 26, 1988**

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is free of liens and encumbrances

II.   By reason of itself this property is encumbered by the following:

1.    **MORTGAGE:** In favor of United States of America, in the original principal amount of $15,000.00, with 5% annual interests, due on 40 years, constituted by deed #31, executed in Humacao, Puerto Rico, on July 29, 1988, before Israel Delgado Ramos Notary Public, recorded at page 270 of volume 206 of Yabucoa, property number 13,118-A, 3th inscription.
      **Presented on August 4, 1988**
      **Recorded on September 28, 1988**

2.    **MORTGAGE:** In favor of United States of America acting as Farmer Home Administration, in the original principal amount of $15,000.00, with 5 1/8% annual interests, due on 7 years, constituted by deed #40, executed in Humacao, Puerto Rico, on November 10, 1988, before Israel Delgado Ramos Notary Public, recorded at page 271 of volume 206 of Yabucoa, property number 13,118-A, 4th inscription.
      **Presented on November 14, 1988**
      **Recorded on December 5, 1988**

3.    **MORTGAGE:** In favor of United States of America, in the original principal amount of $27,700.00, with 4½% annual interests, due on 30 years, constituted by deed #21, executed in Humacao, Puerto Rico, on March 2, 1990, before Aida Luz Moringlone Ruíz Notary Public, recorded at overleaf of page 271 of volume 206 of Yabucoa, property number 13,118-A, 5th inscription.
      **Presented on March 6, 1990**
      **Recorded on August 13, 1991**

PAGE #2
PROPERTY #13,118-A

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.



Eagle Title & Guaranty Services, Inc.

**4.**   Reamortized the mortgage of 5th inscription as follows: The amount due at March 15, 1991, amounts to $28,990.90, with 4¼% annual interests, which will be paid as follows: $6,605.00 on or before January 1, 1992 and $6,605.00 on or before each January 1 until January 1, 1996, constituted by deed #15, executed in Humacao, Puerto Rico, on March 15, 1991, before José Ángel Machuca Romero Notary Public, recorded at margin 5th inscription.
**Presented on March 18, 1991**
**Recorded on April 8, 1991**

**5.**   **MORTGAGE:** In favor of United States of America, in the original principal amount of $10,000.00, with 5% annual interests, due on 3 years, constituted by deed #30, executed in Humacao, Puerto Rico, on July 10, 1991, before José Ángel Machuca Romero Notary Public, recorded at page 272 of volume 206 of Yabucoa, property number 13,118-A, 6th inscription.
**Presented on July 10, 1991**
**Recorded on July 10, 1991**

**6.**   Reamortized the mortgage of 4th inscription as follows: The amount due at August 21, 1992, ascends to $4,591.08, with 5¼% annual interests, which will be paid as follows: $443.00 on or before August 21, 1993 and $443.00 on or before each August 21, until August 21, 2008, constituted by deed #39, executed in Humacao, Puerto Rico, on August 21, 1992, before José Angel Machuca Romero Notary Public, recorded at page 150 of volume 212 of Yabucoa, property number 13,118-A, 7th inscription.
**Presented on August 27, 1992**
**Recorded on October 8, 1992**

**7.**   Reamortized the mortgage of 5th inscription of $27,700.00 which be reamortized to $28,990.90, for a new total amount of $30,780.40, with 4.50% annual interests, which will be paid in a first payment of $140.00 on or before August 21, 1992, and $140.00 on or before each subsequent August 21 until August 21, 1997 inclusive and $4,500.00 on or before August 21, 1998 and $4,500.00 on or before each August 21, subsequent until the year 2008 inclusive, constituted by deed #40, executed in Humacao, Puerto Rico, on August 21, 1992, before José Angel Machuca Notary Public, recorded at page 150 of volume 212 of Yabucoa, property number 13,118-A, 8th inscription.
**Presented on August 27, 1992**
**Recorded on October 8, 1992**

**8.**   Reamortized the mortgage of 6th inscription for $10,000.00 as follows: The amount due at August 21, 1992 ascends to $10,557.54, with 5% annual interests, which will be paid in a first payment of $1,018.00 on or before August 21, 1993 and $1,018.00 on or before each subsequent August 21 until August 21, 2008 inclusive, constituted by deed #41, executed in Humacao, Puerto Rico, on August 21, 1992, before José Angel Machuca Notary Public, recorded at page 151 of volume 212 of Yabucoa, property number 13,118-A, 9th inscription.
**Presented on August 27, 1992**
**Recorded on October 8, 1992**

**9.**   Reamortized the mortgage of 3th inscription as follows: The amount due at August 21, 1992 ascends to $13,974.74 of principal and $1,049.07 of interest, for a total of $15,023.81, with 5.00% annual interests, which will be paid as follows: The mortgagee approves, authorizes and consents and the mortgage debtors request and consents to defer payments during the first 5 years of this amortization counted from this date, $1,069.00 on or before August 21, 1998 and $1,069.00 on or before each August 21 subsequent until August 21, 2035, inclusive, by deed #42, executed in Humacao, Puerto Rico, on August 21, 1992, before José Angel Machuca Romero Notary Public, recorded at page 151 of volume 212 of Yabucoa, property number 13,118-A, 10th inscription.
**Presented on August 27, 1992**
**Recorded on October 8, 1992**

PAGE #3
PROPERTY #13,118-A

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

10. **MORTGAGE:** In favor of United States of America, in the original principal amount of $8,000.00, with 7% annual interests, due on 1 year, constituted by deed #46, executed in Humacao, Puerto Rico, on September 11, 1992, before José Ángel Machuca Romero Notary Public, recorded at page 152 of volume 212 of Yabucoa, property number 13,118-A, 11th inscription.
**Presented on September 14, 1992**
**Recorded on October 14, 1992**

11. **MORTGAGE:** In favor of United States of America, in the original principal amount of $7,000.00, with 7% annual interests, due on 2 years, constituted by deed #47, executed in Humacao, Puerto Rico, on September 11, 1992, before José Ángel Machuca Romero Notary Public, recorded at page 152 of volume 212 of Yabucoa, property number 13,118-A, 12th inscription.
**Presented on September 14, 1992**
**Recorded on October 14, 1992**

12. **SEIZURE:** In favor of Corporación del Fondo de Seguro del Estado, for workers compensation, in the amount of $236.20, Certification dated August 23, 2006, by abbreviated entry on August 29, 2012, in virtue of Law Number 216 of December 27, 2010, at page 153 of volume 212, 13th inscription.
**Presented on August 31, 2006**

13. **SEIZURE:** In favor of Corporación del Fondo de Seguro del Estado, for workers compensation, in the amount of $186.20, Certification dated March 8, 2011, by abbreviated entry on August 29, 2012, annotated on August 29, 2012, at page 20 of volume 287, annotation "A".
**Presented on August 29, 2012**

14. At entry 565 of daily book 916, presented on July 1, 2013, Certification dated June 27, 2013 of Corporación del Fondo de Seguro del Estado, to be canceled seizure of $186.20. The document qualification and dispatch are pending.

15. At entry 566 of daily book 916, presented on July 1, 2013, Certification dated June 27, 2013 of Corporación del Fondo de Seguro del Estado, to be canceled seizure of $236.20. The document qualification and dispatch are pending.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to January 14th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed properties and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of title search and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this title search due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*



mcr/ar/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on January 14th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this __22__ day of __October__ of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER __4,341__

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this __22__ day of __October__ of 2020.

_____
NOTARY PUBLIC

Exhibit 18

# UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:   Delgado Gonzalez, Expedito       Case No:   63-003-0052

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account as of        September 8, 2020**

| Loan Number | 44-06 | |
|---|---|---|
| Note Amount | $ | 7,000.00 |
| Date of Last Payment | None | |
| Principal Balance | $ | 7,000.00 |
| Unpaid Interest | $ | 13,715.98 |
| Misc. Charges | $ | - |
| Total Balance | $ | 20,715.98 |
| Daily Interest Accrual | $ | 1.3425 |
| Amount Delinquent | $ | 20,715.98 |
| Years Delinquent | Fully matured | |

| Loan Number | 44-07 | |
|---|---|---|
| Note Amount | $ | 8,000.00 |
| Date of Last Payment | None | |
| Principal Balance | $ | 8,000.00 |
| Unpaid Interest | $ | 15,675.40 |
| Misc. Charges | $ | - |
| Total Balance | $ | 23,675.40 |
| Daily Interest Accrual | $ | 1.5342 |
| Amount Delinquent | $ | 23,675.40 |
| Years Delinquent | Fully matured | |

| Loan Number | 41-08 | |
|---|---|---|
| Note Amount | $ | 15,000.00 |
| Date of Last Payment | None | |
| Principal Balance | $ | 15,023.80 |
| Unpaid Interest | $ | 21,070.36 |
| Misc. Charges | $ | - |
| Total Balance | $ | 36,094.16 |
| Daily Interest Accrual | $ | 2.0581 |
| Amount Delinquent | $ | 24,587.00 |
| Years Delinquent | 26 | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of
Agriculture, 0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.09.08 11:13:49 -04'00'
Adobe Acrobat version: 2020.012.20041

Carlos J. Morales Lugo
LRTF Contractor
September 8, 2020

UNITED STATES DEPARTMENT OF AGRICULTURE
FARM SERVICE AGENCY
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Delgado Gonzalez, Expedito          Case No:     63-03-XXXXX0052

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

  *Statement of Account as of*      September 8, 2020

| Loan Number | 44-09 | |
|---|---|---|
| Note Amount | $ | 15,000.00 |
| Date of Last Payment | None | |
| Principal Balance | $ | 4,591.08 |
| Unpaid Interest | $ | 6,438.83 |
| Misc. Charges | $ | - |
| Total Balance | $ | 11,029.91 |
| Daily Interest Accrual | $ | 0.6269 |
| Amount Delinquent | $ | 11,029.91 |
| Years Delinquent | Fully matured | |

| Loan Number | 43-10 | |
|---|---|---|
| Note Amount | $ | 27,700.00 |
| Date of Last Payment | None | |
| Principal Balance | $ | 30,780.40 |
| Unpaid Interest | $ | 38,851.61 |
| Misc. Charges | $ | - |
| Total Balance | $ | 69,632.01 |
| Daily Interest Accrual | $ | 3.7948 |
| Amount Delinquent | $ | 69,362.01 |
| Years Delinquent | Fully matured | |

| Loan Number | 44-11 | |
|---|---|---|
| Note Amount | $ | 10,000.00 |
| Date of Last Payment | None | |
| Principal Balance | $ | 10,557.54 |
| Unpaid Interest | $ | 14,806.59 |
| Misc. Charges | $ | - |
| Total Balance | $ | 25,364.13 |
| Daily Interest Accrual | $ | 1.4462 |
| Amount Delinquent | $ | 25,364.13 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of Agriculture,
0.9.2342.19200300.100.1.1=12001003816118, cn=CARLOS MORALES
(Affiliate)
Date: 2020.09.08 11:15:14 -04'00'
Adobe Acrobat version: 2020.012.20041

Carlos J. Morales Lugo
LRTF Contractor
September 8, 2020

Department of Defense Manpower Data Center

Results as of : Apr-23-2020 04:19:36 PM

SCRA 5.4

Exhibit 19



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

| | |
|---|---|
| SSN: | XXX-XX-0052 |
| Birth Date: | |
| Last Name: | DELGADO |
| First Name: | EXPEDITO |
| Middle Name: | |
| Status As Of: | Apr-23-2020 |
| Certificate ID: | ZXRZSGPVV888WN2 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Apr-23-2020 04:23:00 PM

SCRA 5.4



## Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-6860

Birth Date:

Last Name: MEDINA

First Name: CARMEN

Middle Name:

Status As Of: Apr-23-2020

Certificate ID: B28RZCSZTBVPSJY

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director

Department of Defense - Manpower Data Center

400 Gigling Rd.

Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br> *Plaintiff(s)* <br><br> v. <br><br> EXPEDITO DELGADO-GONZALEZ, et als. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARMEN MEDINA-SANTANA
St. Rd. 900, Km. 4.7
Calabazas Wd.
Yabucoa, P.R. 00767

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____         _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. EXPEDITO DELGADO-GONZALEZ, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Conjugal Partnership Delgado-Medina
St. Rd. 900, Km. 4.7
Calabazas Wd.
Yabucoa, P.R. 00767

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture  _____  *Plaintiff(s)*  v.  EXPEDITO DELGADO-GONZALEZ, et als.  _____  *Defendant(s)* | )  )  )  )  )  )  )  )  )  )  )  ) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPEDITO DELGADO-GONZALEZ
St. Rd. 900, Km. 4.7
Calabazas Wd.
Yabucoa, P.R. 00767

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Fortuño, Juan Carlos

USDC-PR Bar Number:   211913

Email Address:   jcfortuno@fortuno-law.com

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   UNITED STATES OF AMERICA, acting through the USDA

   Defendant:   EXPEDITO DELGADO-GONZALEZ; ET ALS.

2.   Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3.   Indicate the title and number of related cases (if any).

   N/A

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:

rev. Dec. 2009

Print Form        Reset Form

*1521.250*

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

## DEFENDANTS

EXPEDITO DELGADO-GONZALEZ, et als.

County of Residence of First Listed Defendant   Yabucoa, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question   *(U.S. Government Not a Party)*
- ☐ 4   Diversity   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   186,511.59

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD
*Juan Carlos Fortuño Jr.* (signature)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____